AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> *Plaintiff* <br> v. <br> GOVERNOR GREG ABBOTT and JOHN SNEED, Executive Director of Texas State Preservation Board <br> *Defendant* | ) ) ) ) ) ) ) )  Civil Action No. 1-16: cv-00233 SS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  GOVERNOR GREG ABBOTT, Governor of Texas
in his official and individual capacities
State Insurance Building
1100 San Jacinto Building
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel H. Byrne (email: dbyrne@fbhf.com)
Lessie G. Fitzpatrick (email: lfitzpatrick@fbhf.com)
Fritz, Byrne, Head & Fitzpatrick, PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Telephone: 512-476-2020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: February 25, 2016

*Samantha V. Oakes*
*Signature of Clerk or Deputy Clerk*

**DRLS**
516 West Annie St.
Austin, Texas 78704
1506-1

CTH 2-26-2016 12:16 p.m.

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | RETURN | |
| | § | Case No. | 1-16:cv-00233 SS |
| COUNTY OF TRAVIS | § | | |

 Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am a private process server over eighteen (18) years of age and not a party to this case. I am personally acquainted with the facts stated herein and they are true and correct. I am authorized to deliver civil court process from all State courts by Texas Supreme Court Certification No. SCH1660, Exp. 11/30/17.

On the 26th day of February, 2016, at 12:16 p.m., I received Summons, with Complaint for Declaratory, Injunctive, and Compensatory Relief attached, for service on GOVERNOR GREG ABBOTT, Governor of Texas in his official and individual capacities, Defendant.

Service of the Summons, with Complaint for Declaratory, Injunctive, and Compensatory Relief attached, for service on GOVERNOR GREG ABBOTT, Governor of Texas in his official and individual capacities, Defendant, was made by me, on the 26th day of February, 2016, at 2:20 o'clock p.m., by delivering in person to Lucy Villarreal, agent who told me she is authorized to accept, at 1100 San Jacinto Building, Austin, Texas 78701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name: ___Tod E. Pendergrass___

Service Fee $ 73.00

Signature of non-party adult - JDRLS
516 W. Annie Street, Austin, Texas 78704
Re: Fritz/1506-1

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 28th day of February, 2016.

STAR SALAZAR
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-27-2019

Notary Public Signature in and for
The State of T E X A S

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

FREEDOM FROM RELIGION FOUNDATION, INC.,

*Plaintiff*

v.

GOVERNOR GREG ABBOTT and JOHN SNEED,
Executive Director of Texas State Preservation Board

*Defendant*

Civil Action No. 1-16: cv-00233 SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOHN SNEED, Executivie Director of
Texas State Preservation Board
201 East 14th Street, Suite 950
Austin, Texas  78711-3286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Daniel H. Byrne (email: dbyrne@fbhf.com)
Lessie G. Fitzpatrick (email: lfitzpatrick@fbhf.com)
Fritz, Byrne, Head & Fitzpatrick, PLLC
221 West 6th Street, Suite 960
Austin, Texas  78701
Telephone: 512-476-2020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

*Samantha V. Oakes*

Date: February 25, 2016

*Signature of Clerk or Deputy Clerk*

CTH 2-26-2016 12:16 p.m.

**DRLS**
516 West Annie St.
Austin, Texas 78704
1506-2

| | | |
|---|---|---|
| STATE OF TEXAS | § | RETURN |
| | § | Case No.    1-16:cv-00233 SS |
| COUNTY OF TRAVIS | § | |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am a private process server over eighteen (18) years of age and not a party to this case. I am personally acquainted with the facts stated herein and they are true and correct. I am authorized to deliver civil court process from all State courts by Texas Supreme Court Certification No. SCH1660, Exp. 11/30/17.

On the 26th day of February, 2016, at 12:16 p.m., I received Summons, with Complaint for Declaratory, Injunctive, and Compensatory Relief attached, for service on JOHN SNEED, Executive Director of Texas State Preservation Board, Defendant.

Service of the Summons, with Complaint for Declaratory, Injunctive, and Compensatory Relief attached, for service on JOHN SNEED, Executive Director of Texas State Preservation Board, Defendant, was made by me, on the 29th day of February, 2016, at 11:50 o'clock a.m., by delivering in person to Ms. Leslie Pawelka, attorney who told me she is authorized to accept, at 201 East 14th Street, Suite 950, Austin, Texas 78701.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:   Tod E. Pendergrass

Service Fee $  73.00

Signature of non-party adult - DRLS
516 W. Annie Street, Austin, Texas 78704
Re:  Fritz/1506-2

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on the 29th day of February, 2016.

STAR SALAZAR
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-27-2019

Notary Public Signature in and for
The State of T E X A S