IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § | |
|     *Plaintiff,* | § § | |
| v. | § | No. 1-16:CV-00233-SS |
| | § | |
| GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § | |
|     *Defendants*. | § § | |

---

## ORDER
---

On this day came on to be heard Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint. After due consideration, the Court is of the opinion that it should be GRANTED.

The deadline to file response to Plaintiff's Original Complaint is now April 1, 2016.

    Done this the _____ day of March, 2016.

                                                        _____
                                                        JUDGE PRESIDING