AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>*Plaintiff*<br>v.<br>GOVERNOR GREG ABBOTT and JOHN SNEED<br>*Defendant* | )<br>)<br>) Case No. 1:16-cv-233<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FREEDOM FROM RELIGION FOUNDATION, INC.

Date:   03/10/2016

/s/Richard L. Bolton
*Attorney's signature*

Richard L. Bolton
*Printed name and bar number*

Boardman & Clark LLP
1 S. Pinckney Street, Suite 410
Madison, WI 53701-0927

*Address*

rbolton@boardmanclark.com
*E-mail address*

(608) 257-9521
*Telephone number*

(608) 283-1709
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anne Marie Mackin
Office of the Attorney General
300 West 15th Street
General Litigation-11th Floor
Austin, TX 78701
512-475-4080
Fax: 512-320-0667

Brantley Starr
King & Spalding LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
512-457-2008
Fax: 512-457-2100

David Austin Robert Nimocks
Alliance Defending Freedom
801 G Street NW, Suite 509
Washington, DC 20001
(202) 393-8690
Fax: (480) 444-0028

/s/Richard L. Bolton
Richard L. Bolton