IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
2016 MAR 14  AM 9:49

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, <br> *Defendants.* | § § § § § § § § § § § | No. 1-16:CV-00233-SS |

## ORDER

On this day came on to be heard Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint. After due consideration, the Court is of the opinion that it should be GRANTED.

The deadline to file response to Plaintiff's Original Complaint is now April 1, 2016.

Done this the 14th day of March, 2016.

_____
JUDGE PRESIDING