UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** § <br> **FOUNDATION, INC.** § <br> Plaintiff, § <br> § <br> -vs- § <br> § <br> **GOVERNOR GREG ABBOTT, in his** § <br> **official and individual capacities, and** § <br> **JOHN SNEED, Executive Director of the** § <br> **Texas State Preservation Board, in his** § <br> **official and individual capacities,** § <br> Defendants. § | CASE NO. 1-16-CV-00233-SS |

### UNOPPOSED MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' 12(b) MOTION TO DISMISS

Plaintiff Freedom From Religion Foundation, Inc. ("FFRF") hereby files this Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss Original Complaint Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [Doc. #10], filed by Defendants Governor Greg Abbott and Executive Director of Texas State Preservation Board John Sneed, in their individual and official capacities, as follows:

1. Defendants filed their Motion to Dismiss Original Complaint Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on April 1, 2016. FFRF was served that same day through the Court's electronic notification system. FFRF's response is due to be filed with the Court on April 15, 2016. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), FFRF asks this Court to extend the deadline to file its response by fourteen days to April 29, 2016 to allow it additional time to properly respond to Defendants' 12(b) Motion.

2. This request for an extension of time is not made for purposes of delay but so that justice may be served.

3. Daniel H. Byrne, counsel for FFRF, has conferred with Defendants' counsel, Anna Mackin, who confirmed that Defendants do not oppose the relief sought therein.

WHEREFORE, FFRF respectfully requests that the Court order that the deadline for FFRF to respond to Defendants' 12(b) Motion to Dismiss be extended until April 29, 2016, and that the Court grant such other and further relief to which they may be justly entitled.

Respectfully submitted,

FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Telephone:   512-476-2020
Telecopier:   512-477-5267

BY:   /s/ Daniel H. Byrne
        Daniel H. Byrne
        Texas State Bar No. 03565600
        Email:   dbyrne@fbhf.com
        Lessie G. Fitzpatrick
        Texas State Bar No. 24012630
        Email:   lfitzpatrick@fbhf.com

Richard L. Bolton
Wisconsin State Bar No. 1012552
Email:   rbolton@boardmanclark.com
BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin 53703-4256
Telephone:   608-257-9521
Telecopier:   608-283-1709

Sam Grover
Wisconsin State Bar No. 1096047
Email:   sgrover@ffrf.org
Patrick Elliott
Wisconsin State Bar No. 1074300
Email:   pelliott@ffrf.org
FREEDOM FROM RELIGION FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701
Telephone:   608-256-8900
Telecopier:   608-204-0422

ATTORNEYS FOR PLAINTIFF
FREEDOM FROM RELIGION FOUNDATION, INC.

CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 6th day of April, 2016, which will send notification to the following:

Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone:   (512) 475-4080
Telecopier:   (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov

      /s/ Daniel H. Byrne
      Daniel H. Byrne