FILED

2016 APR -7 PM 3: 58

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>      Plaintiff,<br><br>-vs-<br><br>GOVERNOR GREG ABBOTT, in his official and individual capacities, and JOHN SNEED, Executive Director of the Texas State Preservation Board, in his official and individual capacities,<br>      Defendants. | CASE NO. 1-16-CV-00233-SS |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' 12(b) MOTION TO DISMISS**

CAME ON FOR CONSIDERATION, Plaintiff Freedom From Religion Foundation, Inc.'s Unopposed Motion to Extend Time to Respond to Defendants' Motion to Dismiss Under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [Doc. #10].   Having considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's deadline to respond to Defendants' 12(b) Motion is now extended to April 29, 2016.

SIGNED:  _April 7_, 2016.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE