IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAY -3 PM 3:21

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

-vs-                                                                      Case No. A-16-CA-233-SS

GOVERNOR GREG ABBOTT, in his official and individual capacities; and JOHN SNEED, Executive Director of the Texas State Preservation Board, in his official and individual capacities,

    Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting "Plaintiff's Unopposed Motion for Leave to File First Amended Complaint" [#13 filed April 29, 2016], the Court enters the following:

    IT IS ORDERED that the Unopposed Motion for Leave to File First Amended Complaint is GRANTED.

    IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss Original Complaint [#10 filed April 1, 2016] is DISMISSED without prejudice to refiling in response to the First Amended Complaint.

SIGNED this the 2nd day of May 2016.

                                     /s/ Sam Sparks
                            UNITED STATES DISTRICT JUDGE