UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § | |
| Plaintiff, § | |
| § | |
| -vs- § | CASE NO. 1:16-CV-00233-SS |
| § | |
| **GOVERNOR GREG ABBOTT**, in his § official and individual capacities, and § **JOHN SNEED**, Executive Director of the § Texas State Preservation Board, in his § official and individual capacities, § Defendants. § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Plaintiff Freedom From Religion Foundation, Inc. ("FFRF"), hereby files this Motion to Exceed Page Limit on its Response to Defendants' Motion to Dismiss (the "Motion to Dismiss") [Dkt. #17], and shows as follows:

1. Contemporaneously herewith, Plaintiff submits its Response to Defendants' Motion to Dismiss which is 29 pages in length. Pursuant to Rule CV-7(c) of the Local Court Rules of this Court, responses are limited to twenty pages in length, unless otherwise authorized by the Court. Plaintiff requests an extension of the page limit by 9 pages for its Response to Defendants' Motion to Dismiss due to the numerous and complex nature of the issues raised by Defendants' Motion to Dismiss. Accordingly, Plaintiff requests this Court's permission to file its Response to Defendants' Motion to Dismiss.

2. The undersigned counsel for Plaintiff has conferred with Defendants' counsel, Anne Marie Mackin, who confirmed that Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiff requests that the Court grant its motion to exceed page limit and permit the filing of Plaintiff's Response to Defendants' Motion to Dismiss, and grant it such other and further relief to which it may be justly entitled.

        Respectfully submitted,

        BOARDMAN AND CLARK, LLP
        1 S. Pinckney St., Suite 410
        Madison, Wisconsin   53703-4256
        Telephone:   608-257-9521
        Telecopier:   608-283-1709

        BY: */s/ Richard L. Bolton*
        Richard L. Bolton
        Wisconsin State Bar No. 1012552
        Email:   rbolton@boardmanclark.com

        Daniel H. Byrne
        Texas State Bar No. 03565600
        Email:   dbyrne@fbhf.com
        Lessie G. Fitzpatrick
        Texas State Bar No. 24012630
        Email:   lfitzpatrick@fbhf.com
        FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
        221 West 6th Street, Suite 960
        Austin, Texas   78701
        Telephone:   (512) 476-2020
        Facsimile:   (512) 477-5267

        Sam Grover
        Wisconsin State Bar No. 1096047
        Email:   sgrover@ffrf.org
        Patrick Elliott
        Wisconsin State Bar No. 1074300
        Email:   pelliott@ffrf.org
        FREEDOM FROM RELIGION FOUNDATION, INC.
        P. O. Box 750
        Madison, Wisconsin   53701
        Telephone:   608-256-8900
        Telecopier:   608-204-0422

        ATTORNEYS   FOR   PLAINTIFF   FREEDOM FROM RELIGION FOUNDATION, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 31st day of May, 2016, which will send notification to the following:

Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 475-4080
Telecopier: (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov

*/s/ Richard L. Bolton*
Richard L. Bolton

f:\docs\wd\26318\34\a2481113.docx