UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § <br>       Plaintiff, § <br> § <br> -vs- § <br> § <br> **GOVERNOR GREG ABBOTT**, in his § <br> official and individual capacities, and § <br> **JOHN SNEED**, Executive Director of the § <br> Texas State Preservation Board, in his § <br> official and individual capacities, § <br>       Defendants. § | CASE NO. 1:16-CV-00233-SS |

## ORDER GRANTING PLAINTIFF'S
## MOTION TO EXCEED PAGE LIMIT

Before the Court is Plaintiff Freedom From Religion Foundation, Inc.'s Motion to Exceed Page Limit (the "Motion") regarding its Response to Defendants' Motion to Dismiss. Having considered the Motion and the pleadings and papers on file in this cause, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff is permitted to exceed the page limit as requested in the Motion and file their Response to Defendants' Motion to Dismiss herein.

DATED: _____, 2016.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE