IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | No. 1-16:CV-00233-SS |
| GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § § | |
| *Defendants.* | § | |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME AND EXCEED PAGE LIMIT**
_____

Defendants, Governor Greg Abbott and Executive Director of the Texas State Preservation Board John Sneed, in their individual and official capacities, respectfully move the Court as follows:

1. Plaintiff Freedom From Religion Foundation ("FFRF") filed its First Amended Complaint in the above-captioned cause on May 4, 2016. ECF 15.

2. Defendants filed a Motion to Dismiss the First Amended Complaint on May 13, 2016. ECF 17.

3. FFRF filed a Response in Opposition to the Motion to Dismiss on June 1, 2016. ECF 19. FFRF moved to exceed the page limit applicable to that Response, and Defendants did not oppose the motion. ECF 18. FFRF's Response in Opposition exceeded the 20-page limit under Local Rule CV-7(e)(3) by 9 pages, and contained an appendix of factual allegations in excess of 7 pages. ECF 19.

4. Defendants' Reply in Support of their Motion to Dismiss is currently due June 8, 2016. Local Rule CV-7(f)(2). Defendants respectfully request that the Court extend

that deadline by fourteen (14) days to June 22, 2016, to allow sufficient time to address the issues raised in FFRF's Response.

5. Defendants further move for leave to exceed the 10 page limit applicable to their Reply under Local Rule CV-7(f)(3). Defendants request leave to exceed that limit by up to 9 pages, if necessary to fully address the issues raised in FFRF's Response. Defendants will only use those excess pages necessary to address FFRF's Response.

6. This extension is not requested for purposes of delay, but so that justice may be done.

7. FFRF does not oppose the relief sought herein.

**PRAYER**

For the forgoing reasons, and for good cause shown herein, Defendants request that the Court extend their deadline to reply to FFRF's Response by fourteen (14) days, up to and including June 22, 2016. Defendants further request leave to exceed the 10-page limit on their reply by up to 9 pages.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/Anne Marie Mackin
Anne Marie Mackin
Texas Bar No. 24078898
Assistant Attorney General
Austin R. Nimocks
Texas Bar No. 24002695
Associate Deputy for Special Litigation
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 475-4080
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF CONFERENCE

On June 2, 2016, undersigned counsel conferred by email with counsel for Plaintiff, Richard L. Bouton, who indicated that Plaintiff does not oppose this motion.

/s/Anne Marie Mackin
Assistant Attorney General

### CERTIFICATE OF SERVICE

I certify that on this the 2nd day of June, 2016, a true and correct copy of the foregoing was filed electronically with the Court and delivered via the CM/ECF system to:

Daniel H. Byrne
Lessie G. Fitzpatrick
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701

Richard L. Bolton
BOARDMAN AND CLARK, LLP
1 S. Pinckney St, Suite 410
Madison, Wisconsin 53703

Sam Grover
Patrick Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701

ATTORNEYS FOR PLAINTIFF

/s/Anne Marie Mackin
Assistant Attorney General