IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1-16:CV-00233-SS |
| GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § § | |
| *Defendants.* | § | |

**ORDER**

On this day came on to be heard Defendants' Unopposed Motion to Extend Time and Exceed Page Limit. After due consideration, the Court hereby ORDERS as follows:

The deadline for Defendants to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint in the above-captioned cause is now June 22, 2016. The Court further ORDERS that, if necessary, Defendants may exceed the 10-page limit on that Reply by up to nine pages, for a total not to exceed 19 pages.

Done this the _____ day of June, 2016.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE