FILED
2016 JUN -3  PM 3: 53
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.,<br>    *Plaintiff,*<br><br>v.<br><br>GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD,<br>    *Defendants.* | No. 1-16:CV-00233-SS |

## ORDER

On this day came on to be heard Defendants' Unopposed Motion to Extend Time and Exceed Page Limit. After due consideration, the Court hereby ORDERS as follows:

The deadline for Defendants to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint in the above-captioned cause is now June 22, 2016. The Court further ORDERS that, if necessary, Defendants may exceed the 10-page limit on that Reply by up to nine pages, for a total not to exceed 19 pages.

Done this the __3rd__ day of June, 2016.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE