# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Freedom From Religion Foundation, Inc. § | |
| § | CIVIL NO: |
| vs. § | AU:16-CV-00233-SS |
| § | |
| Greg Abbott, John Sneed § | |

## ORDER SETTING MOTION TO DISMISS

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION TO DISMISS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, June 20, 2016 at 02:00 PM**.

    IT IS SO ORDERED this 13th day of June, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE