**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

Freedom From Religion Foundation, Inc., Plaintiff,

-vs-

Governor Greg Abbott and John Sneed, Executive Director of Texas State Preservation Board, Defendants.

Case No.: 1-16:CV-00233-SS

**NOTICE CONCERNING REFERENCE TO
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: __Governor Greg Abbott and John Sneed__

through counsel: __Anne Marie Mackin__

hereby (select one):

○  consents to having a United States Magistrate Judge preside over the trial in this case.

●  declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Anne Marie Mackin
Attorney for: Defendants

- 4 -