UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** § <br> **FOUNDATION, INC.** § <br> Plaintiff, § <br> § <br> -vs- § <br> § <br> **GOVERNOR GREG ABBOTT**, in his § <br> official and individual capacities, and § <br> **JOHN SNEED**, Executive Director of the § <br> Texas State Preservation Board, in his § <br> official and individual capacities, § <br> Defendants. § | CASE NO. 1:16-CV-00233-SS |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff Freedom From Religion Foundation, Inc., through counsel, Daniel H. Byrne, Fritz, Byrne, Head & Fitzpatrick, PLLC, hereby declines to consent to a trial before a United States Magistrate Judge.

1

Respectfully submitted,

FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Telephone:  512-476-2020
Telecopier:  512-477-5267

BY:     /s/ Daniel H. Byrne
          Daniel H. Byrne
          Texas State Bar No. 03565600
          Email:  dbyrne@fbhf.com
          Lessie G. Fitzpatrick
          Texas State Bar No. 24012630
          Email:  lfitzpatrick@fbhf.com

Richard L. Bolton
Wisconsin State Bar No. 1012552
Email:  rbolton@boardmanclark.com
BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin 53703-4256
Telephone:  608-257-9521
Telecopier:  608-283-1709

Sam Grover
Wisconsin State Bar No. 1096047
Email:  sgrover@ffrf.org
Patrick Elliott
Wisconsin State Bar No. 1074300
Email:  pelliott@ffrf.org
FREEDOM FROM RELIGION FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701
Telephone:  608-256-8900
Telecopier:  608-204-0422

ATTORNEYS FOR PLAINTIFF FREEDOM FROM RELIGION FOUNDATION, INC.

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 17th day of June, 2016, which will send notification to the following:

Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone:  (512) 475-4080
Telecopier:  (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov

                /s/ Daniel H. Byrne
                Daniel H. Byrne