IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC.,
        Plaintiff,

-vs-

GOVERNOR GREG ABBOTT,
CHAIRMAN OF THE STATE
PRESERVATION BOARD, and JOHN
SNEED, EXECUATIVE DIRECTOR
OF THE TEXAS STATE
PRESERVATION BOARD;
        Defendants.

CAUSE NO.:
A-16-CA-00233-SS

## ORDER

BE IT REMEMBERED on the 20th day of June 2016, the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. The Court considered Defendant Greg Abbott and John Sneed's Motion to Dismiss [#17] and Plaintiff Freedom From Religion Foundation, Inc.'s Response [#19], and now enters the following orders confirming its oral pronouncements:

    IT IS ORDERED that Defendants' Motion to Dismiss [#17] is GRANTED IN PART as to Plaintiff's individual capacity claims against Defendant John Sneed, who is protected by qualified immunity, and DENIED IN PART as to Plaintiff's claims against Defendant Greg Abbott; and

    IT IS FINALLY ORDERED that each party shall have until Friday, **August 19th, 2016**, to file a motion for summary judgment, and thereafter until Monday, **September 19th, 2016**, to respond to the opposing party's motion for summary judgment.

SIGNED this the 20th day of June 2016.

*[signature: Sam Sparks]*
SAM SPARKS
UNITED STATES DISTRICT JUDGE