UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 AUG 24  PM 4: 08
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. <br>     Plaintiff, <br><br> -vs- <br><br> GOVERNOR GREG ABBOTT, in his official and individual capacities, and JOHN SNEED, Executive Director of the Texas State Preservation Board, in his official capacity, <br>     Defendants. | § § § § § § § § § § § § § <br><br> CASE NO. 1:16-CV-00233-SS |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Before the Court is Plaintiff Freedom From Religion Foundation, Inc.'s Motion to Exceed Page Limit (the "Motion") regarding its Motion for Summary Judgment and Supporting Brief. Having considered the Motion and the pleadings and papers on file in this cause, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff is permitted to exceed the page limit as requested in the Motion and file their Motion for Summary Judgment and Supporting Brief herein.

DATED: _Aug. 24_, 2016.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE