## Robert Davis

| | |
|---|---|
| **Subject:** | International Buddhist Progress Society Austin |
| **Location:** | GFR |
| | |
| **Start:** | Sat 5/21/2016 9:00 AM |
| **End:** | Sat 5/28/2016 5:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Organizer:** | SPB ExhibitsCal |

DATE INITIAL REQUEST RECEIVED: **12/1/2015**

NAME OF GROUP REQUESTING USE: **International Buddhist Progress Society Austin**

CONTACT FOR GROUP: **Stephen Yau**

TELEPHONE NUMBER: **512 299 6079**

EMAIL: <u>Sdyau2@gmail.com</u>

PURPOSE OF EVENT / EXHIBIT: **Calligraphy Display – for cultural and educational inspiration**

LEGISLATIVE SPONSOR: **Rep. Naishtat**

NUMBER OF ATTENDEES: **n/a**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE: **Judy Dale**

NOTES:

---

☒ **Entered on Outlook Calendar**          ☒ **Entered in CARRS**

☒ **Application Received**          ☒ **Confirmation Email Sent**

☒ **Sponsorship Form Received**          ☒ **Electrician or Media Staff Notified**

☒ **Fee Received/Amount: $_____**          ☐ **DPS Notified** (drive/dock access)

☐ **Dock/Drive Access Received** (if applicable)          ☐ **SPB Staff Notified** (setup/tents/trash)

☒ **Use of Drive Addendum**


EXHIBIT
27



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS
IN THE CAPITOL AND
CAPITOL EXTENSION**

**CONTACT:** Capitol Events Coordinator
(512) 463-3051
FAX (512) 463-3372

**Instructions: Please complete the entire application. Incomplete applications will not be considered. If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or Capitol.Events@tspb.state.tx.us.**

1.  Check One:  ☑  Ground Floor Rotunda (Capitol Building, basement level)

    ☐  South Central Gallery

    ☐  North Central Gallery

    **\*\* Exhibits are prohibited in the Capitol Rotunda.**

    **\*\*There are no electrical outlets in the Central Galleries on the E2 level.**

2.  Exhibit Name  *Venerable Master Hsing Yun's One-Stroke Calligraphy*

3.  Date(s) and time(s) requested  *9am - 5pm on May 21 ~ June 5, 2016*

4.  Sponsoring Organization  *International Buddhist Progress Society, Austin*

5.  State Official Sponsor  *Elliott Naishtat, Texas House of Representative*
    *(Required for approval of all events and exhibits at the Texas State Capitol. Must be the Governor, the Lieutenant Governor, the Speaker, a State Senator, or a State Representative. Applications are considered incomplete without a letter of sponsorship from a State Official Sponsor.)*

6.  Contact Name:  *Jue Ji*

7.  Address:  *6720 N. Capital of Texas Hwy, Austin, TX 78731*

8.  Phone Number  *(512) 346-6789*    Fax Number  *(512) 346-3346*

    Email Address  *austin@ibps.org*

9.  Description of the exhibit, including a detailed diagram of the dimensions of the space required.

ONE WEEK

-1 mo

12/2

D000941

10.     Purpose of exhibit.

11.     Exhibit time schedule.  Please be specific. **21**

Set up date and time: 9am-5pm May ~~20~~, 2016     End date and time: 5pm ~~June~~ 5, 2016

**25**

**MAX**

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

_____Chuck Sr_____            _____Nov. 25, 2015_____
Exhibit Holder Signature                          Date

Revised 1/13

## Robert Davis

**Subject:**         Art from the Streets
**Location:**       South Central Gallery

**Start:**           Sun 6/14/2015 1:00 PM
**End:**            Sat 6/20/2015 1:00 PM

**Recurrence:**    (none)

**Organizer:**      SPB ExhibitsCal

DATE INITIAL REQUEST RECEIVED: **3/3/2015**

NAME OF GROUP REQUESTING USE: **Art from the Streets**

CONTACT FOR GROUP: **Kelley Worden**

TELEPHONE NUMBER: **512 695 9977**

EMAIL: madsrawk@hotmail.com

PURPOSE OF EVENT / EXHIBIT: **Increasing awareness about street art**

LEGISLATIVE SPONSOR: **Sen. Watson**

NUMBER OF ATTENDEES: **n/a**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE: **Yvonne**

NOTES:

---

☑ **Entered on Outlook Calendar**

☑ **Application Received**

☑ **Sponsorship Form Received**

☑ **Fee Received/Amount: $_____**

☑ **Dock/Drive Access Received** (if applicable)

☑ **Entered in CARRS**

☐ **Confirmation Email Sent**

☑ **Electrician or Media Staff Notified**

☑ **DPS Notified** (drive/dock access)

☑ **SPB Staff Notified** (setup/tents/trash)



EXHIBIT
28



# STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:  Please complete the entire application.  Incomplete applications will not be considered.
If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or
Capitol.Events@tspb.state.tx.us.**

1. Check One:

   [ ] Ground Floor Rotunda (Capitol Building, basement level)

   [✓] South Central Gallery

   [ ] North Central Gallery

   ** Exhibits are prohibited in the Capitol Rotunda.

   **There are no electrical outlets in the Central Galleries on the E2 level.

2. Exhibit Name ___ Art From The Streets ___

3. Date(s) and time(s) requested ___ June 14-20th ___

4. Sponsoring Organization ___ Art From the Streets ___

5. State Official Sponsor
   *(Required for approval of all events and exhibits at the Texas State Capitol.  Must be the Governor, the
   Lieutenant Governor, the Speaker, a State Senator, or a State Representative.  Applications are considered
   incomplete without a letter of sponsorship from a State Official Sponsor.)*

6. Contact Name ___ Kelley Worden ___

7. Address ___ 10701 Beckwood Drive ___

8. Phone Number ___ 512-695-9977 ___   Fax Number ___

   Email Address ___ madsrawk@hotmail.com ___

9. Description of the exhibit, including a detailed diagram of the dimensions of the space required.
   We will have 4 free standing metal panels (6X9') that will be put together like an
   accordion and artwork will be hung on these panels.

D000532

Increase awareness for Art From The Streets

11.  Exhibit time schedule.  Please be specific.

June 14, 2015, 1:00pm                                      June 20, 2015 1pm

Set up date and time: _____        End date and time: _____

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension
and agree to comply with this policy.  I understand that all exhibits are subject to cancellation.  In addition, I understand
that I am responsible for any damages to the building or grounds as a result of my exhibit.

3-4-2015

Exhibit Holder Signature _____        Date _____

D000533

## Robert Davis

**Subject:**       Austin Jewish Academy - Palette of Young Artists
**Location:**      Ground Floor Rotunda

**Start:**         Sun 4/26/2015 9:00 AM
**End:**           Sun 5/3/2015 9:00 AM

**Recurrence:**    (none)

**Organizer:**     SPB Attendance

DATE INITIAL REQUEST RECEIVED: **9/10/14**

NAME OF GROUP REQUESTING USE:  **Austin Jewish Academy**

CONTACT FOR GROUP:  **Susan Slomowitz**

TELEPHONE NUMBER: **512 735 8350**

EMAIL: susan.slomowitz@austinjewishacademy.org

PURPOSE OF EVENT / EXHIBIT:  **Student Artwork Display**

LEGISLATIVE SPONSOR: **Rep. Eddie Rodriguez**

NUMBER OF ATTENDEES:  **n/a**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE:  **(deisy)**

NOTES:

---

☑ **Entered on Outlook Calendar**          ☑ **Entered in CARRS**

☑ **Application Received**                 ☑ **Confirmation Email Sent**

☑ **Sponsorship Form Received**            ☒ **Electrician or Media Staff Notified**

☒ **Fee Received/Amount: $_____**     ☐ **DPS Notified** (drive/dock access)

☑ **Dock/Drive Access Received** (if applicable)   ☐ **SPB Staff Notified** (setup/tents/trash)



EXHIBIT
29

1



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:** Please complete the entire application. Incomplete applications will not be considered.
If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or
Capitol.Events@tspb.state.tx.us.

1.   Check One:   ☑ Ground Floor Rotunda (Capitol Building, basement level)

☐ South Central Gallery

☐ North Central Gallery

** Exhibits are prohibited in the Capitol Rotunda.

**There are no electrical outlets in the Central Galleries on the E2 level.

2.   Exhibit Name    *Palette of Young Artists*

3.   Date(s) and time(s) requested    *April 26 – May 3, 2015*

4.   Sponsoring Organization    *Austin Jewish Academy*

5.   State Official Sponsor _____
     *(Required for approval of all events and exhibits at the Texas State Capitol. Must be the Governor, the
     Lieutenant Governor, the Speaker, a State Senator, or a State Representative. Applications are considered
     incomplete without a letter of sponsorship from a State Official Sponsor.)*

6.   Contact Name:    *Susan Slomowitz*

7.   Address:    *7300 Hart Lane, , Austin, TX  78731*

8.   Phone Number   *512-735-8350*    Fax Number   *512-735-8351*

     Email Address   *Susan.slomowitz@austinjewishacademy.org*

9.   Description of the exhibit, including a detailed diagram of the dimensions of the space required.

*Artwork to be hung on free standing grids around
the Ground Floor Rotunda. One or two tables
with 3-D artwork in the center of the room.*

D000536

10.    Purpose of exhibit.

Student art exhibit.

11.    Exhibit time schedule.  Please be specific.

Set up date and time: _Sunday April 26_     End date and time: _Sunday, May 3_
                       9am                                          9am

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

_____          _3/10/15_____
Exhibit Holder Signature                  Date

Revised 1/13

D000537

## Robert Davis

**Subject:**            Lone Star Artist Award Winner
**Location:**           Ground Floor Rotunda

**Start:**              Mon 8/3/2015 ~~_____~~ *8:00 Am*
**End:**                Sat 8/8/2015 ~~_____~~ *4:00 PM*
**Show Time As:**       Free

**Recurrence:**         (none)

**Organizer:**          SPB ExhibitsCal

**DATE INITIAL REQUEST RECEIVED: 6/5/15**

**NAME OF GROUP REQUESTING USE:  District 98 / Southlake Women's Club**

**CONTACT FOR GROUP:  Amanda Calogne**

**TELEPHONE NUMBER:  817 807 8010**

**EMAIL:  Amanda.calogne@house.state.tx.us**

**PURPOSE OF EVENT / EXHIBIT:   Student Artist award winner**

**NUMBER OF ATTENDEES:   n/a**

**CONTACT NAME / NUMBER IN MEMBER'S OFFICE:   Amanda**

**NOTES:**

---

☑ **Entered on Outlook Calendar**          ☑ **Entered in CARRS**

☑ **Application Received**                 ☑ **Confirmation Email Sent**

☑ **Sponsorship Form Received**            ☑ **Electrician or Media Staff Notified**

☒ **Fee Received/Amount: $_____**    ☐ **DPS Notified (drive/dock access)**

☒ **Dock/Drive Access Received (if applicable)**   ☐ **SPB Staff Notified (setup/tents/trash)**

1





## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:  Please complete the entire application.  Incomplete applications will not be considered.
If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or
Capitol.Events@tspb.state.tx.us.**

1.    Check One:    ☑  Ground Floor Rotunda (Capitol Building, basement level)

☐  South Central Gallery

☐  North Central Gallery

   **\*\* Exhibits are prohibited in the Capitol Rotunda.**

   **\*\*There are no electrical outlets in the Central Galleries on the E2 level.**

2.    Exhibit Name    Lone Star Artist Award- District 98

3.    Date(s) and time(s) requested    August 3-7

4.    Sponsoring Organization    Southlake Women's Club- Art in the Square

5.    State Official Sponsor    State Representative Giovanni Capriglione
   *(Required for approval of all events and exhibits at the Texas State Capitol.  Must be the Governor, the
   Lieutenant Governor, the Speaker, a State Senator, or a State Representative.  Applications are considered
   incomplete without a letter of sponsorship from a State Official Sponsor.)*

6.    Contact Name:    Amanda Calongne

7.    Address:    P.O. Box 770, Keller, TX 76244

8.    Phone Number    817-807-8010    Fax Number

   Email Address    amanda.calongne@house.state.tx.us

9.    Description of the exhibit, including a detailed diagram of the dimensions of the space required.

   1 single piece of student artwork to be displayed on easel. On a seperate easel
   will be a framed explanation of the award and artist info.

**D000574**

10.     Purpose of exhibit.

Highlight a talented high school artist from the 98th District of Texas.

11.     Exhibit time schedule.  Please be specific.

Set up date and time: 8:00 am _____     End date and time: 4:00 pm _____

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

_____     June 8, 2015
Exhibit Holder Signature                                            _____
                                                                 Date

Revised 1/13

D000575

## Robert Davis

| | |
|---|---|
| **Subject:** | What Once Was Exhibit |
| **Location:** | Ground Floor Rotunda |
| **Start:** | Thu 3/24/2016 11:00 AM |
| **End:** | Thu 3/31/2016 12:00 PM |
| **Recurrence:** | (none) |
| **Organizer:** | SPB ExhibitsCal |

DATE INITIAL REQUEST RECEIVED: **12/4/15**

NAME OF GROUP REQUESTING USE: **Illustrative Preservation**

CONTACT FOR GROUP: **John Rodak**

TELEPHONE NUMBER: **832 466 5807**

EMAIL: east2westart@gmail.com

PURPOSE OF EVENT / EXHIBIT:  **Illustrative Preservation by Students**

LEGISLATIVE SPONSOR: **Sen. Paul Bettencourt**

NUMBER OF ATTENDEES:  **n/a**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE:  **VA**

NOTES:

---

☑ Entered on Outlook Calendar                    ☑ Entered in CARRS

☑ Application Received                             ☑ Confirmation Email Sent

☑ Sponsorship Form Received                       ☒ Electrician or Media Staff Notified

☒ Fee Received/Amount: $_____               ☐ DPS Notified (drive/dock access)

☐ Dock/Drive Access Received (if applicable)      ☐ SPB Staff Notified (setup/tents/trash)

☒ Use of Drive Addendum

**EXHIBIT**
tabbies®
**31**

1



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:  Please complete the entire application.  Incomplete applications will not be considered.
If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or
Capitol.Events@tspb.state.tx.us.**

1.  Check One:  ☒  Ground Floor Rotunda (Capitol Building, basement level)

☐  South Central Gallery

☐  North Central Gallery

**\*\* Exhibits are prohibited in the Capitol Rotunda.**

**\*\*There are no electrical outlets in the Central Galleries on the E2 level.**

2.  Exhibit Name   'WHAT ONCE WAS'

3.  Date(s) and time(s) requested   MARCH, 2016

4.  Sponsoring Organization

5.  State Official Sponsor
    *(Required for approval of all events and exhibits at the Texas State Capitol.  Must be the Governor, the
    Lieutenant Governor, the Speaker, a State Senator, or a State Representative.  Applications are considered
    incomplete without a letter of sponsorship from a State Official Sponsor.)*

6.  Contact Name:   JOHN RODAK

7.  Address:   5706 JASON ST. / HOUSTON TX  77096

8.  Phone Number  832·466·5807      Fax Number

    Email Address   east2westart@gmail.com

9.  Description of the exhibit, including a detailed diagram of the dimensions of the space required.

NETWORK- 15-24 PIECES (MOUNTED ON EASELS)
ALL WORK MATTED AND/OR FRAMED
WILL MAKE WORK 'FIT' IN THE SPACE ALLOTTED

D000618

10.    ~~A purpose of exhibit~~

To PROMOTE INTEREST IN TEXAS (AND OUTSIDE OUR STATE) STATUARY, STRUCTURES AND SIGNAGE, ELEMENTS 'FORGOTTEN' IN THIS MODERN AGE ~ BUT WHICH REPRESENT A 'MONUMENT' TO WHAT CONTRIBUTED TO THE GROWTH AND GREATNESS OF THAT COMMUNITY.

11.    Exhibit time schedule.  Please be specific.

Set up date and time: MARCH 17. 2016          End date and time: MARCH 31. 2016

11 A.M.                                                      11 A.M. ~ NOON

*SET UP DATES / TIMES ARE FLEXIBLE IN ACCORDS W/ SCHEDULING

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

_____          8/24/15
Exhibit Holder Signature                            Date

Revised 1/13

**Robert Davis**

| | |
|---|---|
| **Subject:** | King Ranch Exhibit |
| **Location:** | Ground Floor Rotunda |
| **Start:** | Sun 3/1/2015 5:00 PM |
| **End:** | Mon 3/2/2015 8:00 PM |
| **Recurrence:** | (none) |
| **Organizer:** | SPB ExhibitsCal |

DATE INITIAL REQUEST RECEIVED: **2/4/15**

NAME OF GROUP REQUESTING USE: **King Ranch Main House**

CONTACT FOR GROUP: **Leslie Pardue / Joanne _____**

TELEPHONE NUMBER: **512 478 7777**

EMAIL: **leslie@westcapitol.com**

PURPOSE OF EVENT / EXHIBIT:  **100ᵗʰ Anniversary of King Ranch Main House**

LEGISLATIVE SPONSOR: **Rep. Lozano**

NUMBER OF ATTENDEES:  **N/A**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE: **Matt Lamon**

NOTES:

---

☑ **Entered on Outlook Calendar**          ☑ **Entered in CARRS**

☑ **Application Received**                          ☑ **Confirmation Email Sent**

☑ **Sponsorship Form Received**              ☒ **Electrician or Media Staff Notified**

☒ **Fee Received/Amount: $_____**   ☐ **DPS Notified** (drive/dock access)

☐ **Dock/Drive Access Received** (if applicable)   ☐ **SPB Staff Notified** (setup/tents/trash)

1

EXHIBIT
**32**



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS
IN THE CAPITOL AND
CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator
(512) 463-3051
FAX (512) 463-3372**

**Instructions:** Please complete the entire application. Incomplete applications will not be considered. If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or Capitol.Events@tspb.state.tx.us.

1. Check One:  ☑ Ground Floor Rotunda (Capitol Building, basement level)

   ☐ South Central Gallery

   ☐ North Central Gallery

   ** Exhibits are prohibited in the Capitol Rotunda.

   **There are no electrical outlets in the Central Galleries on the E2 level.

2. Exhibit Name   King Ranch Main House

3. Date(s) and time(s) requested   ~~2/2/14~~, all day  3/2/2015  - R0

4. Sponsoring Organization   King Ranch Inc.

5. State Official Sponsor   Representative J.M. Lozano
   *(Required for approval of all events and exhibits at the Texas State Capitol. Must be the Governor, the Lieutenant Governor, the Speaker, a State Senator, or a State Representative. Applications are considered incomplete without a letter of sponsorship from a State Official Sponsor.)*

6. Contact Name:   LESLIE   PARDUE

7. Address:   304  W 13th  St   Austin, TX

8. Phone Number 512-478-7777   Fax Number _____

   Email Address   leslie @westcapitol.com

9. Description of the exhibit, including a detailed diagram of the dimensions of the space required.

   DISPLAY   PANEL  (TV) , TABLE
   EASELS

D000640

10.    Purpose of exhibit.

Educate the public about the 100th anniversary of the King Ranch Main House.

11.    Exhibit time schedule.  Please be specific.

Set up date and time: 3/1/2015, 5:00 pm          End date and time: 3/2/2015, 8:00 pm

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

_____          2/2/15
Exhibit Holder Signature                 Date

Revised 1/13

D000641

## Robert Davis

| | |
|---|---|
| **Subject:** | Interior Design Week |
| **Location:** | South Gallery |
| **Start:** | Mon 3/2/2015 9:00 AM |
| **End:** | Fri 3/6/2015 1:00 PM |
| **Recurrence:** | (none) |
| **Organizer:** | SPB ExhibitsCal |

DATE INITIAL REQUEST RECEIVED: **7/1/2014**

NAME OF GROUP REQUESTING USE: **Texas Association of Interior Design**

CONTACT FOR GROUP: **Marilyn Roberts**

TELEPHONE NUMBER: **512 507 0855**

EMAIL: asidtxmr@flash.net

PURPOSE OF EVENT / EXHIBIT: **Promote State Registered Interior Designers (non com)**

LEGISLATIVE SPONSOR: **(Rep. Harless)**

NUMBER OF ATTENDEES: **n/a**

CONTACT NAME / NUMBER IN MEMBER'S OFFICE: _____

NOTES:

---

☑ Entered on Outlook Calendar                    ☐ Entered in CARRS

☑ Application Received                            ☐ DPS Notified (drive/dock access)

☑ Sponsorship Form Received                      ☑ Electrician or Media Staff Notified

☐ Fee Received/Amount: $_____              ☐ SPB Staff Notified (setup/tents/trash)

☐ Dock/Drive Access Received (if applicable)     ☑ Additional  _CONFIRMED_

EXHIBIT
33



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:** Please complete the entire application. Incomplete applications will not be considered. If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or Capitol.Events@tspb.state.tx.us.

1.  Check One:    ☐  Ground Floor Rotunda (Capitol Building, basement level)

    ☑  South Central Gallery

    ☐  North Central Gallery

    ** Exhibits are prohibited in the Capitol Rotunda.

    **There are no electrical outlets in the Central Galleries on the E2 level.

2.  Exhibit Name  *INTERIOR DESIGNERS PROTECT HEALTH, SAFETY, WELFARE OF THE PUBLIC*

3.  Date(s) and time(s) requested  *MAR. 2 — MAR 6, 2015*

4.  Sponsoring Organization  *TEXAS ASSOC. FOR INTERIOR DESIGN (TAID)*

5.  State Official Sponsor  *PENDING - REP. PATRICIA HARLESS*
    (Required for approval of all events and exhibits at the Texas State Capitol. Must be the Governor, the Lieutenant Governor, the Speaker, a State Senator, or a State Representative. Applications are considered incomplete without a letter of sponsorship from a State Official Sponsor.)

6.  Contact Name:  *MARILYN ROBERTS*

7.  Address:  *8108 B MESA DR, #107  AUSTIN, TX 78759*

8.  Phone Number  *512-507-0855*    Fax Number  *512-338-0895*

    Email Address  *asidtxmr@flash.net*

9.  Description of the exhibit, including a detailed diagram of the dimensions of the space required.

D000739

10. Purpose of exhibit.

TO EDUCATE THE PUBLIC THAT STATE REGISTERED INTERIOR DESIGNERS ARE EDUCATED TO PROTECT THEIR HSW IN THE BUILT ENVIRONMENT

11. Exhibit time schedule. Please be specific.

Set up date and time: MONDAY, MAR 2   End date and time: FRIDAY, MAR 6
BETWEEN 8:30–9:30am   BETWEEN 12noon – 2pm

I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy. I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.

Marilyn Roberts
Exhibit Holder Signature

Date 7/1/14

Revised 1/13

D000740



## STATE PRESERVATION BOARD

**REQUEST FOR EXHIBITS**
**IN THE CAPITOL AND**
**CAPITOL EXTENSION**

**CONTACT: Capitol Events Coordinator**
**(512) 463-3051**
**FAX (512) 463-3372**

**Instructions:  Please complete the entire application.  Incomplete applications will not be considered.
If you have any questions, please contact the Capitol Events Coordinator at (512) 463-3051 or
Capitol.Events@tspb.state.tx.us.**

1. Check One:

   ☐ Ground Floor Rotunda (Capitol Building, basement level)

   ☑ South Central Gallery

   ☐ North Central Gallery

   ** Exhibits are prohibited in the Capitol Rotunda.**

   **There are no electrical outlets in the Central Galleries on the E2 level.**

2. Exhibit Name    Texans For Responsible Marijuana Policy Educational Display

3. Date(s) and time(s) requested    March 16, 2015 /18:00  -  March 20, 2015/16:00

4. Sponsoring Organization    Texas NORML

5. State Official Sponsor    Rep. Elliott Naishtat
   *(Required for approval of all events and exhibits at the Texas State Capitol.  Must be the Governor, the
   Lieutenant Governor, the Speaker, a State Senator, or a State Representative.  Applications are considered
   incomplete without a letter of sponsorship from a State Official Sponsor.)*

6. Contact Name:    Frank Dorval

7. Address:    7702 Kincheon Ct Austin Texas 78749

8. Phone Number    512-663-9475         Fax Number

   Email Address    frank.n.sled@gmail.com

9. Description of the exhibit, including a detailed diagram of the dimensions of the space required.

   6 Poster board displays with stands. Each display requires a 2' x 3 ' section.



EXHIBIT
34

10.    Purpose of exhibit.

To educate citizens  and legislators on cannabis issues.


11.    Exhibit time schedule.  Please be specific.

Set up date and time: 08:00 March 16, 2015                End date and time: 16:00 March 20, 2015


I have read the State Preservation Board Policy for Exhibits in the Ground Floor Rotunda and the Capitol Extension and agree to comply with this policy.  I understand that all exhibits are subject to cancellation. In addition, I understand that I am responsible for any damages to the building or grounds as a result of my exhibit.


_____          _____
Exhibit Holder Signature                                  Date


Revised 1/13

D000786

## State Preservation Board Event & Exhibit Sponsorship

**Event/Exhibit Name:**   Texans for Responsible Marijuana Policy Educational Display

**Event/Exhibit Date(s):**   March 16, 2015 - March 20, 2015

**Event/Exhibit Location:**   South Central Gallery
**(South Steps, Grounds, Capitol Rotunda, Open Air Rotunda, South or North Central Gallery, Ground Floor Rotunda)**

**Purpose of Event:**   To educate citizens and legislators on cannabis issues.

**Office Sponsoring Event:**   Rep. Elliott Naishtat

**Signature of State Official Sponsor:**   _Elliott Naishtat_

**Please fax completed form to the Capitol Events Coordinator at 512-463-3372 or Email to Capitol.Events@tspb.state.tx.us.**

Revised 9/2014

D000787

**From:**       Christopher Currens
**To:**         bmartin@dallasnews.com
**Subject:**    Texas Capitol Nativity Scene Question
**Date:**       Monday, December 07, 2015 4:02:00 PM

Ms. Martin,

This is to follow up on our telephone conversation earlier this afternoon.

There will be a nativity scene in the central gallery of the Capitol Extension from December 16 - 23. The Thomas More Society is the organization responsible for this exhibit.

Chris Currens
State Preservation Board
201 E.14th Street
Suite 950
Austin, Texas 78701
512|463.6271
512|921.8230
christopher.currens@tspb.state.tx.us

EXHIBIT
35