

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

_____

**ANNE MARIE MACKIN**  PHONE: (512) 475-4074
Assistant Attorney General  FAX: (512) 320-0667
General Litigation Division  EMAIL: anna.mackin@texasattorneygeneral.gov

September 16, 2016

United States District Court
for the Western District of Texas
**Attn**: Ms. Linda Mizell, Judicial Assistant
501 West Fifth Street, Suite 1100
Austin, Texas 78701

RE:   No. 1-16:CV-00233; *Freedom From Religion Foundation v. Governor Greg Abbott, et al.*

Dear Ms. Mizell,

  Please note that I will be out of the country September 22, 2016–October 1, 2016. I respectfully request that no hearings, conferences, or other court appearances in the above-referenced matter be scheduled during this period.

  Thank you for your courtesy and consideration in this matter.

                Very Truly Yours,

                */s/ Anne Marie Mackin*
                ANNE MARIE MACKIN
                Assistant Attorney General
                General Litigation Division


AMM/trm

cc:   Daniel H. Byrne via CM/ECF
   Lessie G. Fiztpatrick via CM/ECF
   Richard Bolton via CM/ECF