UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION | § | |
| FOUNDATION, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| -vs- | § | CASE NO. 1-16: CV-00233 |
| | § | |
| GOVERNOR GREG ABBOTT, in his | § | |
| official and individual capacities, and | § | |
| JOHN SNEED, Executive Director of the | § | |
| Texas State Preservation Board, in his | § | |
| official capacity, | § | |
|     Defendants. | § | |

## NOTICE OF RECENT SUPPLEMENTAL AUTHORITY

The Plaintiff, Freedom From Religion Foundation, Inc. ("FFRF"), brings to the Court's attention recent additional relevant authority. In *Draego v. City of Charlottesville, VA*, 2016 U.S. Dist. LEXIS 159910 (W.D. Va., November 18, 2016), the district court for the Western District of Virginia addressed some of the same issues raised in the case pending before this Court, including issues relating to offensiveness as a prohibited basis for speech restriction; viewpoint and content discrimination as constituting a deeply suspect basis for regulation of speech; and impermissibly granting discretion, combined with overbreadth and vagueness infirmities.

A true and correct copy of the *Draego* decision is attached to this pleading for the Court's convenience.

Dated this 23rd day of November, 2016.

Respectfully submitted,

BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin  53703-4256
Telephone:  608-257-9521
Telecopier:  608-283-1709

BY: */s/ Richard L. Bolton*
Richard L. Bolton
Wisconsin State Bar No. 1012552
Email:  rbolton@boardmanclark.com

Daniel H. Byrne
Texas State Bar No. 03565600
Email:  dbyrne@fbhf.com
Lessie G. Fitzpatrick
Texas State Bar No. 24012630
Email:  lfitzpatrick@fbhf.com
FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
221 West 6th Street, Suite 960
Austin, Texas  78701
Telephone:  (512) 476-2020
Facsimile:      (512) 477-5267

Sam Grover
Wisconsin State Bar No. 1096047
Email:  sgrover@ffrf.org
Patrick Elliott
Wisconsin State Bar No. 1074300
Email:  pelliott@ffrf.org
FREEDOM FROM RELIGION
FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin  53701
Telephone:  608-256-8900
Telecopier:  608-204-0422

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the

Court's CM/ECF system on this the 23rd day of November, 2016, which will send notification to

the following:


Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 475-4080
Telecopier: (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov


*/s/ Richard L. Bolton*
Richard L. Bolton


f:\docs\wd\26318\34\a2628662.docx

3