IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., § § | | |
| *Plaintiff,* | § § § | |
| v. | § § | No. 1-16:CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH,[1] EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants*. | § § § § § | |

### JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to Local Rule CV-88, the parties file this Joint Report on Alternative Dispute Resolution.

Status of Settlement Negotiations. Pursuant to the Court's May 10, 2016 Order (Doc. 16), the parties have discussed whether this case might be resolved by settlement. Thus far, those discussions have proved unsuccessful.

Person Responsible for Negotiations. The person responsible for any negotiations on behalf of the Defendants is Anne Marie Mackin, Assistant Attorney General and counsel for Defendants. The person responsible for any negotiations on behalf of the Plaintiff is Richard Bolton, counsel for Plaintiffs.

---

[1] John Sneed, who was Executive Director of the Preservation Board when this lawsuit was filed, was initially named as a defendant in this lawsuit, along with Governor Abbott. The individual capacity claims against Director Sneed were dismissed by the Court on June 21, 2016 (Doc. 28). Pursuant to Federal Rule of Civil Procedure 25(d), "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name[.]" Because Rod Welsh is now Executive Director of the State Preservation Board, he takes Director Sneed's place as an official capacity defendant in this cause.

1

Appropriateness of ADR. Given the nature of the parties' dispute and the failure of settlement discussions thus far, the parties do not believe that ADR would prove productive in this case.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> JEFFREY C. MATEER
> First Assistant Attorney General
>
> BRANTLEY STARR
> Deputy First Assistant Attorney General
>
> JAMES E. DAVIS
> Deputy Attorney General for Civil Litigation
>
> ANGELA V. COLMENERO
> Chief, General Litigation Division
>
> /s/Anne Marie Mackin
> ANNE MARIE MACKIN
> Texas Bar No. 24078898
> Assistant Attorney General
> General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> (512) 475-4080
> (512) 320-0667 FAX
> anna.mackin@oag.texas.gov
>
> ATTORNEYS FOR DEFENDANTS

BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin  53703-4256
Telephone:  608-257-9521
Telecopier:  608-283-1709

BY: */s/ Richard L. Bolton*
Richard L. Bolton
Wisconsin State Bar No. 1012552
Email:  rbolton@boardmanclark.com


Daniel H. Byrne
Texas State Bar No. 03565600
Email:  dbyrne@fbhf.com
Lessie G. Fitzpatrick
Texas State Bar No. 24012630
Email:  lfitzpatrick@fbhf.com
FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
221 West 6th Street, Suite 960
Austin, Texas  78701
Telephone:  (512) 476-2020
Facsimile:     (512) 477-5267


Sam Grover
Wisconsin State Bar No. 1096047
Email:  sgrover@ffrf.org
Patrick Elliott
Wisconsin State Bar No. 1074300
Email:  pelliott@ffrf.org
FREEDOM FROM RELIGION
FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin  53701
Telephone:  608-256-8900
Telecopier:  608-204-0422

ATTORNEYS FOR PLAINTIFF