UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** § | |
| **FOUNDATION, INC.** § | |
|     Plaintiff, § | |
| § | |
| -vs- § | CASE NO. 1-16: CV-00233 |
| § | |
| **GOVERNOR GREG ABBOTT, in his** § | |
| **official and individual capacities, and** § | |
| **JOHN SNEED, Executive Director of the** § | |
| **Texas State Preservation Board, in his** § | |
| **official capacity,** § | |
|     Defendants. § | |

## NOTICE OF DEPOSITION

TO:   Ms. Anne Marie Mackin
        Assistant Attorney General
        General Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, TX 78711-2548
        anna.mackin@oag.texas.gov

     PLEASE TAKE NOTICE that the deposition of Robert Davis will be taken upon oral examination before a Notary Public/court reporter, pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, on the 24th day of April, 2017, commencing at 10:00 a. m**.**, at the offices of the State Preservation Board, 201 E. 14th St. Suite 950, Austin, Texas  78701, Room 990.  This deposition will be subject to continuance or adjournment from time to time or place to place until completed, and shall also be video-taped.

Dated this 10th day of April, 2017.

        BOARDMAN AND CLARK, LLP
        1 S. Pinckney St., Suite 410
        Madison, Wisconsin   53703-4256
        Telephone:   608-257-9521
        Telecopier:   608-283-1709

        BY: */s/ Richard L. Bolton*
        Richard L. Bolton
        Wisconsin State Bar No. 1012552
        Email:   rbolton@boardmanclark.com


        Daniel H. Byrne
        Texas State Bar No. 03565600
        Email:   dbyrne@fbhf.com
        Lessie G. Fitzpatrick
        Texas State Bar No. 24012630
        Email:   lfitzpatrick@fbhf.com
        FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
        221 West 6th Street, Suite 960
        Austin, Texas   78701
        Telephone:   (512) 476-2020
        Facsimile:       (512) 477-5267


        Sam Grover
        Wisconsin State Bar No. 1096047
        Email:   sgrover@ffrf.org
        Patrick Elliott
        Wisconsin State Bar No. 1074300
        Email:   pelliott@ffrf.org
        FREEDOM FROM RELIGION
        FOUNDATION, INC.
        P. O. Box 750
        Madison, Wisconsin   53701
        Telephone:   608-256-8900
        Telecopier:   608-204-0422

        ATTORNEYS FOR PLAINTIFF