IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | No. 1-16:CV-00233-SS |
| GOVERNOR GREG ABBOTT AND JOHN SNEED, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § § | |
| *Defendants.* | § | |

## ORDER

On this day came on to be heard Non-Party John Sneed's Motion to Quash Subpoena and Motion for Protective Order. After due consideration, the Court is of the opinion that said motion is meritorious and should be GRANTED.

It is THEREFORE ORDERED that Non-Party John Sneed's Motion to Quash Subpoena and Motion for Protective Order is hereby GRANTED. The Court further ORDERS that Plaintiff in the above-captioned cause is prevented from taking the deposition of John Sneed in the future.

IT IS SO ORDERED.

Dated this the _____ day of _____, 2017

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE