**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.**<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| -vs- | §<br>§ | CASE NO. 1:16-CV-00233-SS |
| **GOVERNOR GREG ABBOTT**, in his official and individual capacities, and **JOHN SNEED**, Executive Director of the Texas State Preservation Board, in his official and individual capacities,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

**PLAINTIFF'S CORRECTED UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Freedom from Religion Foundation, Inc. ("FFRF") hereby files its Corrected Motion to Extend Time for filing a response (the "Response") to Defendant Greg Abbott's Motion for Protective Order [Dkt. 41].

1. FFRF requests that this Court extend the deadline to file the Response until <u>April 27, 2017</u>. A similar motion brought on similar grounds was filed by Non-Party John Sneed, and the response to that motion is also due on April 27, 2017.

**CERTIFICATE OF CONFERENCE**

3. Counsel for FFRF has conferred with counsel for Defendants who confirmed that Defendants do not oppose the relief sought herein.

WHEREFORE, Plaintiff Freedom From Religion Foundation, Inc. requests that the Court grant this corrected motion to extend time to file a response to Defendant Greg Abbott's Motion for Protective Order and grant FFRF such other and further relief to which it is justly entitled.

        Respectfully submitted,

        FRITZ, BYRNE, HEAD & GILSTRAP, PLLC
        221 West 6th Street, Suite 960
        Austin, Texas 78701
        Telephone:   512-476-2020
        Telecopier:   512-477-5267

        BY:    /s/ Daniel H. Byrne
                    Daniel H. Byrne
                    Texas State Bar No. 03565600
                    Email:   dbyrne@fbhf.com
                    Lessie G. Fitzpatrick
                    Texas State Bar No. 24012630
                    Email:   lfitzpatrick@fbhf.com

        Richard L. Bolton
        Wisconsin State Bar No. 1012552
        Email:   rbolton@boardmanclark.com
        BOARDMAN AND CLARK, LLP
        1 S. Pinckney St., Suite 410
        Madison, Wisconsin 53703-4256
        Telephone:   608-257-9521
        Telecopier:   608-283-1709

        Sam Grover
        Wisconsin State Bar No. 1096047
        Email:   sgrover@ffrf.org
        Patrick Elliott
        Wisconsin State Bar No. 1074300
        Email:   pelliott@ffrf.org

        FREEDOM FROM RELIGION FOUNDATION, INC.
        P. O. Box 750
        Madison, Wisconsin 53701
        Telephone:   608-256-8900
        Telecopier:   608-204-0422

        ATTORNEYS FOR PLAINTIFF FREEDOM FROM RELIGION FOUNDATION, INC.

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 24th day of April, 2016, which will send notification to the following:

Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 475-4080
Telecopier: (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov

                /s/ Daniel H. Byrne
                Daniel H. Byrne