UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § | | |
| Plaintiff, § | | |
| § | | |
| -vs- § | CASE NO. 1:16-CV-00233-SS | |
| § | | |
| **GOVERNOR GREG ABBOTT**, in his § official and individual capacities, and § **JOHN SNEED**, Executive Director of the § Texas State Preservation Board, in his § official and individual capacities, § Defendants. § | | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED CORRECTED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Before the Court is Plaintiff's Unopposed Corrected Motion to Extend Time for filing a response to Defendant's Motion for Protective Order. [Dkt. 41]. Having considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's deadline for filing a response to Defendant's Motion for Protective Order has been extended to April 27, 2017.

SIGNED: _____, 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE