UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § | | |
| Plaintiff, § | | |
| § | | |
| -vs- § | CASE NO. 1:16-CV-00233-SS | |
| § | | |
| **GOVERNOR GREG ABBOTT**, in his § official and individual capacities, and § **JOHN SNEED**, Executive Director of the § Texas State Preservation Board, in his § official and individual capacities, § Defendants. § | | |

**ORDER GRANTING PLAINTIFF'S MOTION TO**
**AMEND SCHEDULING ORDER**

Before the Court is Plaintiff's Motion to Amend Scheduling Order. [Dkt. 39]. The Court, having considered the Motion, after having reviewed any responses, replies, and all other pleadings and papers on file in this cause, the Court is of the opinion that such Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Scheduling Order in this case is hereby amended by replacing paragraph 4 of such Scheduling Order with the following sentence: "The parties shall file all amended or supplemental pleadings and shall join additional parties by **June 26, 2017**." and by replacing the first sentence of paragraph 7 of such Scheduling Order with the following sentence: "The parties shall complete all discovery on or before **July 25, 2017**." All other deadlines remain unaffected.

Dated this _____ day of _____, 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE