IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br>     *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, <br>     *Defendants*. | § § § § § § § § § § | NO. 1-16:CV-00233-SS |

**ORDER**

On this day came on to be heard Defendant Governor Greg Abbott's Motion for Judgment and Qualified Immunity on the Pleadings. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be GRANTED.

It is therefore ORDERED that Governor Abbott is entitled to qualified immunity in the above-captioned cause, and the individual capacity claims against him are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Done this _____ day of _____, 2017

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE