FILED
2017 MAY -1  PM 2:07
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>    Plaintiff,<br><br>-vs-<br><br>GOVERNOR GREG ABBOTT, in his official and individual capacities, and ROD WELSH, Executive Director of the Texas State Preservation Board, in his official capacity,<br>    Defendants. | CASE NO. 1:16-CV-00233-SS |

### ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

Before the Court is Plaintiff Freedom From Religion Foundation, Inc.'s Motion to Exceed Page Limit (the "Motion") regarding its Combined Brief In Opposition To Motions For Protective Order By Governor Abbott And John Sneed. Having considered the Motion and the pleadings and papers on file in this cause, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff is permitted to exceed the page limit as requested in the Motion and file their Combined Brief In Opposition To Motions For Protective Order By Governor Abbott And John Sneed herein.

DATED: April 28, 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE