EXHIBIT
1

**From:** Richard L. Bolton [mailto:rbolton@boardmanclark.com]
**Sent:** Friday, April 21, 2017 4:02 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Cc:** Dan Byrne (DByrne@fbhg.law) <DByrne@fbhg.law>
**Subject:** FW: FFRF v. Abbott, et. al. Discovery Requests

Anna: Attached is written discovery to defendants. The discovery is intended to be directed to each of the defendants. If you would like me to send 2 sets, I can do that. Just let me know, as that can certainly be important.

Incidentally, is it still your position that you will not identify except through written discovery the individuals you reference in the Governor's Office who were supposedly responsible for demanding removal of FFRF's display?  It seems a little disingenuous for the Governor to duck ownership of his letter, while refusing to identify the persons who he says I should be talking to. It does seem a little like a hide the ball trick,  but I'll keep trying to get to the bottom of it.

See you on Monday. Rich

**Richard L. Bolton**
Attorney
rbolton@boardmanclark.com
Direct:  608-283-1789
Phone: 608-257-9521
Fax: 608-283-1709

MADISON OFFICE
BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
P.O. BOX 927
MADISON, WI 53701-0927

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at nriese@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.