EXHIBIT 2

**From:** Dan Byrne [mailto:DByrne@fbhg.law]
**Sent:** Friday, April 28, 2017 2:47 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Cc:** Dale Roberts <DRoberts@fbhg.law>; Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: 30(b)(6) Subpoena

No we want to do both

Thanks for your courtesies

**Dan**

**From:** Mackin, Anna [mailto:Anna.Mackin@oag.texas.gov]
**Sent:** Friday, April 28, 2017 2:28 PM
**To:** Dan Byrne <DByrne@fbhg.law>
**Cc:** Dale Roberts <DRoberts@fbhg.law>; Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: 30(b)(6) Subpoena

We are happy to accept service.  Does this mean that you are pulling down your attempt to depose the Governor personally?

**From:** Dan Byrne [mailto:DByrne@fbhg.law]
**Sent:** Friday, April 28, 2017 10:36 AM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Cc:** Dale Roberts <DRoberts@fbhg.law>; Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** 30(b)(6) Subpoena

Anna,

We are issuing a subpoena for a 30(b)(6) depo of the governor's office today—do you want us to proceed formally or will you accept service?

Also—we are picking a time and date somewhat arbitrarily as a placeholder, and are willing to work with you to find one that is mutually acceptable.


**Daniel H. Byrne**
Partner

Fritz, Byrne, Head & Gilstrap, PLLC
221 West Sixth Street, Suite 960
Austin, TX  78701
512-476-2020 Office
512-322-4722 Direct
512-477-5267 Fax
dbyrne@fbhg.law

**WWW.FBHG.LAW**



CONFIDENTIALITY NOTICE: This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient of this information, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.

 Please consider the environment before printing my email