IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | NO. 1-16:CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants*. | § § § § § | |

_____

**ORDER**
_____

On this day came on to be heard Defendant Governor Greg Abbott's Response to Plaintiffs' Motion to Extend Scheduling Order Deadlines. Upon due consideration, the Court is of the opinion that said motion is meritorious and should be GRANTED.

It is therefore ORDERED that Plaintiffs' Motion to Extend Scheduling Order Deadlines is DENIED, and the Parties shall continue to adhere to the current Scheduling Order of December 28, 2016.

IT IS SO ORDERED.

Done this _____ day of _____, 2017

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE