UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § | |
| Plaintiff, § | |
| § | |
| -vs- § | CASE NO. 1-16: CV-00233 |
| § | |
| **GOVERNOR GREG ABBOTT**, in his § official and individual capacities, and § **ROD WELSH**, Executive Director of the § Texas State Preservation Board, in his § official capacity, § | |
| Defendants. § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Freedom from Religion Foundation, Inc. ("FFRF") hereby files its Motion to Extend Time for filing a response (the "Response") to Defendant Greg Abbott's Motion for Judgment on the Pleadings [Dkt. 49].

1. FFRF requests that this Court extend the deadline to file the Response from May 12, 2017 until May 15, 2017.

## CERTIFICATE OF CONFERENCE

2. Counsel for FFRF has conferred with counsel for Defendant who confirmed that Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff Freedom From Religion Foundation, Inc. requests that the Court grant this motion to extend time to file a response to Defendant Greg Abbott's Motion for Judgment on the Pleadings and grant FFRF such other and further relief to which it is justly entitled.

Dated this 12th day of May, 2017.

    Respectfully submitted,

    BOARDMAN AND CLARK, LLP
    1 S. Pinckney St., Suite 410
    Madison, Wisconsin  53703-4256
    Telephone:  608-257-9521
    Telecopier:  608-283-1709

    BY: */s/ Richard L. Bolton*
    Richard L. Bolton
    Wisconsin State Bar No. 1012552
    Email:  rbolton@boardmanclark.com

    Daniel H. Byrne
    Texas State Bar No. 03565600
    Email:  dbyrne@fbhf.com
    Lessie G. Fitzpatrick
    Texas State Bar No. 24012630
    Email:  lfitzpatrick@fbhf.com
    FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
    221 West 6th Street, Suite 960
    Austin, Texas  78701
    Telephone:  (512) 476-2020
    Facsimile:     (512) 477-5267

    Sam Grover
    Wisconsin State Bar No. 1096047
    Email:  sgrover@ffrf.org
    Patrick Elliott
    Wisconsin State Bar No. 1074300
    Email:  pelliott@ffrf.org
    FREEDOM FROM RELIGION
    FOUNDATION, INC.
    P. O. Box 750
    Madison, Wisconsin  53701
    Telephone:  608-256-8900
    Telecopier:  608-204-0422

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 12th day of May, 2017, which will send notification to the following:

    Anna Marie Mackin
    Austin R. Nimocks
    Brantley Starr
    Office of the Attorney General
    P.O. Box 12548, Capitol Station
    Austin, TX 78701
    Telephone: (512) 475-4080
    Telecopier: (512) 320-0667
    Email: Anna.mackin@texasattorneygeneral.gov
    Email: Austin.nimocks@texasattorneygeneral.gov
    Email: Brantley.starr@texasattorneygeneral.gov

        */s/ Richard L. Bolton*
        Richard L. Bolton

f:\docs\wd\26318\34\a2788206.docx