UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § | | |
| Plaintiff, | § § | |
| -vs- | § § | CASE NO. 1-16: CV-00233 |
| **GOVERNOR GREG ABBOTT, in his official and individual capacities, and ROD WELSH, Executive Director of the Texas State Preservation Board, in his official capacity,** | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

Before the Court is Plaintiff's Unopposed Motion to Extend Time for filing a response to Defendant Governor Abbott's Motion for Judgment on the Pleadings [Dkt. 49]. Having considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Plaintiff's deadline for filing a response to Defendant Governor Abbott's Motion for Judgment on the Pleadings is extended to May 15, 2017.

SIGNED: _____, 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

f:\docs\wd\26318\34\a2788206.docx