IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FREEDOM FROM RELIGION FOUNDATION, INC.,**

        **Plaintiff,**

-vs-

**GOVERNOR GREG ABBOTT, in his official and individual capacities; and JOHN SNEED, Executive Director of the Texas State Preservation Board, in his official and individual capacities,**
        **Defendants.**

Case No. A-16-CA-233-SS

## NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _All Defendants_

through counsel: _Anne Marie Mackin_

hereby (select one):

☐    consents to having a United States Magistrate Judge preside over the trial in this case.

☒    declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: _/s/ Anne Marie Mackin_
Attorney for:
Defendants