IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br>   *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, <br>   *Defendants*. | § § § § § § § § § § | NO. 1-16:CV-00233-SS |

### DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

Defendants, Governor Greg Abbott, in his official capacity as Governor of Texas and individually, and Executive Director of Texas State Preservation Board Rod Welsh, in his official capacity only, file this Notice of Appearance of Counsel and hereby notify the Court that Mr. Arthur D'Andrea will appear as Office of the Attorney General Deputized Counsel for the Defendants in the above case, along with Assistant Attorney General Anne Marie Mackin, who will remain lead counsel. Mr. D'Andrea is a member in good standing with the State Bar of Texas, is admitted to practice in the Western District of Texas, and is familiar with the Western District Local Rules.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

__/s/ Arthur C. D'Andrea_____
ARTHUR D'ANDREA
OAG Deputized Counsel
Texas Bar No. 24050471
Arthur.D'Andrea@gov.texas.gov

ANNE MARIE MACKIN
Assistant Attorney General
General Litigation Division
Texas Bar No. 24078898
Anna.Mackin@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4080
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 3rd day of June, 2017, a true and correct copy of the foregoing was filed electronically with the Court, causing delivery via the CM/ECF system to:

Daniel H. Byrne
Lessie G. Fitzpatrick
FRITZ, BYRNE, HEAD & FITZPATRICK, PLLC
221 West 6th Street, Suite 960
Austin, Texas 78701

Richard L. Bolton
BOARDMAN AND CLARK, LLP
1 S. Pinckney St, Suite 410
Madison, Wisconsin 53703

Sam Grover
Patrick Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701

ATTORNEYS FOR PLAINTIFF

        /s/Arthur D'Andrea
        OAG Deputized Counsel
        Office of the Governor