IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 JUN -6 PM 3:57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD
   DEPUTY CLERK

FREEDOM FROM RELIGION
FOUNDATION, INC.,
    Plaintiff,

-vs-

GOVERNOR GREG ABBOTT,
CHAIRMAN OF THE STATE
PRESERVATION BOARD, and ROD
WELSH, EXECUTIVE DIRECTOR OF
TEXAS STATE PRESERVATION
BOARD,
    Defendants.

CAUSE NO.:
A-16-CA-00233-SS

## ORDER

BE IT REMEMBERED on the 6th day of June 2017, the Court held a hearing in the above-styled cause, and the parties appeared by and through counsel. In confirmation of its oral pronouncements at the hearing, the Court now enters the following:

IT IS ORDERED that John Sneed's Motion to Quash and Motion for Protective Order [#42] is DENIED IN PART. As described in detail at the hearing, Plaintiff Freedom From Religion Foundation, Inc. has until **June 30, 2017**, to take the deposition of John Sneed, the former Executive Director of the Texas State Preservation Board. The deposition shall not exceed **THREE (3) HOURS** and will be limited to the Board's participation in the events giving rise to this lawsuit, specifically from the Board's review of Plaintiff's application to the removal of the exhibit;

IT IS FURTHER ORDERED that Plaintiff's Opposed Motion to Extend Scheduling Order Deadlines [#48] is GRANTED; and

IT IS FINALLY ORDERED that Plaintiff's Unopposed Motion for Extension of Time to File Response [#43], its Corrected Motion for Extension of Time to File Response [#44] and its Unopposed Motion for Extension of Time to File Response [#56] are DISMISSED AS MOOT.

SIGNED this the ___6th___ day of June 2017.

                                                      _____
                                                      SAM SPARKS
                                                      UNITED STATES DISTRICT JUDGE