UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § § | |
| Plaintiff, | |
| -vs- § § § § § § § § § | CASE NO. 1-16: CV-00233 |
| **GOVERNOR GREG ABBOTT**, in his official and individual capacities, and **ROD WELSH**, Executive Director of the Texas State Preservation Board, in his official capacity, | |
| Defendants. | |

## PLAINTIFF'S JOINT UNOPPOSED MOTION TO EXTEND TIME

Plaintiff Freedom from Religion Foundation, Inc. ("FFRF") and Defendants Governor Greg Abbott and Rod Welsh hereby file their Joint Motion to Extend Time for filing responses to their respective Motions for Summary Judgment.

1. The parties request that this Court extend the deadline to file Responses from August 10, 2017 until August 11, 2017.

## CERTIFICATE OF CONFERENCE

2. Counsel for FFRF has conferred with counsel for Defendants who confirmed that Defendants do not oppose the relief sought herein and join in the Motion.

WHEREFORE, Plaintiff Freedom From Religion Foundation, Inc., and Defendants Governor Greg Abbott and Rod Welsh, request that the Court grant this motion to extend the time to file responses to Motions for Summary Judgment.

Dated this 9th day of August, 2017.

    Respectfully submitted,

    BOARDMAN AND CLARK, LLP
    1 S. Pinckney St., Suite 410
    Madison, Wisconsin  53703-4256
    Telephone:  608-257-9521
    Telecopier:  608-283-1709

    BY: */s/ Richard L. Bolton*
    Richard L. Bolton
    Wisconsin State Bar No. 1012552
    Email:  rbolton@boardmanclark.com

    Daniel H. Byrne
    Texas State Bar No. 03565600
    Email:  dbyrne@fbhf.com
    Lessie G. Fitzpatrick
    Texas State Bar No. 24012630
    Email:  lfitzpatrick@fbhf.com
    FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
    221 West 6th Street, Suite 960
    Austin, Texas  78701
    Telephone:  (512) 476-2020
    Facsimile:      (512) 477-5267

    Sam Grover
    Wisconsin State Bar No. 1096047
    Email:  sgrover@ffrf.org
    Patrick Elliott
    Wisconsin State Bar No. 1074300
    Email:  pelliott@ffrf.org
    FREEDOM FROM RELIGION
    FOUNDATION, INC.
    P. O. Box 750
    Madison, Wisconsin  53701
    Telephone:  608-256-8900
    Telecopier:  608-204-0422

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 9th day of August, 2017, which will send notification to the following:

Anna Marie Mackin
Austin R. Nimocks
Brantley Starr
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 475-4080
Telecopier: (512) 320-0667
Email: Anna.mackin@texasattorneygeneral.gov
Email: Austin.nimocks@texasattorneygeneral.gov
Email: Brantley.starr@texasattorneygeneral.gov


                                                                          */s/ Richard L. Bolton*
                                                                          Richard L. Bolton


f:\docs\wd\26318\34\a2863875.docx