UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>Plaintiff, | § § § § § | |
| -vs- | § | CASE NO. 1-16: CV-00233 |
| GOVERNOR GREG ABBOTT, in his official and individual capacities, and ROD WELSH, Executive Director of the Texas State Preservation Board, in his official capacity,<br>Defendants. | § § § § § § § | |

## ORDER GRANTING PLAINTIFF'S JOINT UNOPPOSED MOTION TO EXTEND TIME

Before the Court is Plaintiff's Joint Unopposed Motion to Extend Time for filing responses to the parties' respective Motions for Summary Judgment. Having considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for filing a response to respective Motions for Summary Judgment is extended to August 11, 2017.

SIGNED: _August 11_, 2017.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE

f:\docs\wd\26318\34\a2863884.docx