**TRANSCRIPT ORDER FORM** - <u>READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING</u>

District Court: <u>USDC- Western District Division</u>   District Court Docket No. <u>1:16-cv-00233</u>

Short Case Title: <u>Freedom From Religion Foundation, Inc. v Abbott et al</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: <u>Lily Reznik</u>

Date Notice of Appeal Filed by Clerk of District Court: <u>10/24/2017</u>   Court of Appeals No.: <u>17-50956</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ☐Transcript is already on file in the Clerk's Office

**OR**

**Check All of the Following that Apply, Include date of the proceeding.**

This is to Order a Transcript of the following proceedings: ☐Bail Hearing:_____  ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____  ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____  ☐Closing Argument of Defendant:_____
☐Opinion of court:_____  ☐Jury Instructions:_____  ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| June 20, 2016 | Motion to Dismiss | Sam Sparks |
| June 6, 2017 | Motion to Quash/ Motion for Protective Order | Sam Sparks |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
■Other_____

Signature _/s/ Mackin_   Date Transcript Ordered <u>November 3, 2017</u>

Print Name <u>Anne Marie Mackin</u>   Phone: <u>512-463-2120</u>

Counsel for <u>Governor Greg Abbott</u>

Address <u>PO Box 12548 Capitol Station Austin, Texas 78711-2548</u>

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received  ☐Unable to contact ordering party
☐Other (Specify)_____

Date:_____  Signature of Reporter:_____  Tel._____
Email of Reporter:_____  Address of Reporter:_____

---

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____   Actual Number of Volumes:_____

Date: _____   Signature of Reporter:_____