UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION<br>FOUNDATION, INC.<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| -vs- | §<br>§ | CASE NO. 1-16: CV-00233 |
| GOVERNOR GREG ABBOTT, in his<br>official and individual capacities, and<br>ROD WELSH, Executive Director of the<br>Texas State Preservation Board, in his<br>official capacity,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**DECLARATION OF RICHARD L. BOLTON**

I, Richard L. Bolton, do hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following facts set forth below are true and correct to the best of my knowledge:

1.      I am lead counsel in the above-captioned matter representing the Plaintiff, Freedom From Religion Foundation, Inc. ("FFRF").

2.      I make this declaration in support of FFRF's fee petition as a prevailing party.

3.      I received my law degree from the University of Wisconsin in 1984, after which I clerked for the Wisconsin Court of Appeals and the Wisconsin Supreme Court.

4.      I have been actively engaged in the private practice of law since 1986.

5.      I have been a partner since 1996 in the law firm of Boardman & Clark LLP, in Madison, Wisconsin.

6.      I have represented FFRF in many Establishment Clause matters since 1993.

7.      My work for FFRF has almost exclusively been related to litigation matters.

8.      My entire private practice, in fact, has almost exclusively involved litigation.

9.      In addition to my Establishment Clause work, which constitutes approximately thirty percent of my practice, I am also involved in litigation involving employment matters, commercial disputes, and intellectual property matters.

10.     I have been lead counsel for FFRF in matters venued throughout the United States, including at least Wisconsin, Texas, Arizona, Montana, California, Colorado, Minnesota, Pennsylvania, Washington, and the District of Columbia.

11.     My representation in matters involving the Establishment Clause has involved many significant cases.

12.     For example, I represented FFRF in successfully challenging President Bush's Faith-Based and Community Initiatives program in the Seventh Circuit Court of Appeals. Although the United States Supreme Court subsequently reversed that decision on grounds of standing, while significantly changing the rules related to taxpayer standing, the Court did not address the merits.

13.     I also successfully represented FFRF in a challenge to the National Day of Prayer in federal district court and in Colorado state court.  In both cases, prayer proclamations by President O'Bama and the Governor of Colorado were declared to be in violation of the Establishment Clause.  Again, in the federal case, the Seventh Circuit Court of Appeals reversed on grounds of standing, as did the Colorado State Supreme Court, but neither court addressed the merits.

14.     More recently, I successfully represented FFRF in an Establishment Clause challenge to the exemption for cash housing allowances provided by the Internal Revenue Service exclusively to ministers of churches, totaling billions of dollars.  FFRF first successfully challenged the minister's housing allowance in 2014, but the district court decision was reversed

by the Seventh Circuit Court of Appeals on failure to exhaust grounds.  The housing allowance case was subsequently refiled, and the district court again declared the housing allowance to be unconstitutional in October of 2017.   That matter is now on appeal to the Seventh Circuit.

15.     The law relating to the Establishment Clause has changed significantly during the 25 years that I have represented FFRF.  When I began in this area, taxpayer standing was a meaningful basis for challenging government-funded programs with express religious content. Since the United States Supreme Court's *Hein* decision involving FFRF, however, taxpayer-standing cases have become less frequent.

16.     More recently, Establishment Clause challenges, including claims by religious organizations, have focused upon access and preference issues, as in the present case.

17.     The pending litigation involving FFRF and Governor Abbott and the Texas State Preservation Board has been vigorously contested by the Defendants, resulting in significant time and expense for FFRF.

18.     The Defendants filed multiple dispositive motions in this case, contesting virtually everything imaginable, including their claim that FFRF waived its constitutional rights.   In the end, however, virtually all the hours I dedicated to this matter were inextricably intertwined with FFRF's free speech claims in that they arose from the same facts and were based on related legal theories.

19.     Attached to this Declaration as Exhibit 1 is a spreadsheet that truly and correctly records the activities and time that I have spent working on this matter.

20.     I believe that all of the recorded time was reasonable and necessary, but I have made several downward adjustments that I will describe.

3

21.     First, travel time for hearings and depositions, totaling 55 hours, has been billed at $140 per hour, which is less than half my regular billing rate of $350 per hour.   Travel time is not otherwise discounted when billed to FFRF.   Here, this discount amounts to a reduction of $11,550.

22.     Exhibit 1 also shows 23.5 hours of recorded time for which no charge is included.

23.     I have also attempted to identify all hours related to initial research and drafting of the Complaint, which are highlighted in pink on Exhibit 1.   The time spent for this initial research and drafting totaled approximately 53.8 hours.   All of this time was billed at $350 per hour.   In our final calculation of fees for this Petition, however, I have reduced that time to 40 hours, in the exercise of billing discretion.   Instead of requesting 53.8 hours at $350 per hour, equaling $18,550, I have reduced that amount of my time to 40 hours at $350 per hour, equaling $14,000 for initial research and drafting of the Complaint.   This results in a discount of approximately 25%.

24.     I have also highlighted in green on Exhibit 1 those time entries allocable to research and drafting of FFRF's brief in response to the Defendants' initial Motion to Dismiss.

25.     I have calculated approximately 83.9 hours for this activity billed at $350 per hour, for a total of approximately $29,635.   In our final calculation, however, I have reduced the time for this activity to 60 hours at $350 per hour, equaling $21,000.   This represents approximately a 23% write down, justified in terms of billing discretion and for the unsuccessful claim relating to "unbridled discretion" by the Defendants.

26.     Hours worked on later summary judgment briefing and response are highlighted in orange on Exhibit 1.

27.     The time spent on summary judgment matters totaled approximately 47.8 hours billed at $350 per hour, equaling $16,730.   Again, for purposes of exercising billing discretion, I have reduced that time to 35 hours billed at $350 per hour, equaling $12,250.   This equals more than a 26% discount for purposes of billing discretion.

28.     Time spent drafting and responding to a second round of summary judgment motions is highlighted in yellow on Exhibit 1.   The time spent on the second round of summary judgment briefing totals approximately 42.5 hours billed at $350 per hour, equaling $14,875. Again, for purposes of our fee petition, I have reduced this time to 30 hours billed at $350 per hour, equaling $10,500.   This represents more than a 29% discount for purposes of billing discretion.

29.     I have also calculated 75.7 hours for discovery related issues, including drafting document production requests to the Defendants; work related to document production by FFRF; preparation and conduct of three adverse depositions; preparation and defense of two depositions by Defendants; and review of documents produced by the Defendants.   The discovery related time entries have been highlighted in blue on Exhibit 1 attached to this Declaration.

30.     Based on my experience, I believe that all of the discovery related time was necessary and reasonable in the conduct of this litigation.

31.     The balance of my time entries on Exhibit 1 that have not been highlighted relate to miscellaneous tasks, including preparation for and attendance at hearings and matters related to discussions involving opposing counsel.

32.     Again, I believe that the time spent on the miscellaneous tasks was necessary and reasonable in the conduct of this litigation.

33.     In the end, therefore, the total amount of fees requested for the work performed by myself is equal to 313.35 hours multiplied by my billing rate of $350 per hour, plus 55 hours of travel time at $140 per hour, equaling $117,372.50.   This amount represents a discount of approximately 15.5% compared to the total amount actually worked and billed.

34.     In my professional judgment, having worked in litigation for more than 30 years, and more than 25 years in the area of Establishment Clause litigation, it is my opinion that the time and charges claimed were necessary and reasonable in the handling of this matter-- and less than other comparably experienced lawyers in this area of the law change.

35.     With respect to my hourly rate of $350 per hour, it is my opinion that this rate is conservative and certainly reasonable based on my experience and the nature of the issues involved.

36.     As to expenses incurred in this matter, a first item in the amount of $400 represents the filing fee in this matter, which is identified on the Docket Report by Receipt No. 0542-8233715, entered on February 25, 2016.   This item is also included in our Bill of Costs and should not be double counted.

37.     Attached to this Declaration as Exhibit 2 is a listing of my travel expenses that I reasonably incurred in travel to and from hearings and depositions, which expenses are customarily charged to FFRF.

38.     Exhibit 3 to my Declaration constitutes the receipt for airline travel expense for deposition of Mr. Sneed in Washington, D.C., which is the only travel expense for which this fee petition makes request for reimbursement.

39.     Based on my judgment and experience, I believe that the travel expenses are reasonable and were necessarily incurred.

6

40.     Exhibit 4 to my Declaration provides the documentation for deposition transcripts that were necessarily obtained for use in this matter, including for purposes of responding to dispositive motions.

41.     The total expense for deposition transcripts documented in Exhibit 4 is $3,557.36, which expense was reasonable and necessary in my professional opinion.   Transcript costs also are included in the Bill of Costs and should not be double counted.

42.     Exhibit 5 to my Declaration is a true and correct itemization of Westlaw online research charges incurred for this matter.   The total amount that would customarily be charged to our client for these charges is $10,121.28.   For purposes of this fee petition, however, these charges are reduced to $3,500.

43.     Exhibit 6 to my Declaration provides a summary of the time and expenses that I have incurred in this matter, which are claimed in this fee petition.

44.     Based on my professional experience, it is my opinion that the fees and expenses itemized in Exhibit 5 were reasonably and necessarily incurred in the handling of this matter.


Dated this 3rd day of July, 2018.

Richard L. Bolton

F:\DOCS\WD\26318\34\A3149328.DOCX

7

| Date | Attorney | Time | Fees | Fees Billed | Narrative |
|---|---|---|---|---|---|
| 12/22/2015 | RLB | 1.3 | $ 350.00 | $ 455.00 | Research regarding Texas/Abbott. |
| 12/23/2015 | RLB | 1 | $ 350.00 | $ 350.00 | Conference regarding Texas situation. |
| 12/29/2015 | RLB | 2.1 | $ 350.00 | $ 735.00 | Research regarding public forum. |
| 12/30/2015 | RLB | 2.5 | $ 350.00 | $ 875.00 | Research regarding public forum. |
| 1/4/2016 | RLB | 2.3 | $ 350.00 | $ 805.00 | Research regarding limited public forum. |
| 1/6/2016 | RLB | 1 | $ 350.00 | $ 350.00 | Research regarding Governor Abbott claim. |
| 1/7/2016 | RLB | 3.2 | $ 350.00 | $ 1,120.00 | Research regarding speech issue. |
| 1/11/2016 | RLB | 0.8 | $ - | $ - | Review Local Rules of Texas court. (No charge) |
| 1/12/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Research regarding public forum issues. |
| 1/13/2016 | MESS | 0.2 | $ - | $ - | Pick up copy of Certificate of Good Standing (No charge) |
| 1/14/2016 | RLB | 3 | $ - | $ - | Research and investigate Governor Abbott's prior instances. (No charge) |
| 1/15/2016 | RLB | 1.3 | $ - | $ - | Research regarding local admission requirements; prepare papers for admission. (No charge) |
| 1/18/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Working on drafting complaint. |
| 1/26/2016 | RLB | 0.3 | $ - | $ - | Telephone conference regarding local counsel arrangements. (No charge) |
| 1/29/2016 | RLB | 2.2 | $ 350.00 | $ 770.00 | Research regarding public forum; work on complaint. |
| 1/30/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Work on complaint. |
| 1/31/2016 | RLB | 5 | $ 350.00 | $ 1,750.00 | Work on complaint; review research and apply to facts. |
| 2/1/2016 | RLB | 2.2 | $ 350.00 | $ 770.00 | Work on complaint; research 11th Amendment issue. |
| 2/2/2016 | RLB | 4.5 | $ 350.00 | $ 1,575.00 | Draft complaint. |
| 2/3/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Draft complaint. |
| 2/3/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Work on complaint. |
| 2/4/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Draft Complaint; research regarding Ex Parte Young doctrine. |
| 2/5/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Work on complaint; research Eleventh Amendment. |
| 2/5/2016 | RLB | 1.1 | $ - | $ - | Research regarding Governor Abbott incidents. (No charge) |
| 2/7/2016 | RLB | 2.1 | $ 350.00 | $ 735.00 | Review First Amendment research. |
| 2/7/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Work on complaint. |
| 2/8/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Work on Texas complaint. |
| 2/8/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Research regarding individual capacity issues. |
| 2/8/2016 | RLB | 2.2 | $ 350.00 | $ 770.00 | Work on edits to Complaint. |
| 2/9/2016 | RLB | 1 | $ - | $ - | Telephone conferences and edits regarding Complaint. (No charge) |
| 2/9/2016 | RLB | 2.5 | $ 350.00 | $ 875.00 | Work on Texas complaint. |
| 2/10/2016 | RLB | 3.3 | $ 350.00 | $ 1,155.00 | Research regarding individual capacity liability and sovereign immunity. |
| 2/11/2016 | RLB | 1.3 | $ - | $ - | Telephone conferences regarding Texas complaint; research. (No charge) |
| 2/12/2016 | RLB | 0.8 | $ 350.00 | $ 280.00 | Edits to Texas complaint; research regarding local counsel. |
| 2/18/2016 | RLB | 0.6 | $ 350.00 | $ 210.00 | Edits to complaint. |
| 2/19/2016 | RLB | 1 | $ - | $ - | Telephone call with local counsel regarding representation. (No charge) |
| 2/23/2016 | RLB | 1 | $ - | $ - | Prepare case filing documentation; fee agreement execution for local counsel. (No charge) |
| 2/24/2016 | RLB | 0.5 | $ - | $ - | Telephone conferences with local counsel regarding case initiation. (No charge) |
| 2/25/2016 | RLB | 0.7 | $ 350.00 | $ 245.00 | Finalize complaint. |
| 2/26/2016 | RLB | 0.3 | $ - | $ - | Telephone conference with Attorney Dan Byrne regarding media contact. (No charge) |
| 2/29/2016 | RLB | 0.4 | $ - | $ - | Review media reports regarding Texas suit. (No charge) |
| 3/3/2016 | RLB | 0.75 | $ 350.00 | $ 262.50 | Sign oath for Texas at Federal Courthouse; conference with FFRF attorneys. |
| 4/1/2016 | RLB | 0.8 | $ 350.00 | $ 280.00 | Review motion to dismiss by Abbott. |
| 4/22/2016 | RLB | 3.7 | $ 350.00 | $ 1,295.00 | Research regarding motion to dismiss. |
| 4/23/2016 | RLB | 1.2 | $ 350.00 | $ 420.00 | Research regarding forum analysis. |
| 4/24/2016 | RLB | 6.5 | $ 350.00 | $ 2,275.00 | Work on response to motion to dismiss. |
| 4/25/2016 | RLB | 2.2 | $ 350.00 | $ 770.00 | Work on Amended Complaint. |
| 4/25/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Research regarding offensive speech. |
| 4/26/2016 | RLB | 2.5 | $ 350.00 | $ 875.00 | Research regarding hate speech. |
| 4/26/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Work on Amended Complaint. |
| 4/27/2016 | RLB | 1 | $ 350.00 | $ 350.00 | Work on Amended Complaint; finalize same. |
| 4/29/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Research regarding hate speech issue. |
| 4/30/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Research regarding release enforceability for own negligence and wrongful acts. |
| 5/1/2016 | RLB | 3.5 | $ 350.00 | $ 1,225.00 | Work on motion response; research. |
| 5/2/2016 | RLB | 3.2 | $ 350.00 | $ 1,120.00 | Work on motion response. |
| 5/3/2016 | RLB | 2.1 | $ 350.00 | $ 735.00 | Work on motion response; review research. |
| 5/10/2016 | RLB | 2.6 | $ 350.00 | $ 910.00 | Research regarding protected speech and satire. |

# EXHIBIT 1

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 5/11/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Research and work on opposition brief. |
| 5/12/2016 | RLB | 2.3 | $ 350.00 | $ 805.00 | Work on opposition brief. |
| 5/12/2016 | RLB | 3.5 | $ 350.00 | $ 1,225.00 | Research regarding private versus government speech. |
| 5/13/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Work on opposition brief. |
| 5/14/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Review Texas motion to dismiss; research regarding response. |
| 5/16/2016 | RLB | 2.5 | $ 350.00 | $ 875.00 | Research regarding opposition brief. |
| 5/17/2016 | RLB | 2.7 | $ 350.00 | $ 945.00 | Work on opposition brief. |
| 5/18/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Research regarding opposition brief. |
| 5/19/2016 | RLB | 3.8 | $ 350.00 | $ 1,330.00 | Research; draft brief regarding protected speech. |
| 5/20/2016 | RLB | 3.5 | $ 350.00 | $ 1,225.00 | Work on opposition brief. |
| 5/22/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Research and work on response brief. |
| 5/23/2016 | RLB | 3.8 | $ 350.00 | $ 1,330.00 | Work on brief regarding dismissal motion. |
| 5/24/2016 | RLB | 4 | $ 350.00 | $ 1,400.00 | Research and work on brief regarding qualified immunity. |
| 5/25/2016 | RLB | 5.2 | $ 350.00 | $ 1,820.00 | Work on brief opposing motion. |
| 5/26/2016 | RLB | 6.5 | $ 350.00 | $ 2,275.00 | Draft and edit response brief. |
| 5/26/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Rule 26 conference with Attorney Mackin. |
| 5/27/2016 | RLB | 7 | $ 350.00 | $ 2,450.00 | Draft, edit, and finalize response brief. |
| 5/30/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Edits to proposed scheduling order. |
| 5/31/2016 | RLB | 0.6 | $ 350.00 | $ 210.00 | Draft discovery plan form; telephone conference with Attorney Mackin. |
| 6/16/2016 | RLB | 0.3 | $ 350.00 | $ 105.00 | Final review of scheduling order. |
| 6/17/2016 | RLB | 1.2 | $ 350.00 | $ 420.00 | Research; prepare for motion hearing. |
| 6/18/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Prepare for motion hearing. |
| 6/19/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Prepare for hearing. |
| 6/19/2016 | RLB | 5 | $ 140.00 | $ 700.00 | Travel to Austin. |
| 6/20/2016 | RLB | 4 | $ 350.00 | $ 1,400.00 | Prepare for hearing; attend motion hearing. |
| 6/20/2016 | RLB | 6 | $ 140.00 | $ 840.00 | Return travel to Madison. |
| 6/21/2016 | RLB | 0.7 | $ 350.00 | $ 245.00 | Conference with client regarding motion hearing in Austin, Texas. |
| 6/22/2016 | RLB | 0.3 | $ 350.00 | $ 105.00 | Review Judge Spark's order denying motion. |
| 6/23/2016 | RLB | 0.3 | $ 350.00 | $ 105.00 | Telephone conference with Attorney Mackin regarding interest in settlement and terms. |
| 6/29/2016 | RLB | 1.2 | $ 350.00 | $ 420.00 | Research regarding summary judgment. |
| 6/30/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Draft discovery requests to Defendants. |
| 7/11/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Work on summary judgment submission. |
| 7/12/2016 | RLB | 1 | $ - | $ - | Conference with Attorney Grover regarding strategies.  (No charge) |
| 7/15/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Research regarding waiver issues. |
| 7/23/2016 | RLB | 0.5 | $ - | $ - | Conference with Attorney Elliott regarding discovery strategy.  (No charge) |
| 8/2/2016 | RLB | 1.2 | $ 350.00 | $ 420.00 | Review documents from Texas. |
| 8/3/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Review Abbott document production. |
| 8/3/2016 | RLB | 1 | $ 350.00 | $ 350.00 | Review documents. |
| 8/3/2016 | RLB | 1.5 | $ 350.00 | $ 525.00 | Continue review of documents from Texas and select exhibits for summary judgment brief. |
| 8/12/2016 | RLB | 1.2 | $ 350.00 | $ 420.00 | Work on FFRF document production. |
| 8/14/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Work on Grover declaration. |
| 8/15/2016 | RLB | 0.8 | $ 350.00 | $ 280.00 | Finalize document production. |
| 8/16/2016 | RLB | 0.7 | $ 350.00 | $ 245.00 | Work on stipulation of facts with Attorney Mackin. |
| 8/16/2016 | RLB | 3.3 | $ 350.00 | $ 1,155.00 | Work on summary judgment submissions. |
| 8/17/2016 | RLB | 3.7 | $ 350.00 | $ 1,295.00 | Work on Grover declaration and exhibits. |
| 8/18/2016 | RLB | 4.5 | $ 350.00 | $ 1,575.00 | Work on summary judgment brief and exhibits. |
| 8/19/2016 | RLB | 5 | $ 350.00 | $ 1,750.00 | Work on summary judgment brief. |
| 8/20/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review Texas summary judgment brief. |
| 8/25/2016 | RLB | 0.3 | $ 350.00 | $ 105.00 | Review letter from Preservation Board regarding 2016 application. |
| 9/14/2016 | RLB | 2 | $ 350.00 | $ 700.00 | Research regarding disparaging language; review Tam case by Federal Circuit Court. |
| 9/15/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Research and work on summary judgment reply brief. |
| 9/16/2016 | RLB | 3.5 | $ 350.00 | $ 1,225.00 | Work on summary judgment reply brief. |
| 9/17/2016 | RLB | 5.4 | $ 350.00 | $ 1,890.00 | Draft and research regarding summary judgment reply brief. |
| 9/18/2016 | RLB | 7.5 | $ 350.00 | $ 2,625.00 | Work on summary judgment reply brief. |
| 9/19/2016 | RLB | 3 | $ 350.00 | $ 1,050.00 | Work on and finalize summary judgment reply. |
| 11/10/2016 | RLB | 0.8 | $ - | $ - | Update research regarding government speech. (No charge) |
| 11/22/2016 | RLB | 1 | $ - | $ - | Update research regarding government speech. (No charge) |
| 11/23/2016 | RLB | 0.3 | $ 350.00 | $ 105.00 | Draft and finalize supplemental citation to authority. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 11/30/2016 | RLB | 0.4 | $ - | $ - | Update research regarding government speech. (No charge) |
| 12/6/2016 | RLB | 0.5 | $ - | $ - | Update research regarding government speech and public forum. (No charge) |
| 12/15/2016 | RLB | 0.6 | $ - | $ - | Research regarding government speech. (No charge) |
| 12/22/2016 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review Court's summary judgment decision. |
| 12/28/2016 | RLB | 0.5 | $ - | $ - | Research regarding viewpoint discrimination. (No charge) |
| 1/10/2017 | RLB | 1 | $ - | $ - | Update research. (No charge) |
| 1/24/2017 | RLB | 0.8 | $ - | $ - | Update research regarding public forum. (No charge) |
| 2/15/2017 | RLB | 0.8 | $ - | $ - | Update research regarding public forum analysis and government speech. (No charge) |
| 2/28/2017 | RLB | 1 | $ - | $ - | Update research regarding forum and government speech. (No charge) |
| 3/27/2017 | RLB | 0.7 | $ 350.00 | $ 245.00 | Prepare settlement letter and witness disclosures. |
| 4/3/2017 | RLB | 0.2 | $ 350.00 | $ 70.00 | Review Mackin email regarding scheduling. |
| 4/5/2017 | RLB | 0.8 | $ - | $ - | Update research regarding public forum analysis. (No charge) |
| 4/6/2017 | RLB | 0.8 | $ 350.00 | $ 280.00 | Review objection to Abbott deposition; research regarding "high government official" issue. |
| 4/6/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review Mackin email regarding Abbott/Sneed depositions; research high government official immunity. |
| 4/10/2017 | RLB | 0.3 | $ 350.00 | $ 105.00 | Review Texas settlement letter and witness list. |
| 4/10/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Prepare notices of depositions. |
| 4/12/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Preparation regarding depositions. |
| 4/13/2017 | RLB | 1.4 | $ 350.00 | $ 490.00 | Communications regarding Abbott deposition and refusal to produce. |
| 4/17/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Prepare notices of depositions. |
| 4/18/2017 | RLB | 0.7 | $ 350.00 | $ 245.00 | Review Abbott's Motion for Protective Order; exchange communications with Attorney Mackin regarding Sneed deposition; prepare subpoena for Sneed. |
| 4/19/2017 | RLB | 2.5 | $ 350.00 | $ 875.00 | Research regarding high government official deposition rule. |
| 4/21/2017 | RLB | 1.3 | $ 350.00 | $ 455.00 | Draft written discovery to defendants. |
| 4/22/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Prepare for Davis deposition. |
| 4/23/2017 | RLB | 5 | $ 350.00 | $ 1,750.00 | Prepare for Davis deposition. |
| 4/23/2017 | RLB | 5 | $ 140.00 | $ 700.00 | Travel to Austin, TX for Davis deposition. |
| 4/24/2017 | RLB | 5 | $ 350.00 | $ 1,750.00 | Prepare for Davis deposition; conduct Davis deposition. |
| 4/24/2017 | RLB | 6 | $ 140.00 | $ 840.00 | Travel back to Madison. |
| 4/25/2017 | RLB | 2.5 | $ 350.00 | $ 875.00 | Draft 30(b)(6) topics; work on brief opposing protective order. |
| 4/26/2017 | RLB | 3 | $ 350.00 | $ 1,050.00 | Work on declaration; research regarding protective order; work on brief opposing protective order. |
| 4/27/2017 | RLB | 6.2 | $ 350.00 | $ 2,170.00 | Work on brief opposing protective order; work on 30(b)(6) subpoena. |
| 4/28/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review motion for judgment on the pleadings. |
| 4/28/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Finalize Rule 30(b)(6) topics; review motion to extend deadlines. |
| 5/4/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review Rule 30(b)(6) objection by Attorney Mackin. |
| 5/8/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Analyze discovery issues. |
| 5/11/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Draft reply brief regarding motion to extend discovery. |
| 5/13/2017 | RLB | 1.4 | $ 350.00 | $ 490.00 | Research regarding motion to dismiss personal capacity claims. |
| 5/14/2017 | RLB | 5.5 | $ 350.00 | $ 1,925.00 | Research; work on opposition to motion for judgment on the pleadings. |
| 5/17/2017 | RLB | 0.6 | $ 350.00 | $ 210.00 | Work on discovery responses. |
| 5/25/2017 | RLB | 1.7 | $ 350.00 | $ 595.00 | Prepare with Annie Laurie Gaylor and Sam Grover for depositions; work on discovery responses. |
| 5/26/2017 | RLB | 6.5 | $ 350.00 | $ 2,275.00 | Work on discovery responses; defend depositions of Sam Grover and Annie Laurie Gaylor. |
| 5/26/2017 | JN2 | 2.9 | $ 350.00 | $ 1,015.00 | Scan and Bates number next set of documents for production. FFRF000195-482 |
| 5/31/2017 | RLB | 0.7 | $ 350.00 | $ 245.00 | Prepare for hearing on motions. |
| 6/5/2017 | RLB | 1.5 | $ 350.00 | $ 525.00 | Prepare for hearing. |
| 6/5/2017 | RLB | 6 | $ 140.00 | $ 840.00 | Travel to Austin. |
| 6/6/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Prepare for hearing; attending hearing. |
| 6/6/2017 | RLB | 6.5 | $ 140.00 | $ 910.00 | Return travel. |
| 6/19/2017 | RLB | 1.3 | $ 350.00 | $ 455.00 | Review and analyze Supreme Court decision on First Amendment/disparagement. |
| 6/21/2017 | RLB | 0.8 | $ 350.00 | $ 280.00 | Preparation for deposition. |
| 6/22/2017 | RLB | 3 | $ 350.00 | $ 1,050.00 | Sneed deposition preparation. |
| 6/23/2017 | RLB | 3 | $ 140.00 | $ 420.00 | Travel to Washington D.C.. |
| 6/24/2017 | RLB | 2.5 | $ 350.00 | $ 875.00 | Conduct deposition. |
| 6/25/2017 | RLB | 7.5 | $ 140.00 | $ 1,050.00 | Return to Madison. |
| 6/26/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Update research regarding public forum and speech analysis. |
| 6/27/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Work on Rule30(b)(6) topics. |
| 6/28/2017 | RLB | 1.2 | $ 350.00 | $ 420.00 | Review analysis of Supreme Court Tam decision. |
| 6/30/2017 | RLB | 0.8 | $ 350.00 | $ 280.00 | Research regarding Supreme Court disparagement/speech decision. |
| 7/13/2017 | RLB | 1.7 | $ 350.00 | $ 595.00 | Prepare for 30(b)(6) deposition. |
| 7/16/2017 | RLB | 0.7 | $ 350.00 | $ 245.00 | Prepare for depositions. |

| Date | Atty | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 7/17/2017 | RLB | 4 | $ 140.00 | $ 560.00 | Travel to Austin. |
| 7/17/2017 | RLB | 2.5 | $ 350.00 | $ 875.00 | Prepare for deposition. |
| 7/18/2017 | RLB | 6 | $ 350.00 | $ 2,100.00 | Prepare and conduct deposition. |
| 7/18/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Review research regarding viewpoint discrimination. |
| 7/18/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Research regarding 30(b)(6) motion for sanctions. |
| 7/18/2017 | RLB | 6 | $ 140.00 | $ 840.00 | Travel to Madison. |
| 7/19/2017 | RLB | 2.2 | $ 350.00 | $ 770.00 | Research regarding deliberative process privilege. |
| 7/21/2017 | RLB | 1.8 | $ 350.00 | $ 630.00 | Research regarding deliberative process privilege. |
| 7/24/2017 | RLB | 2.1 | $ 350.00 | $ 735.00 | Research regarding summary judgment issues, including intent element. |
| 7/24/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Conference with Attorneys Elliott and Grover regarding 30(b)(6) deposition. |
| 7/25/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Work on summary judgment motion. |
| 7/26/2017 | RLB | 3.5 | $ 350.00 | $ 1,225.00 | Summarize depositions and work on summary judgment findings and facts. |
| 7/27/2017 | RLB | 7 | $ 350.00 | $ 2,450.00 | Work on summary judgment brief. |
| 7/27/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review deliberative process research from Attorney Grover. |
| 7/28/2017 | RLB | 1.5 | $ 350.00 | $ 525.00 | Review Abbott summary judgment motion; research viewpoint neutrality. |
| 7/29/2017 | RLB | 2.1 | $ 350.00 | $ 735.00 | Research regarding summary judgment response. |
| 8/3/2017 | RLB | 2.4 | $ 350.00 | $ 840.00 | Review Law Review articles on viewpoint discrimination. |
| 8/7/2017 | RLB | 2.2 | $ 350.00 | $ 770.00 | Research regarding viewpoint versus content discrimination. |
| 8/9/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Research regarding viewpoint discrimination. |
| 8/10/2017 | RLB | 3.4 | $ 350.00 | $ 1,190.00 | Work on summary judgment response brief. |
| 8/11/2017 | RLB | 5.2 | $ 350.00 | $ 1,820.00 | Work on response to Abbott's summary judgment motion; work on Grover Declaration. |
| 8/12/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review Abbott summary judgment response filings. |
| 8/13/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Research regarding viewpoint claims in public meetings. |
| 8/15/2017 | RLB | 1.2 | $ 350.00 | $ 420.00 | Review research. |
| 8/16/2017 | RLB | 3.1 | $ 350.00 | $ 1,085.00 | Drafting summary judgment reply brief. |
| 8/17/2017 | RLB | 4.4 | $ 350.00 | $ 1,540.00 | Work and finalize summary judgment brief. |
| 9/29/2017 | RLB | 1.6 | $ - | $ - | Update research. (No charge) |
| 10/6/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review summary judgment decision. |
| 10/10/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Proposal to Attorney Mackin to finalize decision. |
| 10/13/2017 | RLB | 0.2 | $ 350.00 | $ 70.00 | Review response by Attorney Mackin to proposal. |
| 10/18/2017 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review and respond to Attorney Mackin. |
| 10/26/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Conference at FFRF regarding status and strategy. |
| 11/29/2017 | RLB | 2 | $ 350.00 | $ 700.00 | Update research. |
| 12/12/2017 | RLB | 1 | $ 350.00 | $ 350.00 | Update research regarding limited public forum. |
| 12/15/2017 | RLB | 0.7 | $ 350.00 | $ 245.00 | Attend to issues regarding appeal, including admission and appeal documents. |
| 12/21/2017 | RLB | 0.5 | $ 350.00 | $ 175.00 | Analyze strategies regarding finality/appeal. |
| 1/26/2018 | RLB | 2 | $ 350.00 | $ 700.00 | Update research regarding limited public forum and offensive speech. |
| 1/31/2018 | RLB | 0.5 | $ 350.00 | $ 175.00 | Review draft order from Attorney Mackin regarding final order. |
| 2/5/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review draft language to resolve appeal. |
| 2/9/2018 | RLB | 0.5 | $ 350.00 | $ 175.00 | Edits to proposed stipulation. |
| 2/16/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review Attorney Mackin's edits to stipulation. |
| 3/2/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Finalize and file stipulation. |
| 4/6/2018 | RLB | 0.5 | $ 350.00 | $ 175.00 | Telephone conference with court regarding motion. |
| 4/10/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Draft proposed stipulation. |
| 4/18/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Review Texas counterproposal. |
| 4/27/2018 | RLB | 1.3 | $ 350.00 | $ 455.00 | Inquiry regarding proposed stipulation. |
| 4/30/2018 | RLB | 0.3 | $ 350.00 | $ 105.00 | Telephone conference with Attorney Mackin regarding stipulation. |
| 5/2/2018 | RLB | 0.3 | $ 350.00 | $ 105.00 | Telephone conference with Attorney Mackin regarding stipulation. |
| 5/9/2018 | RLB | 0.4 | $ 350.00 | $ 140.00 | Telephone conference with Attorney Mackin; research regarding Rule 41 dismissal. |
| 6/25/2018 | RLB | 0.8 | $ 350.00 | $ 280.00 | Work on fee petition. |
| 6/27/2018 | RLB | 1.2 | $ 350.00 | $ 420.00 | Work on fee petition. |
| 6/29/2018 | RLB | 2.5 | $ 350.00 | $ 875.00 | Work on fee petition. |

**TOTAL**    **431.35**    **$ 139,422.50**

# EXHIBIT 2

| Date | Amount | Narrative |
|---|---|---|
| 6/15/2016 | $ 136.24 | Hotels.com; Invoice # 061916; Hotel in Austin, TX to attend Motion Hearing on June 20, 2016 |
| 6/15/2016 | $ 891.20 | Expedia.com; Invoice # 062016; flight to Austin, TX to attend Motion Hearing on June 20, 2016 |
| 6/27/2016 | $ 155.00 | Richard L. Bolton - Travel Expenses (Airport Parking - $20.00; Taxis in Austin - $85.00; Checked Baggage - $50.00) 06/19/16 - 06/20/16 |
| 6/27/2016 | $ 44.50 | Richard L. Bolton - Food Expenses for Hearing in Austin, TX - 06/19/16 - 06/20/16 |
| 4/10/2017 | $ 930.08 | Expedia.com; Flight to Austin, TX for Robert Davis deposition on 4/27/17 |
| 4/26/2017 | $ 182.87 | Richard L. Bolton; Travel expenses from Robert Davis deposition in Austin, TX |
| 4/26/2017 | $ 46.76 | Richard L. Bolton; Invoice # 5679113034; Document copies from Robert Davis deposition in Austin, TX |
| 5/30/2017 | $ 621.61 | Expedia.com; Flight to Austin, TX for hearing on June 6, 2017 |
| 6/8/2017 | $ 396.50 | Richard L. Bolton - Traveling Expenses for Deposition in Austin, TX (Hotel, Cab, etc.) |
| 6/13/2017 | $ 922.68 | Expedia.com; Flight to D.C. for Sneed deposition on 6/22/17 |
| 6/26/2017 | $ 99.85 | Richard L. Bolton; Travel expenses for Sneed Deposition in Washington D.C. on 6/22/17 |
| 6/29/2017 | $ 451.60 | American Airlines; Flight to Austin, TX for Office of the Governor Deposition on 7/18/17 |
| 7/21/2017 | $ 310.49 | Richard L. Bolton - Travel Expenses for Austin, TX Dep on 7/18/17 |

**TOTAL**      **$ 5,189.38**

00457.7

## Client Expense Form

| | |
|---|---|
| Date: | 6/13/2017 |

| | | Request Type: | |
|---|---|---|---|
| Requested by: | NER | ☐ | Quick Check |
| On Behalf of: | RLB | ☐ | Atty Wednesday Check |
| Return to: | | ☐ | A/P Invoice |
| | | ☐ | Suspense Acct. |
| | | ☐ | Online Services |
| | | ☐ | EDiscovery Software |
| | | ☑ | Credit Card |
| | | JM | |
| | | ☐ | eFile Clerk of Courts |

| 26318 (FFRF) | 34 | $ $922.68 |
|---|---|---|
| **Client/Matter Name** | **Client/Matter Number** | **Amount** |

☐ Mileage

**Payable to:** Expedia.com

**Description:** Flight to D.C. for Sneed Deposition on 6/22/17

| Office use | Expense Code: | ENTERED |
|---|---|---|
| | Date Entered: | 11778 |
| | Batch #: | |

A2816303.DOCX
Microsoft Word Document
340 KB

print view

# EXHIBIT 3

Total Duration

4h 43m

Traveler(s)                                                                                              Back to top

**Richard Bolton**

Frequent flyer and special assistance requests should be confirmed directly with the airline

---

| Price Summary | Back to top |
| --- | --- |
| Traveler 1: Adult ≉ | $914.60 |
| Expedia Booking Fee | $8.08 |
| **Total** | **$922.68** |
| View receipt | |
| All prices are quoted in USD | |

## Expedia.+                                                                          Back to top

**On this trip you will collect 185 Expedia+ points**

• 185 base points for this trip

For Expedia+ members
See all your rewards⊞

---

Additional Information                                                                                   Back to top

This price includes a nonrefundable booking fee.

**Additional Fees**

The airline may charge additional fees ⊞ for checked baggage or other optional services

**Airline rules + restrictions**

We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline changes such fees in accordance with its



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445191 | 5/5/2017 | 323289 |

| Job Date | Case No. |
|---|---|
| 4/24/2017 | 1-16:CV-00233 |

| Case Name |
|---|
| Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed |

| Payment Terms |
|---|
| Due upon receipt |

888-893-3767 / Reporting
713-460-2525 / Fax

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Robert Davis          938.30

    (TAXABLE  $938.30)

|  |  |
|---|---|
| TOTAL DUE  >>> | **$938.30** |
| AFTER 6/4/2017  PAY | $952.37 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$938.30** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

| | | |
|---|---|---|
| Invoice No. | : | 445191 |
| Invoice Date | : | 5/5/2017 |
| **Total Due** | : | **$938.30** |

# EXHIBIT 4

| | | |
|---|---|---|
| Job No. | : | 323289 |
| BU ID | : | AUS-DT-R |
| Case No. | : | 1-16:CV-00233 |
| Case Name | : | Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed |

Remit To:   **Lexitas (formerly DepoTexas, Inc.)**
              **P.O. Box 4227**
              **Houston, TX  77210-4227**



# INTEGRITY
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|------|-----------|
| 6/12/2017 | 13670.1 |

| Bill To |
|---------|
| Boardman & Clark, LLP |
| Richard L. Bolton |
| 1 S. Pickney St., Ste 410 |
| Madison, Wisconsin 53701-09279 |

| Cause No. |
|-----------|
| 1;16-CV-00233-SS |

| Style |
|-------|
| Freedom from Religion Foundation, Inc. |
| vs. |
| Governor Greg Abbott, et al. |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Prepayment |

| Date | Description |
|------|-------------|
| 5/26/2017 | Copy of Transcript - Samuel Grover, Annie Laurie Gaylor |
| | Exhibits and Tabs |
| | Scanned Exhibits - No Charge |
| | Condensed Transcript with Index |
| | Binding |
| | Electronic Copy of Transcript/ASCII |
| | Shipping/Handling - Prepayment |
| | Subtotal - 840.50 |
| | |
| | Video Duplication |
| | DVD Media and Archiving |
| | Subtotal - 355.00 |
| | Sales Tax - Non-Taxable Legal Services |

Use Tax
2071-0-00-000 (65.75)

1261.25

| Phone No. | Fax No. | Web Site |
|-----------|---------|----------|
| 512-320-8690 | 512-320-8692 | |

| TOTAL | $1,195.50 |
|-------|-----------|





info @ integrity voice by credit card or bank draft,
— texas. come link within the body of the email.

# INVOICE

## Alderson®
## COURT REPORTING
800 367 3376 | WWW.ALDERSONREPORTING.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95870 | 6/30/2017 | 71493 |

| Job Date | Case No. |
|---|---|
| 6/22/2017 | 1-16: CV-00233 |

| Case Name |
|---|
| Freedom From Religion Foundation, Inc. v. Governor Greg Abbott and Rod Welsh |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Richard L Bolton
Boardman Clark
1 S. Pinckney Street
Suite 410
P.O. Box 927
Madison, WI  53704

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| John Sneed | | | | |
| | 98.00 Pages | @ | 3.95 | 387.10 |
| Weekend/Evening Surcharge | 18.00 Pages | @ | 0.99 | 17.82 |
| Processing Fee | 1.00 | @ | 55.00 | 55.00 |
| | **TOTAL DUE >>>** | | | **$459.92** |

We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 459.92 |

Use Tax
2071-0-00-000   (2/,2?)

481.21

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

Richard L Bolton
Boardman Clark
1 S. Pinckney Street
Suite 410
P.O. Box 927
Madison, WI  53704

| | | | | |
|---|---|---|---|---|
| Job No. | : 71493 | | BU ID | : DC-Local |
| Case No. | : 1-16: CV-00233 | | | |
| Case Name | : Freedom From Religion Foundation, Inc. v. Governor Greg Abbott and Rod Welsh | | | |
| Invoice No. | : 95870 | | Invoice Date | : 6/30/2017 |
| **Total Due** | : **$459.92** | | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Alderson Reporting Company, Inc.**
**Alderson Court Reporting**
**Dept. CH 14409**
**Palatine, IL  60055**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 454026 | 7/25/2017 | 331852 |

| Job Date | Case No. | |
|---|---|---|
| 7/18/2017 | 1-16:CV-00233 | |

| Case Name | |
|---|---|
| Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed | |

| Payment Terms |
|---|
| Due upon receipt |

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

802-303-3767 / Reporting
713-400-2935 / Fax

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    John Reed Clay, Jr., 30(b)(6)                                                                876.60

                                      **TOTAL DUE  >>>**    **$876.60**
                                      AFTER 8/24/2017 PAY    $889.75

*****WE, AT DEPOTEXAS, HAVE CHANGED OUR NAME TO LEXITAS...THE SAME AMAZING PROFESSIONAL STAFF WITH THE SAME OUTSTANDING SERVICES. THIS CHANGE DOES NOT AFFECT OUR TAX-ID INFORMATION.
PLEASE VISIT US at www.Lexitaslegal.com *****

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.
WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

Job No.     : 331852        BU ID       : AUS-DT-R
Case No.    : 1-16:CV-00233
Case Name : Freedom From Religion Foundation vs.
                 Governor Greg Abbott and John Sneed
Invoice No. : 454026       Invoice Date :7/25/2017
**Total Due** : **$ 876.60**
AFTER 8/24/2017 PAY $889.75

Remit To: **Lexitas (formerly DepoTexas, Inc.)**
          **P.O. Box 4227**
          **Houston, TX  77210-4227**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip:        Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

| Date | Amount | Narrative |
|---|---:|---|
| 1/6/2016 | $ 98.84 | Online Research |
| 1/6/2016 | $ 1,298.19 | Online Research |
| 1/6/2016 | $ 45.25 | Online Research |
| 5/3/2016 | $ 513.18 | Online Research |
| 5/3/2016 | $ 58.20 | Online Research |
| 5/3/2016 | $ 782.05 | Online Research |
| 5/3/2016 | $ 825.38 | Online Research |
| 5/3/2016 | $ 641.55 | Online Research |
| 5/3/2016 | $ 343.97 | Online Research |
| 5/6/2016 | $ 279.78 | Online Research |
| 5/9/2016 | $ 274.72 | Online Research |
| 5/10/2016 | $ 10.23 | Online Research |
| 5/16/2016 | $ 583.22 | Online Research |
| 5/18/2016 | $ 394.40 | Online Research |
| 5/20/2016 | $ 771.82 | Online Research |
| 5/24/2016 | $ 21.80 | Online Research |
| 5/25/2016 | $ 52.43 | Online Research |
| 5/26/2016 | $ 390.17 | Online Research |
| 6/22/2016 | $ 329.37 | Online Research |
| 6/24/2016 | $ 454.36 | Online Research |
| 6/27/2016 | $ 510.55 | Online Research |
| 6/29/2016 | $ 18.03 | Online Research |
| 6/30/2016 | $ 79.58 | Online Research |
| 7/1/2016 | $ 54.66 | Online Research |
| 8/16/2016 | $ 243.36 | Online Research |
| 8/17/2016 | $ 237.39 | Online Research |
| 8/18/2016 | $ 221.59 | Online Research |
| 9/17/2016 | $ 188.07 | Online Research |
| 9/18/2016 | $ 73.88 | Online Research |
| 9/26/2016 | $ 325.26 | Online Research |

**TOTALS**      **$ 10,121.28**

**EXHIBIT 5**

# EXHIBIT 6

**SUMMARY OF ATTORNEY BOLTON'S ADJUSTED TIME AND
EXPENSES REQUESTED BY FEE PETITION**

|  |  | **TOTALS** |
|---|---|---|
| 1. | Attorney Bolton Time: | |
|  | 313.35 Hours ($350 per hour) | $109,672.50[*] |
| 2. | 55 Hours of Travel Time ($140 per Hour) | $7,700 |
| 3. | Attorney Bolton Travel Expenses: | $922.68 |
| 4. | Deposition Transcripts: | $3,557.36[**] |
| 5. | Westlaw Online Research | $3,500.00 |
| 6. | Filing Fee: | $400.00[**] |
| **TOTAL** |  | **$125,752.54** |

[*] - Attorney Bolton's non-travel time has been discounted from 376.35 hours.

[**] - Transcript and filing costs are also included on the Bill of Costs and should not be double counted.