UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § § § § § § § § § § § §  Plaintiff, -vs- **GOVERNOR GREG ABBOTT**, in his official and individual capacities, and **ROD WELSH**, Executive Director of the Texas State Preservation Board, in his official and individual capacities, Defendants. | CASE NO. 1:16-CV-00233-SS |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

Before the Court is Plaintiff's Motion for Attorneys' Fees (the "Motion"). The Court, having reviewed the Motion, any response or replies thereto, the pleadings and other papers on file, the Court hereby **FINDS** that the Motion should be **GRANTED**.

The Court hereby **GRANTS** the Motion, and **ORDERS** Defendants Governor Greg Abbott and Rod Welsh, jointly and severally, to pay Freedom From Religion Foundation, Inc. reasonable attorneys' fees in the amount of $207,363.54.

Dated this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE