IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

Defendants respectfully request a one-week extension of time until July 28, 2018, in which to respond to Plaintiff's Motion for Attorneys' Fees (Doc. 88).

1. The Court entered final judgment in this action on June 19, 2018 (Doc. 87).

2. Plaintiff filed a motion for attorneys' fees on July 3, 2018 (Doc. 88).

3. Federal Rule of Civil Procedure 54(d)(2)(B)(i) and Western District Local Rule CV-7(j)(1) require that a claim for attorney fees be made by motion filed no later than fourteen days after judgment "[u]nless . . . a court order provides otherwise," Fed. R. Civ. P. 54(d)(2)(B).

4. Under Western District Local Rule CV 7-2(j)(2) "[a]n objection to a motion for attorney's fees shall be filed on or before 14 days after the date of filing of the motion." Under this rule, Defendants' objection to Doc. 88 is currently due July 17, 2018.

5. Due to several members of staff being out of the office for vacation on and around July 4, 2018, and due to obligations in other matters she has been assigned, undersigned counsel respectfully requests one additional week (seven calendar days) to respond to Plaintiff's Motion for Attorneys' Fees, up to and including July 28, 2018.

6.    Undersigned counsel has conferred with Plaintiff's counsel, who indicated he is unopposed to an extension until July 28, 2018 for Defendants to respond to Plaintiff's Motion for Attorneys' Fees.

7.    This proposed change does not impact any other deadlines in this litigation and is not sought for purposes of delay.

ACCORDINGLY, Defendants respectfully ask that the Court grant this motion and extend the deadline for responding to Plaintiff's Motion for Attorneys' Fees to July 28, 2018.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/Anne Marie Mackin
ANNE MARIE MACKIN
Texas Bar No. 24078898
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 475-4074
(512) 320-0667 FAX
anna.mackin@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF CONFERENCE**

I certify that on July 3, 2018, I conferred via email with Rich Bolton, counsel for Plaintiff, who advised that Plaintiff is unopposed to this motion.

/s/Anne Marie Mackin
ANNE MARIE MACKIN
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on July 3, 2018, a true and correct copy of the foregoing was filed electronically with the Court, causing electronic service upon all counsel of record.

/s/Anne Marie Mackin
ANNE MARIE MACKIN
Assistant Attorney General