FILED
2018 JUL -6  PM 2:54

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC.,
        Plaintiff,

-vs-

GOVERNOR GREG ABBOTT, in his
official and individual capacities, and ROD
WELSH, Executive Director of the Texas
State Preservation Board, in his official
capacity,
        Defendants.

CAUSE NO.:
A-16-CA-00233-SS

## ORDER

BE IT REMEMBERED on this day the Court considered Defendants' Motion for Extension of Time to Respond to Plaintiff's Motion for Attorneys' Fees [#90], and thereafter enters the following:

IT IS ORDERED that Defendants' Motion for Extension of Time [#90] is GRANTED and Defendants' Response shall therefore be due by July 28, 2018.

SIGNED this the 6th day of July 2018.

*Sam Sparks*
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE

1