IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Plaintiff,* | § § § § | |
| v. | § § | No. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants.* | § § § § § | |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered on June 19, 2018 in the above-captioned cause. (Doc. 87).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/*Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
Assistant Attorney General

1

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4080
(512) 320-0667 FAX
anna.mackin@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of July 2018, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/*Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General