# TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: USDC- Western District of Texas          District Court Docket No. 1:16-cv-00233

Short Case Title: Freedom From Religion Foundation, Inc. v Abbott et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Lily Reznik

Date Notice of Appeal Filed by Clerk of District Court: 07/13/18 (entered & rec'd COA 7/25/18)  Court of Appeals No.: 18-50610

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office
**OR**
**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐ Bail Hearing:_____  ☐ Voir Dire:_____
☐ Opening Statement of Plaintiff:_____  ☐ Opening Statement of Defendant:_____
☐ Closing Argument of Plaintiff:_____  ☐ Closing Argument of Defendant:_____
☐ Opinion of court:_____  ☐ Jury Instructions:_____  ☐ Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 6/20/2016 | Motion to Dismiss | Sam Sparks |
| 6/6/2017 | Motion to Quash/Motion for Protective Order | Sam Sparks |
| 4/6/2018 | Status Conference | Sam Sparks |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify that satisfactory financial arrangements have made. Method of Payment:**
☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☒ Other_____

Signature _[signature]_      Date Transcript Ordered July 31, 2018
Print Name Anne Marie Mackin     Phone: 512-463-2120
Counsel for Governor Greg Abbott & Rod Welsh
Address PO Box 12548 Capitol Station Austin, Texas 78711-2548

--------------------------------------------------------------

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify)_____

Date:_____  Signature of Reporter:_____  Tel._____
Email of Reporter:_____  Address of Reporter:_____

--------------------------------------------------------------

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____     Actual Number of Volumes: _____

Date: _____  Signature of Reporter: _____