IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FREEDOM FROM RELIGION
FOUNDATION, INC.,
        Plaintiff,
-vs-

GOVERNOR GREG ABBOTT, in his
official and individual capacities, and ROD
WELSH, Executive Director of the Texas
State Preservation Board, in his official
capacity,
        Defendants.

CAUSE NO.:
AU-16-CA-00233-SS

## ORDER

As indicated in the Court's previous order issued on the 26th of July 2018, the parties in this matter have agreed to stay all deadlines relating to submissions of bills of cost and applications for attorney's fees until the parties have exhausted their pending appeals. The Court therefore DISMISSES Plaintiff's Motion for Attorney's Fees [#88] without prejudice to refiling after the appeals process has concluded.

SIGNED this the 13th day of August 2018.

                                                  _/s/ Sam Sparks_
                                                  SAM SPARKS
                                                  SENIOR UNITED STATES DISTRICT JUDGE

