RECEIVED

AUG 1 4 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100033785
Cashier ID: adeicher
Transaction Date: 08/15/2018
Payer Name: BOARDMAN AND CLARK LLP
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BOARDMAN AND CLARK LLP
 Amount:        $505.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 44923
 Amt Tendered: $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

1:16-CV-233-SS; FREEDOM FROM
RELIGION FOUNDATION INC. V. ABBOTT
ET AL

# BoardmanClark

RICHARD L. BOLTON
ATTORNEY
RBOLTON@BOARDMANCLARK.COM
DIRECT (608) 283 1789
FAX (608) 283 1709

**Via Overnight Federal Express**

August 13, 2018

U.S. District Clerk's Office
District Court, Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701U.S.

RE: Freedom From Religion Foundation, Inc. v. Abbott et al
Case No. 16-cv-233-SS

Dear Clerk:

Enclosed is a check in the amount of $505.00 to cover the court of appeals filing and docketing fee. If you need anything additional, please let me know. Thank you.

Sincerely,

BOARDMAN & CLARK LLP

Richard L. Bolton
RLB/nr

Enclosure