IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., § § § § § § § § § § | | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 1:16-cv-00233-SS |
| | § | |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § | |
| *Defendants.* | § | |

## NOTICE OF ATTORNEY APPEARANCE

Defendants Greg Abbott, in his official capacity as Governor, and Rod Welsh, in his official capacity as Executive Director of the Texas State Preservation Board, (collectively "Defendants") hereby notify the Court that Assistant Attorney General Benjamin S. Walton will appear in this case on behalf of Defendants. Benjamin S. Walton is a member in good standing with the State Bar of Texas and may be contacted at the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

Defendants respectfully request that the parties and the Court include Mr. Walton in all future correspondence and that Plaintiff include him in all future service.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief - General Litigation Division

*/s/ Benjamin S. Walton*
ANNE MARIE MACKIN
Texas Bar No. 24078898
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-475-4074
Fax: 512-320-0667
anna.mackin@oag.texas.gov
benjamin.walton@oag.texas.gov

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I certify that on October 24, 2018, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

                                              */s/   Benjamin S. Walton*
                                              Benjamin S. Walton
                                              Assistant Attorney General