IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>GOVERNOR GREG ABBOTT AND ROD §<br>WELSH, EXECUTIVE DIRECTOR OF §<br>TEXAS STATE PRESERVATION BOARD, §<br>*Defendants.* § | NO. 1:16-CV-00233-SS |

_____

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**
_____

Defendants file this Unopposed Motion to Withdraw Anne Marie Mackin as Counsel in the above-styled case, and show as follows:

1. Assistant Attorney General Anne Marie Mackin has been acting as counsel for Defendants in the above-captioned cause.

2. There is good cause to withdraw Ms. Mackin as counsel for Defendants, because she has accepted a position outside the Office of the Attorney General of Texas.

3. Assistant Attorney General Benjamin S. Walton has entered his appearance for Defendants in this cause. Mr. Walton may be contacted at the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

4. The withdrawal will not delay these proceedings.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion to withdraw Assistant Attorney General Anne Marie Mackin as counsel in the above-captioned cause.

    Respectfully submitted.

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    BRANTLEY STARR
    Deputy First Assistant Attorney General

    JAMES E. DAVIS
    Deputy Attorney General for Civil Litigation

    DAVID A. TALBOT, JR.
    Acting Chief - General Litigation Division

    /s/   Anne Marie Mackin
    ANNE MARIE MACKIN
    Texas Bar No. 24078898
    BENJAMIN S. WALTON
    Texas Bar No. 24075241
    Assistant Attorneys General
    Office of the Attorney General
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    Phone: 512-463-0447
    Fax: 512-320-0667
    anna.mackin@oag.texas.gov
    benjamin.walton@oag.texas.gov

    **COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff regarding the contents of this motion, and counsel indicated that he does not oppose the relief sought herein.

>    */s/    Anne Marie Mackin*
>    ANNE MARIE MACKIN
>    Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2018, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

>    */s/    Anne Marie Mackin*
>    ANNE MARIE MACKIN
>    Assistant Attorney General