IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Plaintiff*, | § § § § | |
| v. | § § | No. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants*. | § § § § § | |

## ORDER

Before the court is the unopposed motion to withdraw Anne Marie Mackin as counsel for Defendants. After due consideration, the Court finds that said motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that the motion to withdraw Assistant Attorney General Anne Marie Mackin as counsel for Defendants is GRANTED. The Clerk is instructed to remove Ms. Mackin from the electronic service list in this cause.

SO ORDERED.

Signed this 30th day of October, 2018.

/s/ Sam Sparks
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE