IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Plaintiff*, | § § § § | |
| v. | § § | No. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants*. | § § § § § | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendants Greg Abbott, in his official capacity as Governor, and Rod Welsh, in his official capacity as Executive Director of the Texas State Preservation Board, (collectively "Defendants") hereby notify the Court that Assistant Attorney General Anne Marie Mackin will appear as co-counsel in this case on their behalf. Ms. Mackin is a member in good standing of the State Bar of Texas and may be contacted at the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548. Defendants respectfully request that the parties and the Court include Ms. Mackin in all future correspondence and service in this matter.

      Respectfully submitted,

      KEN PAXTON
      Attorney General of Texas

      JEFFREY C. MATEER
      First Assistant Attorney General

      RYAN L. BANGERT
      Deputy First Assistant Attorney General

      DARREN L. MCCARTY

1

Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
benjamin.walton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2020, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General