IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
20 JUN 16 AM 11: 54
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FREEDOM FROM RELIGION
FOUNDATION, INC.,
        Plaintiff,

-vs-

GOVERNOR GREG ABBOTT, in his
official and individual capacities, and ROD
WELSH, Executive Director of the Texas
State Preservation Board, in his official
capacity,
        Defendants.

CAUSE NO.:
A-16-CV-00233-SS

## ORDER

IT IS ORDERED that the parties shall have twenty (20) days in which to submit briefing on the two issues remanded to this Court by the Fifth Circuit in *Freedom from Religion Foundation v. Abbott*, 955 F.3d 417 (2020), and

IT IS FURTHER ORDERED that the parties shall have ten (10) days in which to file a response to their opponents' respective briefing.

SIGNED this the 16th day of June, 2020.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE