# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION § <br> FOUNDATION, INC. § <br>   Plaintiff, § <br> § <br> -vs- § <br> § <br> GOVERNOR GREG ABBOTT, § <br> And ROD WELSH, Executive Director of the § <br> Texas State Preservation Board, § <br>   Defendants. § | CASE NO. 1-16: CV-00233 |

## JOINT UNOPPOSED MOTION TO EXTEND TIME

Plaintiff, Freedom from Religion Foundation, Inc. ("FFRF"), and Defendants, Governor Greg Abbott and Rod Welsh in their official capacities, hereby file their Joint Motion to Extend Time for filing "briefing on the two issues remanded to this Court by the Fifth Circuit," pursuant to this Court's June 16, 2020 Order, Dkt. 105.

The parties request that this Court extend the deadline to submit such briefing from July 6, 2020 until July 9, 2020.

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred and jointly request the relief sought herein and join in the Motion.

Dated this 1st day of July, 2020.

    Respectfully submitted,

    BOARDMAN AND CLARK, LLP
    1 S. Pinckney St., Suite 410
    Madison, Wisconsin  53703-4256
    Telephone:  608-257-9521
    Telecopier:  608-283-1709

    BY: */s/ Richard L. Bolton*
    Richard L. Bolton
    Wisconsin State Bar No. 1012552
    Email:  rbolton@boardmanclark.com

    Daniel H. Byrne
    Texas State Bar No. 03565600
    Email:  dbyrne@fbhf.com
    Lessie G. Fitzpatrick
    Texas State Bar No. 24012630
    Email:  lfitzpatrick@fbhf.com
    FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
    221 West 6th Street, Suite 960
    Austin, Texas  78701
    Telephone:  (512) 476-2020
    Facsimile:      (512) 477-5267

    Sam Grover
    Wisconsin State Bar No. 1096047
    Email:  sgrover@ffrf.org
    Patrick Elliott
    Wisconsin State Bar No. 1074300
    Email:  pelliott@ffrf.org
    FREEDOM FROM RELIGION
    FOUNDATION, INC.
    P. O. Box 750
    Madison, Wisconsin  53701
    Telephone:  608-256-8900
    Telecopier:  608-204-0422

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
benjamin.walton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 1st day of July, 2020, which will send notification to the following:

Anne Marie Mackin
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 463-2798
Telecopier: (512) 320-0667
Email: Anna.mackin@oag.texas.gov

*/s/ Richard L. Bolton*
Richard L. Bolton

F:\DOCS\WD\26318\34\A3817170.DOCX