UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § §<br>Plaintiff, | | |
| -vs- § § | CASE NO. 1-16: CV-00233 | |
| **GOVERNOR GREG ABBOTT,** § §<br>And **ROD WELSH**, Executive Director of the § §<br>Texas State Preservation Board, § §<br>Defendants. § | | |

## ORDER

Pursuant to the Parties' Joint Motion, it is hereby ORDERED that:

The time for the Parties to file briefs pursuant to the Court's June 16, 2020 Order, DKT. 105 is extended from July 6, 2020 to July 9, 2020.

SO ORDERED:

Done this _____ day of July, 2020

---

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE