UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § § | | |
| Plaintiff, | § | |
| -vs- | § § | CASE NO. 1-16: CV-00233 |
| **GOVERNOR GREG ABBOTT,** And **ROD WELSH,** Executive Director of the Texas State Preservation Board, Defendants. | § § § § § | |

## **ORDER**

Pursuant to the Parties' Joint Motion, it is hereby ORDERED that:

The time for the Parties to file briefs pursuant to the Court's June 16, 2020 Order, DKT. 105 is extended from July 6, 2020 to July 9, 2020.

SO ORDERED:

Done this  2nd day of July, 2020

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE