Homepage (../../) / Texas Capitol (../../prop/tc/tc/capitol.html) / Visitors Center (../../prop/tcvc/cvc/cvc.html) / Announcements

# Announcements

| Announcements |
| --- |
| Events Calendar (tcapcal.html) |
| Event Request (requests.html) |

## Happening Now | Hide Section

### Notice To Visitors

**State Preservation Board Agency Closes Capitol and Other Properties Until Further Notice**

In an ongoing effort to reduce exposure to the COVID-19 contagion the State Preservation Board will fully close public access to the Texas State Capitol effective 8:00AM, Wednesday, March 18, 2020. Elected officials and staff will be able to enter the building to continue work. State agency personnel with state IDs also will be allowed in the building.

The Capitol Visitors Center, the Texas State Cemetery, and the Capitol Visitors Parking Garage will be closed to the public as well. All gift shops and the Capitol Grill also will close as part of the effort to reduce exposure to the COVID-19 contagion. The previous closure of the Bullock Texas State History Museum remains in effect. The agency will reduce onsite staffing to skeleton crew levels and utilize telework. Essential security, housekeeping, and facilities services will continue in the building.

The agency will continue to monitor public health officials' protocols for containing community transmission of the COVID-19 virus and respond accordingly. SPB will notify the public as soon as the Capitol is scheduled to reopen. Please check our website for updates at www.tspb.texas.gov (http://www.tspb.texas.gov). We regret any inconvenience this temporary disruption may cause.

Thank you for your understanding and patience.

**About the State Preservation Board**
Established by the 68th Legislature in 1983, the State Preservation Board preserves and maintains the Texas Capitol, the Capitol Extension, the Texas Governor's Mansion, the 1857 General Land Office Building, the Texas State Cemetery, and operates the Bullock Texas State History Museum for the benefit of the citizens of Texas.

**For more information:**
Chris Currens
512-463-6271
Christopher.Currens@tspb.texas.gov (mailto:Christopher.Currens@tspb.texas.gov)

Download PDF Print Version (post/Press_Release_Capitol_Closing_due_to_COVID-19_3-17-2020.pdf)

Posted: 3/17/2020

**Bullock Museum Update**

EXHIBIT
2

Out of concern for our visitors and staff due to the spread of COVID-19, the Bullock Museum and IMAX Theatre will be temporarily closed to the public effective Tuesday, March 17. We will reopen as circumstances allow. We look forward to welcoming you back and resuming our full calendar of programs soon. Please refer to the Bullock Museum website for info and updates.

*The*STORY*of*TEXAS*.com* ⧉ (https://www.thestoryoftexas.com/)

Posted: 3/16/2020

---

**COVID-19 Information**

Centers for Disease Control and Prevention (CDC) ⧉ (https://www.cdc.gov/coronavirus/2019-ncov/index.html)

Texas Department of State Health Services (DSHS) ⧉ (https://dshs.texas.gov/coronavirus/)

Travis County TX ⧉ (https://www.traviscountytx.gov/)

Austin Public Health ⧉ (http://www.austintexas.gov/department/health)

---

## Social Media Posts | Hide Section

☰ Close Capitol Social Media Window ⏷



Texas State Capitol
Like Page   27K likes

**Texas State Capitol**
about 4 months ago

The Capitol, Capitol Visitors Center, the Texas State Capitol, the Texas State Cemetery, the Capitol Visitors Parking Garage, all gift shops and the Capitol Grill are currently closed to the public. Please visit the State Preservation Board website at www.tspb.texas.gov for further information.



Texas Capitol Visitors Center

Like Page 1.8K likes

**Texas Capitol Visitors Center**
about 4 months ago

The Capitol, Capitol Visitors Center, the Texas State Cemetery, the Capitol Visitors Parking Garage, all gift shops and the Capitol Grill are currently closed to the public. Please visit the State Preservation Board website at www.tspb.texas.gov for further information.

≡ Close Gift Shop Social Media Window ▾

Texas Capitol Gift Shop

Like Page 8.6K likes

**Texas Capitol Gift Shop**

≡ Close Museum Social Media Window ▾

Bullock Texas State History Mus...

Like Page  29K likes



**Bullock Texas State History Museum**
22 minutes ago

In today's look at the #TexasHistoryTimeline,

Bullock Texas State History Mus...

Like Page  29K likes



High Noon Talk:
**Circuit Riders for Mental Health**

JUL
**2**   **High Noon Talk: Circuit Riders for...**
Tomorrow 12 PM · Online Event
Literature

JUL
**9**   **Summer Family Programs: Summ...**
Thu 10 AM · Online Event
Art

☰ Close Cemetery Social Media Window ⏷



## Projects & Initiatives

| | |
|---|---|
| Capitol (../../prop/tc/tc-projects/index.html) | CVC (../../prop/tcvc/cvc-projects/index.html) |
| Grounds (../../prop/tcg/tcg-projects/index.html) | Museum (../../prop/tshm/tshm-projects/index.html) |
| Mansion (../../prop/tgm/tgm-projects/index.html) | Cemetery (../../prop/tsc/tsc-projects/index.html) |

## Tours

Capitol Tours (../tours/tours.html).

Governor's Mansion Tour (../../prop/tgm/tgm-tour/tgm-tour.html).

State Cemetery Tours (../../prop/tsc/tsc-tours/index.html).

## Shopping

Visit | Where to Shop (../shop/shop.html).

## Dining

Visit | Where to Eat (../eat/eat.html).

## Texas Travel Information

Visit | Travel Center at the CVC. (../travel/travel.html)

## On View at the Bullock

Visit | The STORY of TEXAS.com ⧉ (https://www.thestoryoftexas.com/).

© 2020 Texas State Preservation Board. All rights reserved. | Website Policies (../../spb/policies/policies.html)