IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Plaintiff,* | § § § § | |
| v. | § § | No. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, in their official capacities, *Defendants.* | § § § § § | |

### **ORDER**

ON THIS DAY CAME ON TO BE CONSIDERED the Parties' briefing on the two issues remanded to this Court by the United States Court of Appeals for the Fifth Circuit. Having considered the briefing and responses filed by the parties, the applicable law, and any arguments presented by counsel, the Court is of the opinion that this case should be and hereby is DISMISSED.

IT IS SO ORDERED.

Done this_____ day of _____, 2020.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE

1