UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION** § <br> **FOUNDATION, INC.** § <br>     **Plaintiff,** § <br> § <br> **-vs-** § <br> § <br> **GOVERNOR GREG ABBOTT,** § <br> **And ROD WELSH, Executive Director of the** § <br> **Texas State Preservation Board,** § <br>     **Defendants.** § | **CASE NO. 1-16: CV-00233** |

## JOINT UNOPPOSED MOTION TO EXTEND TIME

Plaintiff, Freedom from Religion Foundation, Inc. ("FFRF"), and Defendants, Governor Greg Abbott and Rod Welsh in their official capacities, hereby file their Joint Motion to Extend Time for filing response briefs pursuant to this Court's June 16, 2020 Order, Dkt. 105.

The parties request that this Court extend the deadline to submit such briefing from July 20, 2020 until July 22, 2020.

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred and jointly request the relief sought herein and join in the Motion.

Dated this 15th day of July, 2020.

        Respectfully submitted,

        BOARDMAN AND CLARK, LLP
        1 S. Pinckney St., Suite 410
        Madison, Wisconsin  53703-4256
        Telephone:  608-257-9521
        Telecopier:  608-283-1709

        BY: */s/ Richard L. Bolton*
        Richard L. Bolton
        Wisconsin State Bar No. 1012552
        Email:  rbolton@boardmanclark.com

        Daniel H. Byrne
        Texas State Bar No. 03565600
        Email:  dbyrne@fbhf.com
        Lessie G. Fitzpatrick
        Texas State Bar No. 24012630
        Email:  lfitzpatrick@fbhf.com
        FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
        221 West 6th Street, Suite 960
        Austin, Texas  78701
        Telephone:  (512) 476-2020
        Facsimile:      (512) 477-5267


        Sam Grover
        Wisconsin State Bar No. 1096047
        Email:  sgrover@ffrf.org
        Patrick Elliott
        Wisconsin State Bar No. 1074300
        Email:  pelliott@ffrf.org
        FREEDOM FROM RELIGION
        FOUNDATION, INC.
        P. O. Box 750
        Madison, Wisconsin  53701
        Telephone:  608-256-8900
        Telecopier:  608-204-0422

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
benjamin.walton@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 14th day of July, 2020, which will send notification to the following:

Anne Marie Mackin
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 463-2798
Telecopier: (512) 320-0667
Email: Anna.mackin@oag.texas.gov

*/s/ Richard L. Bolton*
Richard L. Bolton