UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION** § | | |
| **FOUNDATION, INC.** § | | |
| Plaintiff, § | | |
| § | | |
| -vs- § | | CASE NO. 1-16: CV-00233 |
| § | | |
| **GOVERNOR GREG ABBOTT,** § | | |
| **And ROD WELSH, Executive Director of the** § | | |
| **Texas State Preservation Board,** § | | |
| Defendants. § | | |

## ORDER

Pursuant to the Parties' Joint Motion, it is hereby ORDERED that:

The time for the Parties to file response briefs pursuant to the Court's June 16, 2020 Order, DKT. 105 is extended from July 20, 2020 to July 22, 2020.

SO ORDERED:

Done this _____ day of July, 2020

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE