FILED
July 16, 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS BY

klw
_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** §§§§ Plaintiff, | |
| -vs- §§ | **CASE NO. 1-16: CV-00233** |
| **GOVERNOR GREG ABBOTT,** And **ROD WELSH**, Executive Director of the Texas State Preservation Board, §§§§§ Defendants. | |

## ORDER

Pursuant to the Parties' Joint Motion, it is hereby ORDERED that:

The time for the Parties to file response briefs pursuant to the Court's June 16, 2020 Order, DKT. 105 is extended from July 20, 2020 to July 22, 2020.

SO ORDERED:

Done this 16th day of July, 2020

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE