**Richard L. Bolton**

| | |
|---|---|
| **From:** | Richard L. Bolton |
| **Sent:** | Monday, June 08, 2020 1:45 PM |
| **To:** | Mackin, Anna |
| **Subject:** | RE: FFRF/Abbott |

**EXHIBIT A**

That is good. Thanks. Rich

**BoardmanClark**

**RICHARD L. BOLTON**
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Sent:** Monday, June 08, 2020 1:41 PM
**To:** Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: FFRF/Abbott

Does Wednesday at 9 AM work for you?

**From:** Richard L. Bolton <rbolton@boardmanclark.com>
**Sent:** Monday, June 8, 2020 1:31 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Subject:** RE: FFRF/Abbott

Thanks Anna.

**BoardmanClark**

**RICHARD L. BOLTON**
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Sent:** Monday, June 08, 2020 1:23 PM
**To:** Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: FFRF/Abbott

Rich,

I was not aware last week, but I've learned that my co-counsel Ben is still out today, and I have not heard back on his availability for tomorrow. I emailed him last week and have sent a text to his personal cell today. As I mentioned last week, I will let you know as soon as I'm able to confirm Ben's availability and we'll get a call scheduled as soon as we can.

Thanks,
Anna

**From:** Richard L. Bolton <rbolton@boardmanclark.com>
**Sent:** Friday, June 5, 2020 2:05 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Subject:** RE: FFRF/Abbott

Thanks.


**BoardmanClark**

RICHARD L. BOLTON
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Sent:** Friday, June 05, 2020 1:59 PM
**To:** Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: FFRF/Abbott

Rich,

Sorry for the delay, I haven't been able to connect with my co-counsel who is out this week on his availability next week. I'll let you know as soon as I hear.

Thanks,
Anna

**From:** Richard L. Bolton <rbolton@boardmanclark.com>
**Sent:** Friday, June 5, 2020 11:27 AM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Subject:** RE: FFRF/Abbott

How does Monday or Tuesday afternoon look ? Rich

**BoardmanClark**

**RICHARD L. BOLTON**
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

**From:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Sent:** Thursday, June 04, 2020 1:18 PM
**To:** Richard L. Bolton <rbolton@boardmanclark.com>
**Subject:** RE: FFRF/Abbott

Thanks, and likewise. My co-counsel is on vacation this week. Are you available next week?

Thanks,
Anna

**From:** Richard L. Bolton <rbolton@boardmanclark.com>
**Sent:** Wednesday, June 3, 2020 4:17 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>
**Subject:** FFRF/Abbott

Welcome back! Hope you are well. We would like to touch base in the near future to discuss moving forward. Let us know when might work for you folks.  Rich

**BoardmanClark**

**RICHARD L. BOLTON**
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

This is a transmission from the law firm of Boardman & Clark LLP and may contain information which is privileged, confidential, and protected by the attorney-client and/or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately via email at rbolton@boardmanclark.com or via telephone at (608) 257-9521. The sender does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission.