# Richard L. Bolton

| | |
|---|---|
| **From:** | Walton, Benjamin <Benjamin.Walton@oag.texas.gov> |
| **Sent:** | Thursday, June 25, 2020 12:29 PM |
| **To:** | Richard L. Bolton; Mackin, Anna |
| **Cc:** | Holt, Jennifer |
| **Subject:** | RE: FFRF/Abbott |

**EXHIBIT B**

Hi Rich,

Sorry for the delay in getting back to you. We wanted to inform you that the Preservation Board is in the process of adopting a new rule that may moot the First Amendment claim by making the Capitol exhibits government speech instead of citizen speech. The proposed rule is publicly available, but a final rule has not yet been promulgated.

Thanks,
Ben


**From:** Richard L. Bolton <rbolton@boardmanclark.com>
**Sent:** Thursday, June 25, 2020 1:18 AM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>; Walton, Benjamin <Benjamin.Walton@oag.texas.gov>
**Subject:** Fwd: FFRF/Abbott

Hi Anna: Is it the position of the State that you cannot agree to the form of any prospective relief? Rich

Sent from my iPhone

Begin forwarded message:

> **From:** "Richard L. Bolton" <rbolton@boardmanclark.com>
> **Date:** June 23, 2020 at 1:02:00 PM CDT
> **To:** "Mackin, Anna" <Anna.Mackin@oag.texas.gov>, "Walton, Benjamin" <Benjamin.Walton@oag.texas.gov>
> **Subject: FW: FFRF/Abbott**
>
>
> Any thoughts?
>
>
> RICHARD L. BOLTON
> ATTORNEY
>
> DIRECT +1 608-283-1789
> PHONE 608-257-9521
> FAX 608-283-1709
> RBOLTON@BOARDMANCLARK.COM
> BOARDMANCLARK.COM
>
> BOARDMAN & CLARK LLP
> 1 S PINCKNEY ST STE 410
> PO BOX 927
> MADISON, WI 53701-0927

1

**From:** Richard L. Bolton
**Sent:** Tuesday, June 16, 2020 4:47 PM
**To:** Mackin, Anna <Anna.Mackin@oag.texas.gov>; Walton, Benjamin <Benjamin.Walton@oag.texas.gov>
**Subject:** FFRF/Abbott

Good Afternoon in Austin: I attach some language to consider regarding the prospective relief issue. I have not include the unbridled discretion issue in the mix yet to see if we can reach agreement on one issue at a time.   Rich

**RICHARD L. BOLTON**
ATTORNEY

DIRECT +1 608-283-1789
PHONE 608-257-9521
FAX 608-283-1709
RBOLTON@BOARDMANCLARK.COM
BOARDMANCLARK.COM

BOARDMAN & CLARK LLP
1 S PINCKNEY ST STE 410
PO BOX 927
MADISON, WI 53701-0927

<Final Judgment (A3802902x9DEB4).docx>