

**EXHIBIT C**

# State Preservation Board Meeting by Audio Conference

## June 26, 2020, 8:00 a.m.

Audio-only webinar link:

https://zoom.us/j/96489036121?pwd=c3FFVGJoRlpOblNBdFc1SVc1eWNYQT09

Due to Governor Greg Abbott's March 13, 2020, proclamation of a state of disaster affecting all counties in Texas due to the Coronavirus (COVID-19) and the Governor's March 16, 2020, suspension of certain provisions of the Texas Open Meetings Act, this meeting of the State Preservation Board will be held by telephone conference call, as authorized under Texas Government Code section §551.125.

Members of the public will have access and a means to participate in this meeting, by two-way audio, by selecting this link to join a Zoom webinar:

**https://zoom.us/j/96489036121?pwd=c3FFVGJoRlpOblNBdFc1SVc1eWNYQT09**
**Password: 493306**

Joining via the Internet and Zoom application is free of charge and requires that a participant provide their name and email address. If someone wishes to provide public comment, they must join the meeting via the Zoom webinar link referenced above. To provide public comment, individuals must also register with the State Preservation Board at SPBAdmin@tspb.texas.gov, identifying the name of the speaker and topic anytime between now and 7:55 a.m., June 26, 2020. Written comments are encouraged and will also be accepted via an email sent to SPBAdmin@tspb.texas.gov.

The public may also listen to the webinar via telephone by using any of these numbers (for higher quality, dial a number based on your current location); this option does not require registration:
US: +1 346 248 7799
+1 669 900 6833
+1 253 215 8782
+1 929 205 6099
+1 301 715 8592
+1 312 626 6799

**Webinar ID (or Meeting ID): 964 8903 6121**
**Participant ID:  press # (no need to provide a Participant ID)**
**Password: 493306**

**Note:  the webinar link and phone numbers will not be active until 7:50 a.m. on June 26, 2020.**

A recording of the meeting will be available after June 26, 2020. To obtain a recording, please contact the agency at SPBAdmin@tspb.texas.gov or (512) 475-3616.

The presiding officer will call roll of the Board members, followed by members of the public who have registered to speak. Members of the public who have registered will then be recognized by name at the appropriate time in the Agenda. Public comment will be limited to thirty (30) minutes total with individual comment limited to two (2) minutes per person.

# AGENDA

The State Preservation Board may deliberate and take action on any of the following agenda items.

| | |
|---|---|
| Item 1: | Call to order and establishment of quorum |
| Item 2: | Introduction of visitors and guests, and roll call of registered public speakers |
| Item 3: | Consideration and adoption of Minutes from 5/8/20 Board meeting |
| Item 4: | Consideration and possible adoption of proposed amendments to 13 Texas Administrative Code §111.13 relating to Exhibitions in the Capitol and Capitol Extension, which were published in the May 22, 2020, issue of the Texas Register |
| Item 5: | Receipt of Public Comment |
| Item 6: | Adjournment |

The State Preservation Board may meet in closed session concerning any agenda item listed above, as authorized by Texas Government Code Chapter 551. If you require auxiliary aids, services or material in an alternate format contact the Texas Preservation Board, at least five (5) working days prior to the meeting date. Listed below are the helpful numbers should assistance be required. Phone: (512) 463-6271; Fax: (512) 463-3372; E-mail: SPBAdmin@tspb.texas.gov