UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** §<br>*Plaintiff* §<br>§<br>§<br>**VS** §<br>§<br>**GOVERNOR GREG ABBOTT, CHAIRMAN OF THE STATE PRESERVATION BOARD; AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD,** §<br>*Defendants* | **Case No. A-16-CV-00233-SS** |

### ORDER OF CASE REASSIGNMENT

It appears to the Court that the above-styled and numbered cause should be transferred from the docket of Senior Judge Sam Sparks to the docket of the Honorable Lee Yeakel, both judges having consented to the transfer.

IT IS THEREFORE ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable Lee Yeakel, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective January 1, 2020, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this the 27th day of August 2020.

*/s/ Sam Sparks*
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE