IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., *Plaintiff,* | § § § § | |
| v. | § § | No. 1:16-cv-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, *Defendants.* | § § § § | |

### DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants file this Unopposed Motion to Withdraw Assistant Attorney General Anne Marie Mackin as counsel for Defendants in the above-captioned cause. There is good cause for this motion, because Ms. Mackin has accepted a position outside the Office of the Attorney General of Texas. Assistant Attorney General Benjamin S. Walton has appeared as counsel for Defendants herein, and will continue on in that capacity. The withdrawal will not delay these proceedings.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion to withdraw Assistant Attorney General Anne Marie Mackin as counsel in the above-captioned cause.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Shawn Cowles
Deputy Attorney General for Civil Litigation

Thomas A. Albright
Chief of General Litigation Division

*/s/ Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4074 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov

**Attorneys for Defendants**

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff regarding the contents of this motion, and counsel indicated that they do not oppose the relief sought herein.

*/s/   Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2020, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/   Anne Marie Mackin*
ANNE MARIE MACKIN
Assistant Attorney General