IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., § § | | |
| PLAINTIFF, | § § | |
| V. | § | CAUSE NO. 1:16-CV-233-LY |
| | § | |
| GOVERNOR GREG ABBOTT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, IN HIS OFFICIAL CAPACITY, DEFENDANTS. | § § § § § § § § | |

## ORDER

**IT IS ORDERED** that the parties shall file supplemental briefs addressing the effect, if any, of the United States Supreme Court's decision in *Uzuebgunam v. Preczewski*, No. 19-968, 2021 WL 850106 (March 8, 2021) on this case after remand, **on or before March 26, 2021**. The supplemental briefs shall not exceed ten pages.

SIGNED this _9th_ day of March, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE