IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., § § § PLAINTIFF, § § V. § § GOVERNOR GREG ABBOTT AND § ROD WELSH, EXECUTIVE DIRECTOR § OF THE TEXAS STATE § PRESERVATION BOARD, IN THEIR § OFFICIAL CAPACITIES, § DEFENDANTS. § | | CAUSE NO. 1:16-CV-233-LY |

## FINAL JUDGMENT

On this date, the court granted Defendants' motion for summary judgment with respect to Plaintiff's unbridled-discretion claims, rendered judgment in favor of Plaintiff on its First Amendment freedom-of-speech claims, and awarded prospective declaratory and injunctive relief for Plaintiff's First Amendment freedom-of-speech claim. Therefore, the court renders the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Plaintiff is awarded costs.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this _5th_ day of Mayl, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE