UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION** | § | |
| **FOUNDATION, INC.** | § | |
|     Plaintiff, | § | |
| | § | |
| -vs- | § | CASE NO. 1-16: CV-00233 |
| | § | |
| **GOVERNOR GREG ABBOTT,** | § | |
| **And ROD WELSH, Executive Director of the** | § | |
| **Texas State Preservation Board,** | § | |
|     Defendants. | § | |

## **ORDER**

Pursuant to the Plaintiff's unopposed motion, it is hereby ORDERED that:

The time for the Plaintiff to file its motion for fees and expenses shall be extended from May 19, 2021 to June 18, 2021.

**SO ORDERED:**

Date: _____, 2021.            _____
                                                                              Honorable Lee Yeakel
                                                                              United States District Judge