AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| Freedom From Religion Foundation, Inc. | ) |
| | ) |
| v. | ) Case No.: 1-16: CV-00233 |
| Governor Greg Abbott, et. al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on     05/05/2021    against    Defendants
                                                             *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 3,557.36 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL    $ | 3,957.36 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑   Electronic service             ☐   First class mail, postage prepaid

☐   Other:

s/ Attorney:    Richard L. Bolton

       Name of Attorney:  Richard L. Bolton

For:           Freedom From Religion Foundation, Inc., Plaintiff           Date:     05/18/2021
                            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of                                 and included in the judgment.

                                          By:

       *Clerk of Court*                              *Deputy Clerk*                        *Date*

AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the

Court's CM/ECF system on this 18th day of May, 2021, which will send notification to the

following:

        Benjamin S. Walton
        Office of the Attorney General
        P.O. Box 12548, Capitol Station
        Austin, TX 78701
        Email: Benjamin.walton@texasattorneygeneral.gov


                /s/Richard L. Bolton_____
                Richard L. Bolton

## ITEMIZATION AND DOCUMENTATION OF THE
## REQUESTED COSTS IN ALL CATEGORIES

**TOTALS**

| | | |
|---|---|---|
| 1. | Fees of the Clerk<br>Identified on the Court Docket Report<br>By Receipt No. 054-8233715 | $400 |
| 2. | Fees for Printed or Electronically<br>Recorded Deposition Transcripts<br>(Invoices for Deposition Transcripts<br>attached to this Itemization) | $3,557.36 |

**<u>TOTAL</u>**                                             $3,957.36



# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 445191 | 5/5/2017 | 323289 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2017 | 1-16:CV-00233 | |

| Case Name | | |
|---|---|---|
| Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Robert Davis                                                                           938.30

(TAXABLE  $938.30)

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$938.30** |
| AFTER 6/4/2017  PAY | $952.37 |

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.

WE APPRECIATE YOUR BUSINESS.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$938.30** |

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI  53701

| Invoice No. | : | 445191 |
|---|---|---|
| Invoice Date | : | 5/5/2017 |
| **Total Due** | : | **$938.30** |

Remit To:  **Lexitas (formerly DepoTexas, Inc.)**
**P.O. Box 4227**
**Houston, TX  77210-4227**

| Job No. | : | 323289 |
|---|---|---|
| BU ID | : | AUS-DT-R |
| Case No. | : | 1-16:CV-00233 |
| Case Name | : | Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed |



# INTEGRITY
### legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

## INVOICE

| Date | Invoice # |
|------|-----------|
| 6/12/2017 | 13670.1 |

| Bill To |
|---------|
| Boardman & Clark, LLP |
| Richard L. Bolton |
| 1 S. Pickney St., Ste 410 |
| Madison, Wisconsin 53701-09279 |

| Case No. |
|----------|
| 1;16-CV-00233-SS |

| Style |
|-------|
| Freedom from Religion Foundation, Inc. |
| vs. |
| Governor Greg Abbott, et al. |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|-------|
| Prepayment |

| Date | Description |
|------|-------------|
| 5/26/2017 | Copy of Transcript - Samuel Grover, Annie Laurie Gaylor |
| | Exhibits and Tabs |
| | Scanned Exhibits - No Charge |
| | Condensed Transcript with Index |
| | Binding |
| | Electronic Copy of Transcript/ASCII |
| | Shipping/Handling - Prepayment |
| | Subtotal - 840.50 |
| | |
| | Video Duplication |
| | DVD Media and Archiving |
| | Subtotal - 355.00 |
| | Sales Tax - Non-Taxable Legal Services |

Use Tax
2071-0-00-000   (65.75)

1261.25

| Phone No. | Fax No. | Web Site | TOTAL | $1,195.50 |
|-----------|---------|----------|-------|-----------|
| 512-320-8690 | 512-320-8692 | | | |

  Cards

info @ integrity   oice by credit card or bank draft,
—texas.co~~e link within the body of the email.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95870 | 6/30/2017 | 71493 |
| **Job Date** | **Case No.** | |
| 6/22/2017 | 1-16: CV-00233 | |
| **Case Name** | | |
| Freedom From Religion Foundation, Inc. v. Governor Greg Abbott and Rod Welsh | | |
| **Payment Terms** | | |
| Due upon receipt (1.5%/mo & collection) | | |

Richard L Bolton
Boardman Clark
1 S. Pinckney Street
Suite 410
P.O. Box 927
Madison, WI 53704

1 CERTIFIED COPY OF TRANSCRIPT OF:

John Sneed

| | | | | |
|---|---|---|---|---|
| | 98.00 | Pages | @ | 3.95 | 387.10 |
| Weekend/Evening Surcharge | 18.00 | Pages | @ | 0.99 | 17.82 |
| Processing Fee | 1.00 | | @ | 55.00 | 55.00 |

**TOTAL DUE >>>**  **$459.92**

We appreciate your business.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 459.92 |

Use Tax
2071-0-00-000  (21,29)

481.21

**Tax ID:** 53-0257990

*Please detach bottom portion and return with payment.*

Richard L Bolton
Boardman Clark
1 S. Pinckney Street
Suite 410
P.O. Box 927
Madison, WI 53704

| Job No. | : 71493 | BU ID | : DC-Local |
|---|---|---|---|
| Case No. | : 1-16: CV-00233 | | |
| Case Name | : Freedom From Religion Foundation, Inc. v. Governor Greg Abbott and Rod Welsh | | |
| Invoice No. | : 95870 | Invoice Date | : 6/30/2017 |
| **Total Due** | : **$459.92** | | |

Remit To: **Alderson Reporting Company, Inc.**
**Alderson Court Reporting**
**Dept. CH 14409**
**Palatine, IL 60055**

**PAYMENT WITH CREDIT CARD**   AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 454026 | 7/25/2017 | 331852 |

| Job Date | Case No. | |
|---|---|---|
| 7/18/2017 | 1-16:CV-00233 | |

| Case Name | | |
|---|---|---|
| Freedom From Religion Foundation vs. Governor Greg Abbott and John Sneed | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI 53701

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

   John Reed Clay, Jr., 30(b)(6)

      876.60

**TOTAL DUE >>>**    **$876.60**

AFTER 8/24/2017 PAY    $889.75

*****WE, AT DEPOTEXAS, HAVE CHANGED OUR NAME TO LEXITAS...THE SAME AMAZING PROFESSIONAL STAFF WITH THE SAME OUTSTANDING SERVICES. THIS CHANGE DOES NOT AFFECT OUR TAX-ID INFORMATION. PLEASE VISIT US at www.Lexitaslegal.com *****

INVOICE (S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.

ANY QUESTIONS ABOUT BILLING SHOULD BE RAISED WITHIN 15 DAYS OF RECEIPT OF INVOICE OTHERWISE THE BILLING WILL BE DEEMED ACCEPTED AS PRESENTED AND PAID IN FULL.
WE APPRECIATE YOUR BUSINESS.

**Tax ID:** 46-4363191

---

*Please detach bottom portion and return with payment.*

Richard L. Bolton
Boardman and Clark, LLP
1 South Pinckney St., Ste. 410
Madison, WI 53701

Job No. : 331852    BU ID   : AUS-DT-R
Case No. : 1-16:CV-00233
Case Name : Freedom From Religion Foundation vs.
           Governor Greg Abbott and John Sneed
Invoice No. : 454026    Invoice Date : 7/25/2017
**Total Due : $ 876.60**
AFTER 8/24/2017 PAY $889.75

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **Lexitas (formerly DepoTexas, Inc.)**
       **P.O. Box 4227**
       **Houston, TX 77210-4227**