**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION** | § | |
| **FOUNDATION, INC.** | § | |
| Plaintiff, | § | |
| | § | |
| -vs- | § | CASE NO. 1-16: CV-00233 |
| | § | |
| **GOVERNOR GREG ABBOTT,** | § | |
| And **ROD WELSH**, Executive Director of the | § | |
| Texas State Preservation Board, | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Plaintiff's unopposed motion, it is hereby ORDERED that:

The time for the Plaintiff to file its motion for fees and expenses shall be extended from May 19, 2021 to June 18, 2021.

**SO ORDERED:**

Date: May 18, 2021.

_____
Honorable Lee Yeakel
United States District Judge