IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, in their official capacities, <br> *Defendants.* | § § § § § § § § § § § § | NO. 1:16-CV-00233-LY |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Greg Abbott, in his official capacity as Governor, and Rod Welsh, in his official capacity as Executive Director of the Texas State Preservation Board, (collectively "Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the "Memorandum and Order After Remand" (Docket No. 126) and "Final Judgment" (Docket No. 127) entered on May 5, 2021.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief - General Litigation Division

      */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2021, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Richard L. Bolton
BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin 53703-4256
(608) 257-9521
rbolton@boardmanclark.com

Sam Grover
Patrick Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
P.O. Box 750
Madison, Wisconsin 53701
(608) 256-8900
sgrover@ffrf.org
pelliott@ffrf.org

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　*/s/ Benjamin S. Walton*
　　　　　　　　　　　　　　　　　**BENJAMIN S. WALTON**
　　　　　　　　　　　　　　　　　Assistant Attorney General