IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, in their official capacities, <br> *Defendants.* | § § § § § § § § § § § § | No. 1:16-CV-00233-LY |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO BILL OF COSTS

On this date, the Court considered Defendants' Unopposed Motion for Extension of Time to File Objections to Bill of Costs (the "Motion"). After considering the Motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendants to file objections to Plaintiff's Bill of Costs is hereby extended to July 1, 2021.

SIGNED this 1st day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE