# TRANSCRIPT ORDER FORM (DKT 13) – READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United States District Court for the Western District of Texas
District Court Docket No.: 1:16-cv-00233
Short Case Title: Freedom from Religion Foundation v. Abbott

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: ___

Date Notice of Appeal Filed in the District Court: 05/27/2021
Court of Appeals No.: 21-50469

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

■ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing ___ ☐Voir Dire ___
☐Opening Statement of Plaintiff ___ ☐Opening Statement of Defendant ___
☐Closing Argument of Plaintiff ___ ☐Closing Argument of Defendant: ___
☐Opinion of court ___ ☐Jury Instructions ___ ☐Sentencing ___
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds
■ Other: N/A

Signature: /s/ Benjamin Walton
Date Transcript Ordered: N/A
Print Name: Benjamin Walton
Phone: 512-463-2120
Counsel for: Greg Abbott, Gov. of the State of Texas, Chairman of the State Preservation Board; and, Rod Welsh, Exec. Director of Texas State Preservation Board
Address: P.O. Box 12548, Capitol Station, General Litigation Division (MC-019), Austin, Texas 78711
Email of Attorney: benjamin.walton@oag.texas.gov

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
☐Other (Specify) ___

Date ___ Signature of Reporter ___ Tel. ___
Email of Reporter ___

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___ Actual Number of Volumes ___
Date ___ Signature of Reporter ___