IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> *Plaintiff,* <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, in their official capacities, <br> *Defendants.* | § § § § § § § § § § § § | No. 1:16-CV-00233-LY |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION
FOR EXTENSION OF TIME TO FILE OBJECTIONS TO
BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES**

On this date, the Court considered Defendants' Opposed Motion for Extension of Time to File Objections to Bill of Costs and Motion for Attorney's Fees (the "Motion"). After considering the Motion, any related responses and replies filed by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines for Defendants to file objections to Plaintiff's Bill of Costs and objections to any motion for attorney's fees that may be filed by Plaintiff are hereby extended until thirty (30) days after the exhaustion of all appeals in this matter.

SIGNED this _____ day of _____, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE