**FILED**

JUN 1 4 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100040056
Cashier ID: cjames
Transaction Date: 06/14/2021
Payer Name: TEXAS COMPTROLLER OF PUBLIC
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: FREEDOM FROM RELIGION FOUNDATI
 Amount:        $505.00
----------------------------------
PAPER CHECK
 Check/Money Order Num: 143618645
 Amt Tendered:  $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

1:16-CV-233-LY; FREEDOM FROM
RELIGION FOUNDATION, INC. V. ABBOTT
ET AL; NOTICE OF APPEAL FILING FEE
FROM FREEDOM FROM RELIGION
FOUNDATION, INC.