FFRF vs. ABBOTT PREVAILING PARTY FEE SUMMARY

| | |
|---|---:|
| Richard L. Bolton Fees and Expenses | $229,536.94 |
| Samuel Grover Fees | $118,033.33 |
| Patrick Elliott Fees | $21,700.00 |
| Dan Byrne Fees | <u>$22,976.00</u> |
| TOTAL | $392,246.27 |