IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § | |
| *Plaintiff,* | § | |
| v. | § § | NO. 1:16-CV-00233-SS |
| GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF TEXAS STATE PRESERVATION BOARD, | § § § § | |
| *Defendants.* | § | |

### NOTICE OF ATTORNEY APPEARANCE

Defendants Greg Abbott, in his official capacity as Governor, and Rod Welsh, in his official capacity as Executive Director of the Texas State Preservation Board, (collectively "Defendants") hereby notify the Court that Assistant Attorney General Todd A. Dickerson will appear as co-counsel in this case on their behalf. Mr. Dickerson is a member in good standing of the State Bar of Texas and may be contacted at the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548. Defendants respectfully request that the parties and the Court include Mr. Dickerson in all future correspondence and service in this matter.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**

1

Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief - General Litigation Division

*/s/ Todd A. Dickerson*
TODD A. DICKERSON
Texas Bar No. 24118368
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
benjamin.walton@oag.texas.gov
todd.dickerson@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2021, the foregoing instrument was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Todd A. Dickerson*
TODD A. DICKERSON
Assistant Attorney General