IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 28 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> PLAINTIFF, <br><br> V. <br><br> GOVERNOR GREG ABBOTT, CHAIRMAN OF THE STATE PRESERVATION BOARD, AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, <br> DEFENDANTS. | CAUSE NO. 1:16-CV-233-LY |

## ORDER SETTING STATUS CONFERENCE AFTER REMAND

**IT IS ORDERED** that the above-referenced cause is **SET** for a Status Conference After Remand on **Thursday, March 9, 2023, at 9:30 a.m.** in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this _28th_ day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE