## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION** | § | |
| **FOUNDATION, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **-vs-** | § | **CASE NO. 1-16: CV-00233** |
| | § | |
| **GOVERNOR GREG ABBOTT,** | § | |
| **And ROD WELSH, Executive Director** | § | |
| **of the Texas State Preservation Board,** | § | |
| **Defendants.** | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUPPLEMENT PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

The Plaintiff, Freedom from Religion Foundation, Inc., previously filed its Motion for Attorneys' Fees on June 18, 2021. (Dkt. 139.) The court, however, dismissed the motion without prejudice to refile following the Fifth Circuit's determination on the appeal in this cause. (Dkt. 141.) The court of appeals has now made its determination, including partial vacatur of this court's injunctive relief, but otherwise expressly not vacating this court's decision and judgment. The court of appeals further remanded with specific instruction to now consider Plaintiff's request for attorneys 'fees. (Ct. of Appeals Opinion at p. 19.)

The Plaintiff, accordingly, does now renew its Motion for Attorneys' Fees but requests an extension to update its Motion, to be filed on or before April 10, 2023. The Plaintiff requests this extension in order to update its Motion and further

to confer with Defendants' counsel as to any objections to the fee request that might be resolved.

If the parties do not reach an agreement on the Plaintiff's fee request, then the Plaintiff proposes to file its updated Motion for Attorneys' Fees on or before April 10, 2023, including certification as to why the matter could not be resolved by agreement. The parties further propose that the Defendants would file their objection to the fee request on or before May 10, 2023. Finally, the parties propose that the Plaintiff would file its reply in support of attorneys' fees on or before May 22, 2023.

The court has scheduled a Status Conference After Remand for March 9, 2023 at 9:30 a.m. In light of the parties' request for the above schedule, the Status Conference on March 9, may be unnecessary at this time, in the court's discretion. Alternatively, the parties respectfully request an alternative date for the Status Conference because of a conflict in schedules as to the March 9, 2023 date and time.

Counsel for the Plaintiff has discussed this request for extension and proposed schedule with the Defendants' counsel, Benjamin Walton, who does not oppose the requests made herein.

Dated this 3rd day of March, 2023.

Respectfully submitted,

BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin 53703-4256
Telephone: 608-257-9521
Telecopier: 608-283-1709

BY: */s/ Richard L. Bolton*
Richard L. Bolton
Wisconsin State Bar No. 1012552
Email: rbolton@boardmanclark.com

Daniel H. Byrne
Texas State Bar No. 03565600
Email: dbyrne@fbhf.com
Lessie G. Fitzpatrick
Texas State Bar No. 24012630
Email: lfitzpatrick@fbhf.com
FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Telephone: (512) 476-2020
Facsimile: (512) 477-5267


Sam Grover
Wisconsin State Bar No. 1096047
Email: sgrover@ffrf.org

Patrick Elliott
Wisconsin State Bar No. 1074300
Email: pelliott@ffrf.org
FREEDOM FROM RELIGION
FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701
Telephone: 608-256-8900
Telecopier: 608-204-0422

## **CERTIFICATE OF CONFERENCE**

Counsel for FFRF has conferred with counsel for Defendants who has stated that Defendants do not oppose the relief sought herein.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 3rd day of March, 2023, which will send notification to the following:

Benjamin S. Walton
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 463-2798
Telecopier: (512) 320-0667
Email: Benjamin.walton@oag.texas.gov


*/s/ Richard L. Bolton*
Richard L. Bolton