UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § | | |
| Plaintiff, § | | |
| § | | |
| -vs- § | CASE NO. 1-16: CV-00233 | |
| § | | |
| **GOVERNOR GREG ABBOTT,** § | | |
| And **ROD WELSH**, Executive Director of the § | | |
| Texas State Preservation Board, § | | |
| Defendants. § | | |

## ORDER

Pursuant to the Unopposed Motion for Extension of Time to Supplement Plaintiff's Motion For Attorneys' Fees, it is hereby ORDERED that:

The time for the Plaintiff to Supplement its Motion for Attorneys' Fees is extended to April 10, 2023;

The Defendants shall file any objection to Plaintiff's fee request by May 10, 2023; and

The Plaintiff shall file any reply in support of fee request by May 22, 2023.

SO ORDERED:

Done this ____ day of March, 2023

_____
THE HONORABLE UNITED STATES
DISTRICT JUDGE LEE YEAKEL