IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br> PLAINTIFF, <br><br> V. <br><br> GOVERNOR GREG ABBOTT, CHAIRMAN OF THE STATE PRESERVATION BOARD, AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, <br> DEFENDANTS. | § § § § § § § § § § § § § § | CAUSE NO. 1:16-CV-233-LY |

## ORDER CANCELLING STATUS CONFERENCE AFTER REMAND

**IT IS ORDERED** that the Status Conference After Remand set in the above-referenced cause on **Thursday, March 9, 2023, at 9:30 a.m.** is **CANCELLED**.

SIGNED this _____ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE