FILED

APR 1 0 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>        Plaintiff, | §<br>§<br>§<br>§ | |
| -vs- | §<br>§ | CASE NO. 1-16: CV-00233 |
| GOVERNOR GREG ABBOTT,<br>And ROD WELSH, Executive Director of the<br>Texas State Preservation Board,<br>        Defendants. | §<br>§<br>§<br>§ | |

**ORDER**

Pursuant to the Unopposed Motion for Extension of Time to Supplement Plaintiff's Motion For Attorneys' Fees, it is hereby ORDERED that:

The time for the Plaintiff to Supplement its Motion for Attorneys' Fees is extended to April 12, 2023;

The Defendants shall file any objection to Plaintiff's fee request by May 12, 2023; and

The Plaintiff shall file any reply in support of fee request by May 24, 2023.


SO ORDERED:

Done this 10th day of April, 2023

THE HONORABLE UNITED STATES
DISTRICT JUDGE LEE YEAKEL