## FFRF vs. ABBOTT FEE AND DISBURSEMENT SUMMARY

| | |
|---|---|
| Richard L. Bolton Fees | $236,303.75 |
| Samuel Grover Fees | $187,666.67 |
| Patrick Elliott Fees | $25,033.33 |
| Dan Byrne Fees | $25,826.00 |
| Disbursements | $10,252.75 |
| TOTAL | $485,082.50 |


EXHIBIT 1