UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>Plaintiff,<br><br>-vs-<br><br>GOVERNOR GREG ABBOTT,<br>And ROD WELSH, Executive Director<br>of the Texas State Preservation Board,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1-16: CV-00233 |

## DECLARATION OF RICHARD L. BOLTON

I, Richard L. Bolton, do hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following facts set forth below are true and correct to the best of my knowledge:

1. I am lead counsel in the above-captioned matter representing the Plaintiff, Freedom From Religion Foundation, Inc. ("FFRF").

2. I make this declaration in support of FFRF's fee petition as a prevailing party.

3. I received my law degree from the University of Wisconsin in 1984, after which I clerked for the Wisconsin Court of Appeals and the Wisconsin Supreme Court.

4. I have been actively engaged in the private practice of law since 1986.

5. I have been a partner since 1996 in the law firm of Boardman & Clark LLP, in Madison, Wisconsin.

6. I have represented FFRF in many First Amendment matters since 1993.



7. My work for FFRF has almost exclusively been related to litigation matters.

8. My entire private practice, in fact, has almost exclusively involved litigation.

9. In addition to my First Amendment work, which constitutes approximately thirty percent of my practice, I am also involved in litigation involving employment matters, commercial disputes, and intellectual property matters.

10. I have been lead counsel for FFRF in matters venued throughout the United States, including at least Wisconsin, Texas, New Mexico, Arizona, Montana, Wyoming, Alaska, California, Colorado, North Dakota, Minnesota, Pennsylvania, Washington, and the District of Columbia.

11. My representation in matters involving the First Amendment has involved many significant cases.

12. For example, I represented FFRF in successfully challenging President Bush's Faith-Based and Community Initiatives program in the Seventh Circuit Court of Appeals. Although the United States Supreme Court subsequently reversed that decision on grounds of standing, while significantly changing the rules related to taxpayer standing, the Court did not address the merits.

13. I also successfully represented FFRF in a challenge to the National Day of Prayer in federal district court and in Colorado state court. In both cases, prayer proclamations by President Obama and the Governor of Colorado were declared to be in violation of the First Amendment. Again, in the federal case, the Seventh Circuit Court of Appeals reversed on grounds of standing, as did the Colorado State Supreme Court, but neither court addressed the merits.

14. More recently, I successfully represented FFRF in a First Amendment challenge to the exemption for cash housing allowances provided by the Internal Revenue Service exclusively to ministers of churches, totaling billions of dollars. FFRF first successfully challenged the minister's housing allowance in 2014, but the district court decision was reversed by the Seventh Circuit Court of Appeals on failure to exhaust grounds. The housing allowance case was subsequently refiled, and the district court again declared the housing allowance to be unconstitutional in October of 2017, but the decision was ultimately reversed again by the Seventh Circuit.

15. The law relating to the First Amendment has changed significantly during the 25 years that I have represented FFRF. When I began in this area, taxpayer standing was a meaningful basis for challenging government-funded programs and activities. Since the United States Supreme Court's Hein decision involving FFRF, however, taxpayer-standing cases have become less frequent.

16. More recently, First Amendment challenges have focused upon access and preference issues, as in the present case.

17. The pending litigation involving FFRF and Governor Abbott and the Texas State Preservation Board has been vigorously contested by the Defendants, resulting in significant time and expense for FFRF during litigation that has lasted more than 7 years, including 2 appeals by the Defendants to the Fifth Circuit and multiple claims of mootness.

18. In the end, however, virtually all the hours I dedicated to this matter have been inextricably intertwined with FFRF's free speech claim, arising from the same facts and based on related legal theories.

19.     Attached to this Declaration as Exhibit A is a spreadsheet that truly and correctly records the activities and time that I have spent working on this matter.

20.     I believe that all of the recorded time was reasonable and necessary, but I have made several downward adjustments that I will describe.

21.     First, travel time for hearings and depositions, totaling 71 hours, has been billed at $150 per hour, which is less than half the billing rate of $425 per hour. This discount amounts to a reduction of $19,525, or approximately 65%.

22.     I have also attempted to identify all hours related to initial investigation, research and drafting of the Complaint, which are highlighted in pink on Exhibit A. The time spent for this initial research and drafting totaled approximately 53.8 hours. All of this time is billed at $425 per hour. In our final calculation of fees for this Petition, however, I have reduced that time to 40 hours, in the exercise of billing discretion. Instead of requesting 53.8 hours at $425 per hour, equaling $22,865. I have reduced that amount of my time to 40 hours at $425 per hour, equaling $17,000 for initial research and drafting of the Complaint. This results in a discount of approximately 25%.

23.     I have also highlighted in green on Exhibit A those time entries allocable to research and drafting of FFRF's brief in response to the Defendants' initial Motion to Dismiss.

24.     I have calculated approximately 83.9 hours for this activity billed at $425 per hour, for a total of approximately $35,657.50. In our final calculation, however, I have reduced the time for this activity to 60 hours at $425 per hour, equaling $25,500. This represents approximately a 28% write down, justified in terms of billing discretion.

25.     Hours worked on initial summary judgment briefing and response are highlighted in orange on Exhibit A.

4

26.  The time spent on the first summary judgment briefing totaled approximately 47.8 hours billed at $425 per hour, equaling $20,315. Again, for purposes of exercising billing discretion, I have reduced that time to 35 hours billed at $425 per hour, equaling $14,875. This equals approximately a 27% discount for purposes of billing discretion.

27.  Time spent drafting and responding to a second round of summary judgment motions is highlighted in yellow on Exhibit A. The time spent on the second round of summary judgment briefing totals approximately 42.5 hours billed at $425 per hour, equaling $18,062.50. Again, for purposes of our fee petition, I have reduced this time to 30 hours billed at $425 per hour, equaling $12,750. This represents more than a 29% discount for purposes of billing discretion.

28.  Hours spent on appeal-related activities, highlighted in blue/gray, including cross-appeal briefing and oral argument in the Fifth Circuit, totaled 99.8 hours billed at $425 per hour, equaling $42,415. This amount is deemed quite reasonable, but reduced to 85 hours, for purposes of exercising billing discretion for a total of $36,125. This represents a 15% discount of billed fees.

29.  Post-appeal tasks, including briefing in response to the issue of claimed mootness, are marked in Exhibit A as dark red. The total time for these activities totals 77.2 hours, billed at $425 per hour for a total of $32,810. This time is also considered reasonable, particularly given the nuance created by attempts to moot the present case after appeal. Again, however, in the interest of exercising billing discretion, this amount is reduced for purposes of this fee petition to 60 hours billed at $425 per hour, for a resulting total of 25,500. This is a reduction of more than 22% of time worked.

30. I also have calculated 75.7 hours for discovery related issues, including drafting document production requests to the Defendants; work related to document production by FFRF; preparation and conduct of three adverse depositions; preparation and defense of two depositions by Defendants; and review of documents produced by the Defendants. The discovery related time entries have been highlighted in blue on Exhibit A attached to this Declaration.

31. Based on my experience, I believe that all of the discovery related time was necessary and reasonable in the conduct of this litigation.

32. Time spent on defendants' second appeal and additional mootness contentions totals 48.2 hours at $425 per hour, except 11 hours of this time was billed at $150 per hour travel rate. This time is highlighted in purple and totals $17,460. In my experience, this is reasonable and necessary time spent.

33. The balance of my time entries on Exhibit A that have not been color highlighted relate to miscellaneous tasks, including preparation for and attendance at hearings and matters related to communications with opposing counsel.

34. Again, I believe that the time spent on the miscellaneous tasks was necessary and reasonable in the conduct of this litigation.

35. In the end, therefore, the total amount of fees requested for the work performed by myself is equal to 530.95 hours multiplied by my billing rate of $425 per hour, plus 71 hours of travel time at a reduced rate $150 per hour, equaling a total $236,303.75. This amount includes a write down of approximately 94.9 hours, billed at $425 per hour, described herein, as well as a reduced billing rate for travel, for a total discount of $59,857.50. This amount represents a discount of approximately 20% compared to the total amount actually worked and billed at full rate.

36. In my professional judgment, having worked in litigation for more than 30 years, and more than 25 years in the area of Establishment Clause litigation, it is my opinion that the time and charges claimed were necessary and reasonable in the handling of this matter-- and less than other comparably experienced lawyers in this area of the law charge.

37. With respect to the hourly rate of $425 per hour, it is my opinion that this rate is conservative and certainly reasonable based on my experience and the nature of the issues involved.

38. As to expenses incurred in this matter, I have only included deposition transcripts, transportation and lodging costs related to travel. I have not included any costs for ground transportation or food. Attached to this Declaration as Exhibit B is a listing of the travel and lodging expenses that I reasonably incurred in travel to and from hearings and depositions, which expenses are customarily charged to FFRF.

39. Based on my judgment and experience, I believe that the travel expenses are reasonable and were necessarily incurred.

40. Exhibit C to my Declaration provides a summary of the time and expenses that I have incurred in this matter, which are claimed in this fee petition.

41. Based on my professional experience, it is my opinion that the fees and expenses itemized in Exhibit A were reasonably and necessarily incurred in the handling of this matter.

Dated this 17th day of March, 2023.

Richard L. Bolton

\\msnfs2\share\docs\WD\26318\34\A4839048.DOCX

### SUMMARY OF ATTORNEY BOLTON'S ADJUSTED TIME AND EXPENSES REQUESTED BY FEE PETITION

**TOTALS**

1. Attorney Bolton Time:

    530.95 Hours ($425 per hour)          $225,653.75[*]

2. 71 Hours of Travel Time ($150 per hour)   $10,650.00


TOTAL                                       $236,303.75

[*] Attorney Bolton's non-travel time has been reduced 94.1 hours.

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Time | Fees | Fees Billed | Narrative | | |
| 2 | | RLB | 1.3 | $ 425.00 | $ 552.50 | Research regarding Texas/Abbott. | | |
| 3 | 12/23/2015 | RLB | 1 | $ 425.00 | $ 425.00 | Conference regarding Texas situation. | | |
| 4 | | RLB | 2.1 | $ 425.00 | $ 892.50 | Research regarding public forum. | | |
| 5 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Research regarding public forum. | | Pink |
| 6 | | RLB | 2.3 | $ 425.00 | $ 977.50 | Research regarding limited public forum. | | 53.8 |
| 7 | | RLB | 1 | $ 425.00 | $ 425.00 | Research regarding Governor Abbott claim. | | $ 22,870.00 |
| 8 | | RLB | 3.2 | $ 425.00 | $ 1,360.00 | Research regarding speech issue. | | |
| 9 | 1/11/2016 | RLB | 0.8 | $ 425.00 | $ 340.00 | Review Local Rules of Texas court. | | |
| 10 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Research regarding public forum issues. | | |
| 11 | 1/13/2016 | MESS | 0.2 | $ 425.00 | $ 85.00 | Pick up copy of Certificate of Good Standing | | |
| 12 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Research and investigate Governor Abbott's prior instances. | | |
| 13 | 1/15/2016 | RLB | 1.3 | $ 425.00 | $ 552.50 | Research regarding local admission requirements; prepare papers for admission. | | |
| 14 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Working on drafting complaint. | | |
| 15 | 1/26/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference regarding local counsel arrangements. | | |
| 16 | 1/29/2016 | RLB | 2.2 | $ 425.00 | $ 935.00 | Research regarding public forum; work on complaint. | | |
| 17 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Work on complaint. | | |
| 18 | | RLB | 5 | $ 426.00 | $ 2,130.00 | Work on complaint; review research and apply to facts. | | |
| 19 | | RLB | 2.2 | $ 425.00 | $ 935.00 | Work on complaint; research 11th Amendment issue. | | |
| 20 | | RLB | 4.5 | $ 425.00 | $ 1,912.50 | Draft complaint. | | |
| 21 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Draft complaint. | | |
| 22 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Work on complaint. | | |
| 23 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Draft Complaint; research regarding Ex Parte Young doctrine. | | |
| 24 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on complaint; research Eleventh Amendment | | |
| 25 | 2/5/2016 | RLB | 1.1 | $ 425.00 | $ 467.50 | Research regarding Governor Abbott incidents. | | |
| 26 | | RLB | 2.1 | $ 425.00 | $ 892.50 | Review First Amendment research. | | |
| 27 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Work on complaint. | | |
| 28 | | RLB | 2 | $ 425.00 | $ 850.00 | Work on Texas complaint. | | |
| 29 | 2/8/2016 | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding individual capacity issues. | | |
| 30 | | RLB | 2.2 | $ 425.00 | $ 935.00 | Work on edits to Complaint. | | |
| 31 | 2/9/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Telephone conferences and edits regarding Complaint. | | |
| 32 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Work on Texas complaint. | | |
| 33 | | RLB | 3.3 | $ 425.00 | $ 1,402.50 | Research regarding individual capacity liability and sovereign immunity. | | |
| 34 | 2/11/2016 | RLB | 1.3 | $ 425.00 | $ 552.50 | Telephone conferences regarding Texas complaint; research. | | |
| 35 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Edits to Texas complaint; research regarding local counsel. | | |
| 36 | | RLB | 0.6 | $ 425.00 | $ 255.00 | Edits to complaint. | | |
| 37 | 2/19/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Telephone call with local counsel regarding representation. | | |
| 38 | 2/23/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Prepare case filing documentation; fee agreement execution for local counsel. | | |
| 39 | 2/24/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Telephone conferences with local counsel regarding case initiation. | | |
| 40 | | RLB | 0.7 | $ 425.00 | $ 297.50 | Finalize complaint. | | |
| 41 | 2/26/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with Attorney Dan Byrne regarding media contact. | | Green |
| 42 | 2/29/2016 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review media reports regarding Texas suit. | | |
| 43 | 3/3/2016 | RLB | 0.75 | $ 425.00 | $ 318.75 | Sign oath for Texas at Federal Courthouse; conference with FFRF attorneys. | | 83.9 |
| 44 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Review motion to dismiss by Abbott. | | $ 35,657.50 |
| 45 | | RLB | 3.7 | $ 425.00 | $ 1,572.50 | Research regarding motion to dismiss. | | |
| 46 | | RLB | 1.2 | $ 425.00 | $ 510.00 | Research regarding forum analysis. | | |
| 47 | | RLB | 6.5 | $ 425.00 | $ 2,762.50 | Work on response to motion to dismiss. | | |
| 48 | 4/25/2016 | RLB | 2.2 | $ 425.00 | $ 935.00 | Work on Amended Complaint. | | |
| 49 | 4/25/2016 | RLB | 3 | $ 425.00 | $ 1,275.00 | Research regarding offensive speech. | | |
| 50 | 4/26/2016 | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Research regarding hate speech. | | |
| 51 | 4/26/2016 | RLB | 2 | $ 425.00 | $ 850.00 | Work on Amended Complaint. | | |
| 52 | 4/27/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Work on Amended Complaint; finalize same. | | |
| 53 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding hate speech issue. | | |
| 54 | | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding release enforceability for own negligence and wrongful acts. | | |
| 55 | | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Work on motion response; research. | | |
| 56 | | RLB | 3.2 | $ 425.00 | $ 1,360.00 | Work on motion response. | | |
| 57 | | RLB | 2.1 | $ 425.00 | $ 892.50 | Work on motion response; review research. | | |
| 58 | | RLB | 2.6 | $ 425.00 | $ 1,105.00 | Research regarding protected speech and satire. | | |
| 59 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Research and work on opposition brief. | | |
| 60 | | RLB | 2.3 | $ 425.00 | $ 977.50 | Work on opposition brief. | | |
| 61 | | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Research regarding private versus government speech. | | |
| 62 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on opposition brief. | | |
| 63 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Review Texas motion to dismiss; research regarding response. | | |
| 64 | | 25 | 2.5 | $ 425.00 | $ 1,062.50 | Research regarding opposition brief. | | |
| 65 | | RLB | 2.7 | $ 425.00 | $ 1,147.50 | Work on opposition brief. | | |
| 66 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Research regarding opposition brief. | | |
| 67 | | RLB | 3.8 | $ 425.00 | $ 1,615.00 | Research; draft brief regarding protected speech. | | |
| 68 | | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Work on opposition brief. | | |
| 69 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Research and work on response brief. | | |
| 70 | | RLB | 3.8 | $ 425.00 | $ 1,615.00 | Work on brief regarding dismissal motion. | | |
| 71 | | RLB | 4 | $ 425.00 | $ 1,700.00 | Research and work on brief regarding qualified immunity. | | |
| 72 | | RLB | 5.2 | $ 425.00 | $ 2,210.00 | Work on brief opposing motion. | | |
| 73 | | RLB | 6.5 | $ 425.00 | $ 2,762.50 | Draft and edit response brief. | | |
| 74 | 5/26/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Rule 26 conference with Attorney Mackin. | | |
| 75 | | RLB | 7 | $ 425.00 | $ 2,975.00 | Draft, edit, and finalize response brief. | | |
| 76 | 5/30/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Edits to proposed scheduling order. | | |
| 77 | 5/31/2016 | RLB | 0.6 | $ 425.00 | $ 255.00 | Draft discovery plan form; telephone conference with Attorney Mackin. | | |
| 78 | 6/16/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Final review of scheduling order. | | |
| 79 | 6/17/2016 | RLB | 1.2 | $ 425.00 | $ 510.00 | Research; prepare for motion hearing. | | |
| 80 | 6/18/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Prepare for motion hearing. | | |


EXHIBIT A

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Time | Fees | Fees Billed | Narrative | | |
| 81 | 6/19/2016 | RLB | 3 | $ 425.00 | $ 1,275.00 | Prepare for hearing. | | |
| 82 | 6/19/2016 | RLB | 5 | $ 150.00 | $ 750.00 | Travel to Austin. | | |
| 83 | 6/20/2016 | RLB | 4 | $ 425.00 | $ 1,700.00 | Prepare for hearing; attend motion hearing. | | |
| 84 | 6/20/2016 | RLB | 6 | $ 150.00 | $ 900.00 | Return travel to Madison. | | |
| 85 | 6/21/2016 | RLB | 0.7 | $ 425.00 | $ 297.50 | Conference with client regarding motion hearing in Austin, Texas. | | |
| 86 | 6/22/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Review Judge Spark's order denying motion. | | |
| 87 | 6/23/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with Attorney Mackin regarding interest in settlement and terms. | | Orange |
| 88 | 6/29/2016 | RLB | 1.2 | $ 425.00 | $ 510.00 | Research regarding summary judgment. | | 47.8 |
| 89 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Draft discovery requests to Defendants. | | $ 20,315.00 |
| 90 | 7/11/2016 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on summary judgment submission. | | |
| 91 | 7/12/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Conference with Attorney Grover regarding strategies. | | |
| 92 | 7/15/2016 | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding waiver issues. | | |
| 93 | 7/23/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Conference with Attorney Elliott regarding discovery strategy. | | |
| 94 | | RLB | 1.2 | $ 425.00 | $ 510.00 | Review documents from Texas. | | Blue |
| 95 | | RLB | 2 | $ 425.00 | $ 850.00 | Review Abbott document production. | | 75.7 |
| 96 | | RLB | 1 | $ 425.00 | $ 425.00 | Review documents. | | $ 32,172.50 |
| 97 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Continue review of documents from Texas and select exhibits for summary judgment brief. | | |
| 98 | | RLB | 1.2 | $ 425.00 | $ 510.00 | Work on FFRF document production. | | |
| 99 | | RLB | 2 | $ 425.00 | $ 850.00 | Work on Grover declaration. | | |
| 100 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Finalize document production. | | |
| 101 | 8/16/2016 | RLB | 0.7 | $ 425.00 | $ 297.50 | Work on stipulation of facts with Attorney Mackin. | | |
| 102 | 8/16/2016 | RLB | 3.3 | $ 425.00 | $ 1,402.50 | Work on summary judgment submissions. | | |
| 103 | 8/17/2016 | RLB | 3.7 | $ 425.00 | $ 1,572.50 | Work on Grover declaration and exhibits. | | |
| 104 | 8/18/2016 | RLB | 4.5 | $ 425.00 | $ 1,912.50 | Work on summary judgment brief and exhibits. | | |
| 105 | 8/19/2016 | RLB | 5 | $ 425.00 | $ 2,125.00 | Work on summary judgment brief. | | |
| 106 | 8/20/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Texas summary judgment brief. | | |
| 107 | 8/25/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Review letter from Preservation Board regarding 2016 application. | | |
| 108 | 9/14/2016 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding disparaging language; review Tam case by Federal Circuit Court. | | |
| 109 | 9/15/2016 | RLB | 3 | $ 425.00 | $ 1,275.00 | Research and work on summary judgment reply brief. | | |
| 110 | 9/16/2016 | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Work on summary judgment reply brief. | | |
| 111 | 9/17/2016 | RLB | 5.4 | $ 425.00 | $ 2,295.00 | Draft and research regarding summary judgment reply brief. | | |
| 112 | 9/18/2016 | RLB | 7.5 | $ 425.00 | $ 3,187.50 | Work on summary judgment reply brief. | | |
| 113 | 9/19/2016 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on and finalize summary judgment reply. | | |
| 114 | 11/10/2016 | RLB | 0.8 | $ 425.00 | $ 340.00 | Update research regarding government speech. | | |
| 115 | 11/22/2016 | RLB | 1 | $ 425.00 | $ 425.00 | Update research regarding government speech. | | |
| 116 | 11/23/2016 | RLB | 0.3 | $ 425.00 | $ 127.50 | Draft and finalize supplemental citation to authority. | | |
| 117 | 11/30/2016 | RLB | 0.4 | $ 425.00 | $ 170.00 | Update research regarding government speech. | | |
| 118 | 12/6/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Update research regarding government speech and public forum. | | |
| 119 | 12/15/2016 | RLB | 0.6 | $ 425.00 | $ 255.00 | Research regarding government speech. | | |
| 120 | 12/22/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Court's summary judgment decision. | | |
| 121 | 12/28/2016 | RLB | 0.5 | $ 425.00 | $ 212.50 | Research regarding viewpoint discrimination. | | |
| 122 | 1/10/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Update research. | | |
| 123 | 1/24/2017 | RLB | 0.8 | $ 425.00 | $ 340.00 | Update research regarding public forum. | | |
| 124 | 2/15/2017 | RLB | 0.8 | $ 425.00 | $ 340.00 | Update research regarding public forum analysis and government speech. | | |
| 125 | 2/28/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Update research regarding forum and government speech. | | |
| 126 | 3/27/2017 | RLB | 0.7 | $ 425.00 | $ 297.50 | Prepare settlement letter and witness disclosures. | | |
| 127 | 4/3/2017 | RLB | 0 | $ 425.00 | $ - | Review Mackin email regarding scheduling. | | |
| 128 | 4/5/2017 | RLB | 0.8 | $ 425.00 | $ 340.00 | Update research regarding public forum analysis. | | |
| 129 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Review objection to Abbott deposition; research regarding "high government official" issue. | | |
| 130 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Mackin email regarding Abbott/Sneed depositions; research high government official immunity. | | |
| 131 | 4/10/2017 | RLB | 0.3 | $ 425.00 | $ 127.50 | Review Texas settlement letter and witness list. | | |
| 132 | | RLB | 0.4 | $ 425.00 | $ 170.00 | Prepare notices of depositions. | | |
| 133 | | RLB | 1 | $ 425.00 | $ 425.00 | Preparation regarding depositions. | | |
| 134 | | RLB | 1.4 | $ 425.00 | $ 595.00 | Communications regarding Abbott deposition and refusal to produce. | | |
| 135 | | RLB | 0.4 | $ 425.00 | $ 170.00 | Prepare notices of depositions. | | |
| 136 | | RLB | 0.7 | $ 425.00 | $ 297.50 | Review Abbott's Motion for Protective Order; exchange communications with Attorney Mackin regarding Sneed deposition; prepare subpoena for Sneed. | | |
| 137 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Research regarding high government official deposition rule. | | |
| 138 | | RLB | 1.3 | $ 425.00 | $ 552.50 | Draft written discovery to defendants. | | |
| 139 | | RLB | 1 | $ 425.00 | $ 425.00 | Prepare for Davis deposition. | | |
| 140 | | RLB | 5 | $ 425.00 | $ 2,125.00 | Prepare for Davis deposition. | | |
| 141 | 4/23/2017 | RLB | 5 | $ 150.00 | $ 750.00 | Travel to Austin, TX for Davis deposition. | | |
| 142 | | RLB | 5 | $ 425.00 | $ 2,125.00 | Prepare for Davis deposition; conduct Davis deposition. | | |
| 143 | 4/24/2017 | RLB | 6 | $ 150.00 | $ 900.00 | Travel back to Madison. | | |
| 144 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Draft 30(b)(6) topics; work on brief opposing protective order. | | |
| 145 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on declaration; research regarding protective order; work on brief opposing protective order. | | |
| 146 | | RLB | 6.2 | $ 425.00 | $ 2,635.00 | Work on brief opposing protective order; work on 30(b)(6) subpoena. | | |
| 147 | 4/28/2017 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review motion for judgment on the pleadings. | | |
| 148 | | RLB | 0.4 | $ 425.00 | $ 170.00 | Finalize Rule 30(b)(6) topics; review motion to extend deadlines. | | |
| 149 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Rule 30(b)(6) objection by Attorney Mackin. | | |
| 150 | | RLB | 1 | $ 425.00 | $ 425.00 | Analyze discovery issues. | | |
| 151 | 5/11/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Draft reply brief regarding motion to extend discovery. | | |
| 152 | 5/13/2017 | RLB | 1.4 | $ 425.00 | $ 595.00 | Research regarding motion to dismiss personal capacity claims. | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Time | Fees | Fees Billed | Narrative | | |
| 153 | 5/14/2017 | RLB | 5.5 | $ 425.00 | $ 2,337.50 | Research; work on opposition to motion for judgment on the pleadings. | | |
| 154 | | RLB | 0.6 | $ 425.00 | $ 255.00 | Work on discovery responses. | | |
| 155 | | RLB | 1.7 | $ 425.00 | $ 722.50 | Prepare with Annie Laurie Gaylor and Sam Grover for depositions; work on discovery responses. | | |
| 156 | | RLB | 6.5 | $ 425.00 | $ 2,762.50 | Work on discovery responses; defend depositions of Sam Grover and Annie Laurie Gaylor. | | |
| 157 | 5/26/2017 | JN2 | 2.9 | $ 425.00 | $ 1,232.50 | Scan and Bates number next set of documents for production. FFRF000195-482 | | |
| 158 | 5/31/2017 | RLB | 0.7 | $ 100.00 | $ 70.00 | Prepare for hearing on motions. | | |
| 159 | 6/5/2017 | RLB | 1.5 | $ 425.00 | $ 637.50 | Prepare for hearing. | | |
| 160 | 6/5/2017 | RLB | 6 | $ 150.00 | $ 900.00 | Travel to Austin. | | |
| 161 | 6/6/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Prepare for hearing; attending hearing. | | |
| 162 | 6/6/2017 | RLB | 6.5 | $ 150.00 | $ 975.00 | Return travel. | | |
| 163 | 6/19/2017 | RLB | 1.3 | $ 425.00 | $ 552.50 | Review and analyze Supreme Court decision on First Amendment/disparagement. | | |
| 164 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Preparation for deposition. | | |
| 165 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Sneed deposition preparation. | | |
| 166 | 6/23/2017 | RLB | 3 | $ 425.00 | $ 1,275.00 | Travel to Washington D.C.. | | |
| 167 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Conduct deposition. | | |
| 168 | 6/25/2017 | RLB | 7.5 | $ 425.00 | $ 3,187.50 | Return to Madison. | | |
| 169 | 6/26/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Update research regarding public forum and speech analysis. | | |
| 170 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Work on Rule30(b)(6) topics. | | |
| 171 | 6/28/2017 | RLB | 1.2 | $ 425.00 | $ 510.00 | Review analysis of Supreme Court Tam decision. | | |
| 172 | 6/30/2017 | RLB | 0.8 | $ 425.00 | $ 340.00 | Research regarding Supreme Court disparagement/speech decision. | | |
| 173 | | RLB | 1.7 | $ 425.00 | $ 722.50 | Prepare for 30(b)(6) deposition. | | |
| 174 | | RLB | 0.7 | $ 425.00 | $ 297.50 | Prepare for depositions | | |
| 175 | 7/17/2017 | RLB | 4 | $ 150.00 | $ 600.00 | Travel to Austin. | | |
| 176 | | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Prepare for deposition. | | |
| 177 | | RLB | 6 | $ 425.00 | $ 2,550.00 | Prepare and conduct deposition. | | |
| 178 | 7/18/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Review research regarding viewpoint discrimination. | | |
| 179 | 7/18/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding 30(b)(6) motion for sanctions. | | |
| 180 | 7/18/2017 | RLB | 6 | $ 150.00 | $ 900.00 | Travel to Madison. | | |
| 181 | | RLB | 2.2 | $ 425.00 | $ 935.00 | Research regarding deliberative process privilege. | | |
| 182 | | RLB | 1.8 | $ 425.00 | $ 765.00 | Research regarding deliberative process privilege. | | |
| 183 | 7/24/2017 | RLB | 2.1 | $ 425.00 | $ 892.50 | Research regarding summary judgment issues, including intent element. | | |
| 184 | 7/24/2017 | RLB | 0.5 | $ 425.00 | $ 212.50 | Conference with Attorneys Elliott and Grover regarding 30(b)(6) deposition. | | Yellow |
| 185 | 7/25/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Work on summary judgment motion. | | 42.5 |
| 186 | 7/26/2017 | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Summarize depositions and work on summary judgment findings and facts. | | $ 18,062.50 |
| 187 | 7/27/2017 | RLB | 7 | $ 425.00 | $ 2,975.00 | Work on summary judgment brief. | | |
| 188 | | RLB | 0.4 | $ 425.00 | $ 170.00 | Review deliberative process research from Attorney Grover. | | |
| 189 | 7/28/2017 | RLB | 1.5 | $ 425.00 | $ 637.50 | Review Abbott summary judgment motion; research viewpoint neutrality. | | |
| 190 | 7/29/2017 | RLB | 2.1 | $ 425.00 | $ 892.50 | Research regarding summary judgment response. | | |
| 191 | 8/3/2017 | RLB | 2.4 | $ 425.00 | $ 1,020.00 | Review Law Review articles on viewpoint discrimination. | | |
| 192 | 8/7/2017 | RLB | 2.2 | $ 425.00 | $ 935.00 | Research regarding viewpoint versus content discrimination. | | |
| 193 | 8/9/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding viewpoint discrimination. | | |
| 194 | 8/10/2017 | RLB | 3.4 | $ 425.00 | $ 1,445.00 | Work on summary judgment response brief. | | |
| 195 | 8/11/2017 | RLB | 5.2 | $ 425.00 | $ 2,210.00 | Work on response to Abbott's summary judgment motion; work on Grover Declaration. | | |
| 196 | 8/12/2017 | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Abbott summary judgment response filings. | | |
| 197 | 8/13/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding viewpoint claims in public meetings. | | |
| 198 | 8/15/2017 | RLB | 1.2 | $ 425.00 | $ 510.00 | Review research. | | |
| 199 | 8/16/2017 | RLB | 3.1 | $ 425.00 | $ 1,317.50 | Drafting summary judgment reply brief. | | |
| 200 | 8/17/2017 | RLB | 4.4 | $ 425.00 | $ 1,870.00 | Work and finalize summary judgment brief. | | |
| 201 | 9/29/2017 | RLB | 1.6 | $ 425.00 | $ - | Update research. | | |
| 202 | 10/6/2017 | RLB | 0.5 | $ 425.00 | $ 212.50 | Review summary judgment decision. | | |
| 203 | 10/10/2017 | RLB | 0.4 | $ 425.00 | $ 170.00 | Proposal to Attorney Mackin to finalize decision. | | |
| 204 | 10/13/2017 | RLB | 0.2 | $ 425.00 | $ 85.00 | Review response by Attorney Mackin to proposal. | | |
| 205 | 10/18/2017 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review and respond to Attorney Mackin. | | |
| 206 | 10/26/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Conference at FFRF regarding status and strategy. | | |
| 207 | 11/29/2017 | RLB | 2 | $ 425.00 | $ 850.00 | Update research. | | |
| 208 | 12/12/2017 | RLB | 1 | $ 425.00 | $ 425.00 | Update research regarding limited public forum. | | |
| 209 | 12/15/2017 | RLB | 0.7 | $ 425.00 | $ 297.50 | Attend to issues regarding appeal, including admission and appeal documents. | | |
| 210 | 12/21/2017 | RLB | 0.5 | $ 425.00 | $ 212.50 | Analyze strategies regarding finality/appeal. | | |
| 211 | 1/26/2018 | RLB | 2 | $ 425.00 | $ 850.00 | Update research regarding limited public forum and offensive speech. | | |
| 212 | 1/31/2018 | RLB | 0.5 | $ 425.00 | $ 212.50 | Review draft order from Attorney Mackin regarding final order. | | |
| 213 | 2/5/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review draft language to resolve appeal. | | |
| 214 | 2/9/2018 | RLB | 0.5 | $ 425.00 | $ 212.50 | Edits to proposed stipulation. | | |
| 215 | 2/16/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review Attorney Mackin's edits to stipulation. | | |
| 216 | 3/2/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Finalize and file stipulation. | | |
| 217 | 4/6/2018 | RLB | 0.5 | $ 425.00 | $ 212.50 | Telephone conference with court regarding motion. | | |
| 218 | 4/10/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Draft proposed stipulation. | | |
| 219 | 4/18/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Review Texas counterproposal. | | |
| 220 | 4/27/2018 | RLB | 1.3 | $ 425.00 | $ 552.50 | Inquiry regarding proposed stipulation. | | |
| 221 | 4/30/2018 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with Attorney Mackin regarding stipulation. | | |
| 222 | 5/2/2018 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with Attorney Mackin regarding stipulation. | | |
| 223 | 5/9/2018 | RLB | 0.4 | $ 425.00 | $ 170.00 | Telephone conference with Attorney Mackin; research regarding Rule 41 dismissal. | | |
| 224 | 6/25/2018 | RLB | 0.8 | $ 425.00 | $ 340.00 | Work on fee petition. | | |
| 225 | 6/27/2018 | RLB | 1.2 | $ 425.00 | $ 510.00 | Work on fee petition. | | |
| 226 | 6/29/2018 | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Work on fee petition. | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Time | Fees | Fees Billed | Narrative | | |
| 227 | 7/1/2018 | RLB | 2 | $ 425.00 | $ 850.00 | Work on fee petition. | | |
| 228 | 7/2/2018 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on fee petition; telephone conference with Attorney Mackin. | | |
| 229 | 7/3/2018 | RLB | 2.8 | $ 425.00 | $ 1,190.00 | Work on fee petition | | |
| 230 | 7/5/2018 | RLB | 0.3 | $ 425.00 | $ 127.50 | Review and assess motion to stay fee petition | | |
| 231 | 7/13/2018 | RLB | 0.6 | $ 425.00 | $ 255.00 | Conference at Freedom from Religion Foundation regarding fee petition; finalize motion to stay | | Light Blue |
| 232 | 9/25/2018 | RLB | 1.3 | $ 425.00 | $ 552.50 | Research regarding appeal issues. | | 99.8 |
| 233 | 9/27/2018 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding unbridled discretion issue. | | $ 38,355.00 |
| 234 | 9/30/2018 | RLB | 1.8 | $ 425.00 | $ 765.00 | Research regarding cross appeal. | | |
| 235 | 10/10/2018 | RLB | 1.5 | $ 425.00 | $ 637.50 | Research cross-appeal issues. | | |
| 236 | 10/13/2018 | RLB | 1.8 | $ 425.00 | $ 765.00 | Review cases on unfettered discretion issue. | | |
| 237 | 11/28/2018 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding cross appeal. | | |
| 238 | 12/26/2018 | RLB | 2.1 | $ 425.00 | $ 892.50 | Research regarding Texas cross-appeal. | | |
| 239 | 12/27/2018 | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding Texas cross-appeal. | | |
| 240 | 12/30/2018 | RLB | 1.4 | $ 425.00 | $ 595.00 | Review Texas appeal brief; research. | | |
| 241 | 12/31/2018 | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with Attorney Elliott regarding Texas appeal brief. | | |
| 242 | 1/10/2019 | RLB | 0.5 | $ 425.00 | $ 212.50 | Meeting with FFRF attorneys regarding appeal. | | |
| 243 | 1/15/2019 | RLB | 2.7 | $ 425.00 | $ 1,147.50 | Research regarding unbridled discretion. | | |
| 244 | 1/17/2019 | RLB | 2 | $ 425.00 | $ 850.00 | Work on appeal brief. | | |
| 245 | 1/21/2019 | RLB | 1.6 | $ 425.00 | $ 680.00 | Research declaratory judgment relief. | | |
| 246 | 1/23/2019 | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding injunctive vs. declaratory relief. | | |
| 247 | 1/24/2019 | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Review record excerpts; research regarding cross appeal. | | |
| 248 | 1/25/2019 | RLB | 2.2 | $ 425.00 | $ 935.00 | Review research regarding Eleventh Amendment. | | |
| 249 | 1/28/2019 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on appeal brief; research. | | |
| 250 | 1/29/2019 | RLB | 1.8 | $ 425.00 | $ 765.00 | Research regarding Eleventh Amendment. | | |
| 251 | 1/30/2019 | RLB | 1 | $ 425.00 | $ 425.00 | Work on appeal brief. | | |
| 252 | 1/31/2019 | RLB | 1.5 | $ 425.00 | $ 637.50 | Work on appeal brief | | |
| 253 | 2/7/2019 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on cross appeal issues. | | |
| 254 | 2/8/2019 | RLB | 2.7 | $ 425.00 | $ 1,147.50 | Research re: declaratory relief and Ex parte Young issue | | |
| 255 | 2/9/2019 | RLB | 2.1 | $ 425.00 | $ 892.50 | Research re: Texas appeal. | | |
| 256 | 2/10/2019 | RLB | 3 | $ 425.00 | $ 1,275.00 | Work on Texas appeal brief. | | |
| 257 | 2/11/2019 | RLB | 7.2 | $ 425.00 | $ 3,060.00 | Work on Texas appeal brief. | | |
| 258 | 2/12/2019 | RLB | 6.5 | $ 425.00 | $ 2,762.50 | Work on and finalize Texas appeal and cross appeal brief. | | |
| 259 | 3/27/2019 | RLB | 0.8 | $ 425.00 | $ 340.00 | Review Texas Appeal Reply Brief. | | |
| 260 | 4/10/2019 | RLB | 2.5 | $ 425.00 | $ 1,062.50 | Work on reply brief; research regarding unbriddled discretion. | | |
| 261 | 4/11/2019 | RLB | 1.4 | $ 425.00 | $ 595.00 | Research regarding reply brief. | | |
| 262 | 4/13/2019 | RLB | 2 | $ 425.00 | $ 850.00 | Work on reply brief. | | |
| 263 | 4/14/2019 | RLB | 3.1 | $ 425.00 | $ 1,317.50 | Work on reply brief. | | |
| 264 | 4/15/2019 | RLB | 6 | $ 425.00 | $ 2,550.00 | Work on appeal reply brief. | | |
| 265 | 9/25/2019 | RLB | 0.9 | $ 425.00 | $ 382.50 | Update research for Fifth Circuit Argument. | | |
| 266 | 9/30/2019 | RLB | 0.8 | $ 425.00 | $ 340.00 | Preparation for moot court. | | |
| 267 | 10/2/2019 | RLB | 1.5 | $ 425.00 | $ 637.50 | Moot court for Fifth Circuit. | | |
| 268 | 10/2/2019 | RLB | 3.8 | $ 425.00 | $ 1,615.00 | Review briefs and prepare for and attend moot argument at FFRF | | |
| 269 | 10/9/2019 | RLB | 8 | $ 150.00 | $ 1,200.00 | Travel and preparation for oral argument in Fifth Circuit. | | |
| 270 | 10/10/2019 | RLB | 8 | $ 150.00 | $ 1,200.00 | Oral argument and travel (with delays). | | Red |
| 271 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Work on proposed injunction language. | | 77.2 |
| 272 | | RLB | 0.3 | $ 425.00 | $ 127.50 | Draft Motion to Issue Mandate. | | $ 32,810.00 |
| 273 | | RLB | 0.3 | $ 425.00 | $ 127.50 | Telephone conference with opposing counsel and Fifth Circuit. | | |
| 274 | | RLB | 0.2 | $ 425.00 | $ 85.00 | Telephone conference with Fifth Circuit regarding mandate. | | |
| 275 | | RLB | 0.2 | $ 425.00 | $ 85.00 | Telephone conference with Fifth Circuit regarding mandate. | | |
| 276 | | RLB | 0.2 | $ 425.00 | $ 85.00 | Telephone conference with Fifth Circuit regarding mandate. | | |
| 277 | | RLB | 0.4 | $ 425.00 | $ 170.00 | Conference with FFRF staff attorneys regarding proposed relief. | | |
| 278 | | RLB | 0.6 | $ 425.00 | $ 255.00 | Work on drafting proposed relief; telephone conference with Attorney Mackin. | | |
| 279 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Research regarding effect of remand from Court of Appeals with direction. | | |
| 280 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Research issue mootness. | | |
| 281 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Review draft briefs from FFRF attorneys regarding remand issue; research regarding prevailing party. | | |
| 282 | | RLB | 2.2 | $ 425.00 | $ 935.00 | Research regarding mootness/mandate rule. | | |
| 283 | | RLB | 1 | $ 425.00 | $ 425.00 | Work on remand brief. | | |
| 284 | | RLB | 1.7 | $ 425.00 | $ 722.50 | Work on brief responsive to remand; research regarding prospective relief. | | |
| 285 | | RLB | 2.3 | $ 425.00 | $ 977.50 | Research regarding injunctive relief; work on remand brief. | | |
| 286 | | RLB | 2.4 | $ 425.00 | $ 1,020.00 | Research regarding prospective relief issue; work on brief regarding remand issues. | | |
| 287 | | RLB | 3.3 | $ 425.00 | $ 1,402.50 | Work on remand brief. | | |
| 288 | | RLB | 4 | $ 425.00 | $ 1,700.00 | Work on brief regarding remand issues. | | |
| 289 | | RLB | 2.8 | $ 425.00 | $ 1,190.00 | Work on brief regarding remand issues. | | |
| 290 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Work on Brief responding to Court of Appeals mandate issues. | | |
| 291 | | RLB | 3.1 | $ 425.00 | $ 1,317.50 | Work on brief regarding injunctive relief. | | |
| 292 | | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Work on finalizing Brief and Proposed Judgment; research regarding prospective relief. | | |
| 293 | | RLB | 0.6 | $ 425.00 | $ 255.00 | Work on Abbott Mootness Brief and Motion. | | |
| 294 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Research mootness and work on Response Brief. | | |
| 295 | | RLB | 3 | $ 425.00 | $ 1,275.00 | Review research by Attorney Elliott regarding Mootness; research. | | |
| 296 | | RLB | 2.6 | $ 425.00 | $ 1,105.00 | Research regarding mootness. | | |
| 297 | | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding mootness. | | |
| 298 | | RLB | 3.5 | $ 425.00 | $ 1,487.50 | Work on Mootness Brief; review research. | | |
| 299 | | RLB | 4.3 | $ 425.00 | $ 1,827.50 | Drafting Mootness Brief; research. | | |
| 300 | | RLB | 7 | $ 425.00 | $ 2,975.00 | Work on Mootness Brief; drafting of Brief; research. | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date | Attorney | Time | Fees | Fees Billed | Narrative | | |
| 301 | | RLB | 4.2 | $ 425.00 | $ 1,785.00 | Work on Mootness Brief; confer with Attys Grover and Elliott; research; editing Brief. | | |
| 302 | | RLB | 4 | $ 425.00 | $ 1,700.00 | Review edits from Atty Grover; research; work on finalizing Brief. | | |
| 303 | | RLB | 4.4 | $ 425.00 | $ 1,870.00 | Review Abbott Response Brief; conference with Attys Elliott and Grover. | | |
| 304 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Preparation for status conference. | | |
| 305 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Participate in status conference. | | |
| 306 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding Supreme Court Decision regarding damages. Research regarding prospective declaratory and injunctive relief. | | |
| 307 | | RLB | 0.7 | $ 425.00 | $ 297.50 | Review FFRF draft Supplemental Brief and proposed edits. | | |
| 308 | | RLB | 0.3 | $ 425.00 | $ 127.50 | Review FFRF Supplemental Brief in final. | | |
| 309 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Review Abbott Supplemental Briefing. | | |
| 310 | 5/13/2021 | RLB | 1 | $ 425.00 | $ 425.00 | Work on Fee Petition | | |
| 311 | 5/14/2021 | RLB | 2 | $ 425.00 | $ 850.00 | Work on Fee Petition | | |
| 312 | 5/16/2021 | RLB | 0.8 | $ 425.00 | $ 340.00 | Work on Fee Petition | | |
| 313 | 5/17/2021 | RLB | 2 | $ 425.00 | $ 850.00 | Work on Fee Petition | | |
| 314 | 5/18/2021 | RLB | 2.3 | $ 425.00 | $ 977.50 | Work on Fee Petition | | |
| 315 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Conference with Attys. Grover and Elliott regarding Appellant's Appeal Brief | | Purple |
| 316 | | RLB | 2 | $ 425.00 | $ 850.00 | Research regarding appeal response brief. | | 48.2 |
| 317 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Research regarding authorities cited by Texas in appeals brief. | | $17,460.00 |
| 318 | | RLB | 1.3 | $ 425.00 | $ 552.50 | Work on response brief. | | |
| 319 | | RLB | 1 | $ 425.00 | $ 425.00 | Work on response brief. | | |
| 320 | | RLB | 7.2 | $ 425.00 | $ 3,060.00 | Work on response brief. | | |
| 321 | | RLB | 4 | $ 425.00 | $ 1,700.00 | Edits, work on and finalize response brief. | | |
| 322 | | RLB | 1 | $ 425.00 | $ 425.00 | Review Texas appeal briefs. | | |
| 323 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Preparation for moot oral argument. | | |
| 324 | | RLB | 6 | $ 150.00 | $ 900.00 | Travel to 5th Circuit and prepare for oral argument. | | |
| 325 | | RLB | 2.3 | $ 425.00 | $ 977.50 | Attend oral argument at 5th Circuit. | | |
| 326 | | RLB | 0.5 | $ 425.00 | $ 212.50 | Research regarding additional authority cited by Abbott. | | |
| 327 | | RLB | 0.8 | $ 425.00 | $ 340.00 | Draft response to additional authority. | | |
| 328 | | RLB | 0.9 | $ 425.00 | $ 382.50 | Work on response to additional authority. | | |
| 329 | | RLB | 1.5 | $ 425.00 | $ 637.50 | Update research regarding mootness and vacatur. | | |
| 330 | | RLB | 0.7 | $ 425.00 | $ 297.50 | Review updated research regarding mootness; review draft Supplemental Brief from FFRF. | | |
| 331 | | RLB | 6.5 | $ 425.00 | $ 2,762.50 | Work on Supplemental Brief requested by Court. | | |
| 332 | | RLB | 4 | $ 425.00 | $ 1,700.00 | Work on Supplemental Brief regarding mootness. | | |
| 333 | | RLB | 5 | $ 150.00 | $ 750.00 | Return travel from oral argument | | |
| 334 | TOTALS | | 696.85 | | $ 275,596.25 | | | |

| Date | To Bill Amt | Narrative |
|---|---|---|
| 6/15/2016 | $136.24 | Hotels.com; Invoice # 061916; Hotel in Austin, TX to attend Motion Hearing on June 20, 2016 |
| 6/15/2016 | $891.20 | Expedia.com; Invoice # 062016; flight to Austin, TX to attend Motion Hearing on June 20, 2016 |
| 4/10/2017 | $930.08 | Expedia.com; Flight to Austin, TX for Robert Davis deposition on 4/27/17 |
| 4/26/2017 | $46.76 | Richard L. Bolton; Invoice # 567113034; Document Copies from Robert David deposition in Austin, TX |
| 4/26/2017 | $182.84 | Richard L. Bolton; Invoice # 0907378185; Hotel expense from Robert Davis Deposition in Austin, TX |
| 5/9/2017 | $918.50 | DepoTexas, Inc.; Invoice # 444742 - Robert Davis Deposition Transcript Fee |
| 5/30/2017 | $621.61 | Expedia.com; Flight to Austin, TX for hearing on June 6, 2017 |
| 6/5/2017 | $218.49 | Hotel expense for hearing in Austin |
| 6/13/2017 | $922.68 | Expedia.com; Flight to D.C. for Sneed deposition on 6/22/17 |
| 6/19/2017 | $1,261.25 | Integrity Legal Support Solutions; Invoice # 13670.1 - Sam Grover and Annie Laurie Gaylor Deposition Transcript Copies |
| 6/29/2017 | $451.60 | American Airlines; Flight to Austin, TX for Office of the Governor Deposition on 7/18/17 |
| 7/10/2017 | $481.21 | Alderson Reporting Company, Inc.; Invoice # 95870 - John Sneed Deposition Transcript |
| 7/21/2017 | $125.38 | Hotel expense for deposition on 7/18/17 |
| 8/1/2017 | $876.60 | Lexitas; Invoice # 454026 - Office of the Governor - John Reed Clay Jr. Deposition Transcript Fee |
| 9/11/2019 | $420.99 | VENDOR: American Airlines; INVOICE#: 0012377414653; DATE: 9/11/2019; Flight to New Orleans for Oral Argument |
| 10/11/2019 | $232.08 | PAYEE: Lafayette Hotel; REQUEST#: 53946; DATE: 09/12/2019; Hotel stay for oral argument 10/9/19-10/10/19 |
| 2/2/2022 | $1,535.24 | Travelocity; Invoice # 02022022; Airfare and hotel for Richard L. Bolton and S. Grover in NOLA 3/6/22 - 3/7/22 |
| | $10,252.75 | |



EXHIBIT B

## SUMMARY OF ATTORNEY BOLTON'S ADJUSTED TIME AND EXPENSES REQUESTED BY FEE PETITION

**TOTALS**

1. Attorney Bolton Time:

    530.95 Hours ($425 per hour)      $225,653.75[*]

2. 71 Hours of Travel Time ($150 per hour)   $10,650.00


   TOTAL                                $236,303.75

[*] Attorney Bolton's non-travel time has been reduced 94.1 hours.



EXHIBIT C