**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

### U.S. District Court [LIVE]
### Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:16-cv-00233-LY

Freedom From Religion Foundation, Inc. v. Abbott et al
Assigned to: Judge Lee Yeakel
Demand: $0
Case in other court: USCA/5th Circuit, 18-50610
                      USCA/5th Circuit, 18-50615
                      USCA 5th Circuit, 21-50469
                      17-50956, USCA Fifth Circuit
Cause: 28:2201 Declaratory Judgment

Date Filed: 02/25/2016
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Freedom From Religion Foundation, Inc.**

    represented by **Lessie C. Gilstrap**
Gilstrap Law Group PC
1801 E 51st Street
Suite 365-295
Austin, TX 78723
512-813-2061
Email: lessie@gilstraplawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick C. Elliott**
Freedom From Religion Foundation Inc.
10 N. Henry St.
Madison, WI 53703
608-256-9800
Email: patrick@ffrf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rich Bolton**
Boardman and Clark LLP
1 S. Pinckney Street, Suite 410
P. O. Box 927
Madison, WI 53701
608-257-9521
Email: rbolton@boardmanclark.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



EXHIBIT
7

**Samuel Troxell Grover**
Freedom From Religion Foundation Inc
PO Box 750
Madison, WI 53701
608-256-8900
Fax: 608-204-0422
Email: sgrover@ffrf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel H. Byrne**
Fritz, Byrne, Head & Gilstrap, PLLC
221 West 6th Street
Suite 960
Austin, TX 78701
(512) 476-2020
Fax: 512/477-5267
Email: dbyrne@fbhg.law
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Governor Greg Abbott**
*Chairman of the State Preservation
Board*

represented by **Angela V. Colmenero**
Office of the Attorney General
P.O. Box 12548, Captiol Station
Austin, TX 78711
(512) 463-2120
Fax: (512) 320-0667
Email: peggy.hamil@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Marie Mackin**
Office of the Attorney General
300 West 15th Street
General Litigation-11th Floor
Austin, TX 78701
512-936-0161
Fax: 512-320-0667
Email: anna.mackin@oag.texas.gov
*TERMINATED: 11/30/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur C. D'Andrea**
Assistant Solicitor General
Office of the Solicitor General of Texas

P.O. Box 12548 (MC 059)
Austin, TX 78711
(512) 936-2868
Email: arthur.dandrea@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin S. Walton**
Office of the Attorney General
P.O. Box 12548
Capitol Station (MC-019)
Austin, TX 78711
512-463-2120
Fax: 512-320-0667
Email: benjamin.walton@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brantley Starr**
Deputy First Assistant Attorney General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-8160
Fax: 512-936-0545
Email: brantley.starr@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Austin Robert Nimocks**
Peele Nimocks Law Firm
4002 E. Hwy. 290
Dripping Springs, TX 78620
512-522-4893
Email: austin@peelenimocks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Mateer**
First Liberty Institute
2001 Plano Parkway, Suite 1600
Plano, TX 75075
972-941-4444
Email: jmateer@firstliberty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd A. Dickerson**
Office of the Attorney General of Texas

PO Box 12548-Capitol Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: todd.dickerson@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Sneed**
*Executive Director of the Texas State
Preservation Board
TERMINATED: 04/28/2017*

represented by **Angela V. Colmenero**
(See above for address)
*TERMINATED: 04/28/2017
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Anne Marie Mackin**
(See above for address)
*TERMINATED: 04/28/2017
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Brantley Starr**
(See above for address)
*TERMINATED: 04/28/2017
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**David Austin Robert Nimocks**
(See above for address)
*TERMINATED: 04/28/2017
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**Rod Welsh**
*Executive Director of Texas State
Preservation Board*

represented by **Angela V. Colmenero**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Anne Marie Mackin**
(See above for address)
*TERMINATED: 11/30/2020
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Arthur C. D'Andrea**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Benjamin S. Walton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brantley Starr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Austin Robert Nimocks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Mateer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd A. Dickerson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/25/2016 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-8233715), filed by Daniel H Freedom From Religion Foundation, Inc.. (Attachments: # 1 Civil Cover Sheet)(Byrne, Daniel) (Entered: 02/25/2016) |
| 02/25/2016 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Daniel H Freedom From Religion Foundation, Inc.. (Byrne, Daniel) (Entered: 02/25/2016) |
| 02/25/2016 |   | Case Assigned to Judge Sam Sparks. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (so) (Entered: 02/25/2016) |
| 02/25/2016 | 3 | Summons Issued as to Greg Abbott and John Sneed. (so) (Entered: 02/25/2016) |
| 02/25/2016 | 4 | Letter to Patrick Elliot, Richard Bolton and Sam Grover re: non admittance into the Western District of Texas. (so) (Entered: 02/25/2016) |
| 03/01/2016 | 5 | SUMMONS Returned Executed by Freedom From Religion Foundation, Inc.. All Defendants. (Byrne, Daniel) (Entered: 03/01/2016) |
| 03/08/2016 | 6 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Greg Abbott, John Sneed. (Mackin, Anne) (Entered: 03/08/2016) |
| 03/08/2016 | 7 |   |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Answer re <u>1</u> Complaint by Greg Abbott, John Sneed. (Attachments: # <u>1</u> Proposed Order)(Mackin, Anne) (Entered: 03/08/2016) |
| 03/10/2016 | <u>8</u> | NOTICE of Attorney Appearance by Rich Bolton on behalf of Freedom From Religion Foundation, Inc.. Attorney Rich Bolton added to party Freedom From Religion Foundation, Inc.(pty:pla) (Bolton, Rich) (Entered: 03/10/2016) |
| 03/14/2016 | <u>9</u> | ORDER GRANTING <u>7</u> Motion for Extension of Time to Answer ; Greg Abbott answer due 4/1/2016; John Sneed answer due 4/1/2016. Signed by Judge Sam Sparks. (ml) (Entered: 03/14/2016) |
| 04/01/2016 | <u>10</u> | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Greg Abbott, John Sneed. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Proposed Order)(Mackin, Anne) (Entered: 04/01/2016) |
| 04/06/2016 | <u>11</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>10</u> MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* by Freedom From Religion Foundation, Inc.. (Attachments: # <u>1</u> Proposed Order) (Byrne, Daniel) (Entered: 04/06/2016) |
| 04/07/2016 | <u>12</u> | ORDER GRANTING Plaintiff's Unopposed <u>11</u> Motion for Extension of Time to File Response to Defendants' <u>10</u> Motion to Dismiss. Response is due 04/29/16. Signed by Judge Sam Sparks. (klw) (Entered: 04/08/2016) |
| 04/29/2016 | <u>13</u> | Unopposed MOTION for Leave to File First Amended Complaint by Freedom From Religion Foundation, Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Proposed Order)(Byrne, Daniel) (Entered: 04/29/2016) |
| 05/03/2016 | <u>14</u> | ORDER DISMISSING <u>10</u> Motion to Dismiss for Lack of Jurisdiction ; GRANTING <u>13</u> Motion for Leave to File First Amended Complaint. Signed by Judge Sam Sparks. (ml) (Entered: 05/04/2016) |
| 05/03/2016 | <u>15</u> | FIRST AMENDED COMPLAINT against Greg Abbott, John Sneed amending <u>1</u> Complaint, filed by Freedom From Religion Foundation, Inc.(ml) (Entered: 05/04/2016) |
| 05/10/2016 | <u>16</u> | Order for Scheduling Recommendations/Proposed Scheduling Order due by 6/17/2016. Signed by Judge Sam Sparks. (klw) (Entered: 05/10/2016) |
| 05/13/2016 | <u>17</u> | Motion to Dismiss for Failure to State a Claim *Plaintiff's First Amended Complaint* by Greg Abbott, John Sneed. (Attachments: # <u>1</u> Proposed Order) (Mackin, Anne) (Entered: 05/13/2016) |
| 05/31/2016 | <u>18</u> | Unopposed MOTION for Leave to Exceed Page Limitation *for Plaintiff's Brief Opposing Motion to Dismiss* by Freedom From Religion Foundation, Inc.. (Attachments: # <u>1</u> Brief Plaintiff's Brief Opposing Motion to Dismiss, # <u>2</u> Proposed Order)(Bolton, Rich) (Entered: 05/31/2016) |
| 06/01/2016 | | Text Order GRANTING <u>18</u> Motion for Leave to File Excess Pages entered by Judge Sam Sparks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldm) (Entered: 06/01/2016) |
| 06/01/2016 | <u>19</u> | |

| | | |
|---|---|---|
| | | Plaintiff's Response in Opposition to Sneed and Abbott's 17 Motion to Dismiss *Plaintiff's First Amended Complaint* for Failure to State a Claim.(klw) (Entered: 06/01/2016) |
| 06/02/2016 | 20 | MOTION for Extension of Time to File Response/Reply as to 19 Response in Opposition to Motion *to Dismiss* by Greg Abbott, John Sneed. (Attachments: # 1 Proposed Order)(Mackin, Anne) (Entered: 06/02/2016) |
| 06/03/2016 | 21 | ORDER GRANTING Defendants' Unopposed 20 Motion for Extension of Time to File Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint in the above-captioned cause is now June 22, 2016. The Court further ORDERS that, if necessary, Defendants may exceed the 10-page limit on that Reply by up to nine pages, for a total not to exceed 19 pages. Signed by Judge Sam Sparks. (klw) (Entered: 06/03/2016) |
| 06/10/2016 | 22 | Scheduling Recommendations *Proposed Joint Discovery Control Plan* by Greg Abbott, John Sneed. (Mackin, Anne) (Entered: 06/10/2016) |
| 06/13/2016 | 23 | ORDER Setting Hearing on 17 Motion to Dismiss for Failure to State a Claim *Plaintiff's First Amended Complaint* : Motion Hearing set for 6/20/2016 02:00 PM before Judge Sam Sparks. Signed by Judge Sam Sparks. (ml) (Entered: 06/13/2016) |
| 06/16/2016 | 24 | Proposed Pretrial Order *Scheduling Order* by Greg Abbott, John Sneed. (Mackin, Anne) (Main Document 24 replaced on 6/17/2016) (klw). (Entered: 06/16/2016) |
| 06/16/2016 | 25 | NON-CONSENT to Trial by US Magistrate Judge by Greg Abbott, John Sneed. (Mackin, Anne) (Main Document 25 replaced on 6/17/2016) (klw). (Entered: 06/16/2016) |
| 06/17/2016 | 26 | NON-CONSENT to Trial by US Magistrate Judge by Freedom From Religion Foundation, Inc.. (Byrne, Daniel) (Entered: 06/17/2016) |
| 06/20/2016 | 27 | Minute Entry for proceedings held before Judge Sam Sparks: Motion Hearing held on 6/20/2016 re 17 Motion to Dismiss for Failure to State a Claim *Plaintiff's First Amended Complaint* filed by John Sneed, Greg Abbott. Written Order forthcoming. (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.)(klw) (Entered: 06/20/2016) |
| 06/21/2016 | 28 | ORDER GRANTING IN PART AND DENYING IN PART Defendants' 17 Motion to Dismiss for Failure to State a Claim. GRANTED IN PART as to Plaintiff's *individual capacity* claims against Defendant John Sneed, who is protected by qualified immunity, and DENIED IN PART as to Plaintiff's claims againstDefendant Greg Abbott. ORDER that each party shall have until 08/19/16 to file a motion for summary judgment and thereafter until 09/19/16 to respond to the opposing party's motion for summary judgment. Signed by Judge Sam Sparks. (klw) (Entered: 06/21/2016) |
| 07/05/2016 | 29 | ANSWER to 15 Amended Complaint by Greg Abbott, John Sneed.(Mackin, Anne) (Entered: 07/05/2016) |
| 08/19/2016 | 30 | Unopposed MOTION for Leave to Exceed Page Limitation *Plaintiff's Motion for Summary Judgment and Supporting Brief* by Freedom From Religion |

| | | |
|---|---|---|
| | | Foundation, Inc.. (Attachments: # 1 Brief Plaintiff's Motion for Summary Judgment and Supporting Brief, # 2 Affidavit Declaration of Sam Grover, # 3 Exhibit Exhibits to Declaration of Sam Grover Part 1 of 2, # 4 Exhibit Exhibits to Declaration of Sam Grover Part 2 of 2, # 5 Proposed Order Proposed Order Granting Motion for Exceed Page Limit)(Bolton, Rich) (Entered: 08/19/2016) |
| 08/19/2016 | 31 | MOTION for Summary Judgment by Greg Abbott, John Sneed. (Attachments: # 1 Appendix Part 1, # 2 Appendix Part 2)(Mackin, Anne) (Entered: 08/19/2016) |
| 08/24/2016 | 32 | ORDER GRANTING Plaintiff's 30 Motion for Leave to File Excess Pages in filing their Motion for Summary Judgment. Signed by Judge Sam Sparks. (klw) (Entered: 08/25/2016) |
| 08/24/2016 | 33 | MOTION for Summary Judgment by Freedom From Religion Foundation, Inc. (Attachments: # 1 Declaration of Sam Grover, # 2 Exhibits, # 3 Exhibits)(klw) (Entered: 08/25/2016) |
| 09/16/2016 | 34 | NOTICE *Attorney Vacation Letter* by Greg Abbott, John Sneed (Mackin, Anne) (Entered: 09/16/2016) |
| 09/19/2016 | 35 | Response in Opposition to Motion, filed by Freedom From Religion Foundation, Inc., re 31 MOTION for Summary Judgment filed by Defendant John Sneed, Defendant Greg Abbott (Attachments: # 1 Affidavit Declaration of Richard L. Bolton, # 2 Exhibit 1 - to Declaration for Richard L. Bolton, # 3 Exhibit 2 - to Declaration for Richard L. Bolton, # 4 Exhibit 3 - to Declaration for Richard L. Bolton, # 5 Exhibit 4 - to Declaration for Richard L. Bolton, # 6 Exhibit 5 - to Declaration for Richard L. Bolton)(Bolton, Rich) (Entered: 09/19/2016) |
| 09/19/2016 | 36 | Memorandum in Opposition to Motion, filed by Greg Abbott, John Sneed, re 33 MOTION for Summary Judgment filed by Plaintiff Freedom From Religion Foundation, Inc. (Mackin, Anne) (Entered: 09/19/2016) |
| 11/23/2016 | 37 | NOTICE *of Recent Supplemental Authority* by Freedom From Religion Foundation, Inc. re 33 MOTION for Summary Judgment, 35 Response in Opposition to Motion,, (Attachments: # 1 Exhibit A - Draego Decision) (Bolton, Rich) (Entered: 11/23/2016) |
| 12/20/2016 | 38 | ORDER GRANTING IN PART AND DENYING IN PART Defendants' 31 Motion for Summary Judgment; DENYING Plaintiff's 33 Motion for Summary Judgment. Signed by Judge Sam Sparks. (klw) (Entered: 12/20/2016) |
| 12/28/2016 | 39 | SCHEDULING ORDER: Consent to Trial by Magistrate due by 5/26/2017; Docket Call set for 9/28/2018 at 11:00 AM before Judge Sam Sparks; ADR Report Deadline due by 2/27/2017; Amended Pleadings and Joinder of Parties due by 4/27/2017; Discovery due by 5/26/2017; Motions due by 7/27/2017. Signed by Judge Sam Sparks. (jf) (Entered: 12/28/2016) |
| 02/27/2017 | 40 | ADR Report Filed - *Joint ADR Report* by Greg Abbott, John Sneed(Mackin, Anne) (Entered: 02/27/2017) |
| 04/17/2017 | 41 | |

| | | |
|---|---|---|
| | | Opposed MOTION for Protective Order by Greg Abbott. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order Granting Motion)(Colmenero, Angela) (Entered: 04/17/2017) |
| 04/20/2017 | 42 | MOTION to Quash *and Motion for Protective Order* by John Sneed. (Attachments: # 1 Exhibit A Sneed Subpoena, # 2 Exhibit B Davis Depo Notice, # 3 Exhibit C Bolton email, # 4 Proposed Order)(Mackin, Anne). Added MOTION for Protective Order on 4/20/2017 (klw). (Entered: 04/20/2017) |
| 04/24/2017 | 43 | Unopposed MOTION for Extension of Time to File Response/Reply as to 41 Opposed MOTION for Protective Order by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order)(Byrne, Daniel) (Entered: 04/24/2017) |
| 04/24/2017 | 44 | CORRECTED MOTION for Extension of Time to File Response/Reply as to 41 Opposed MOTION for Protective Order , 43 Unopposed MOTION for Extension of Time to File Response/Reply as to 41 Opposed MOTION for Protective Order by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order)(Byrne, Daniel) (Entered: 04/24/2017). |
| 04/27/2017 | 45 | MOTION for Leave to Exceed Page Limitation by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Brief Plaintiff's Combined Brief In Opposition to Motion for Protective Orders, # 2 Affidavit Declaration of Richard L. Bolton, # 3 Exhibit Exhibit 1 to Declaration of Richard Bolton, # 4 Exhibit Exhibit 2 to Declaration of Richard Bolton, # 5 Exhibit Exhibit 3 to Declaration of Richard Bolton, # 6 Exhibit Exhibit 4 to Declaration of Richard Bolton, # 7 Exhibit Exhibit 5 to Declaration of Richard Bolton, # 8 Exhibit Exhibit 6 to Declaration of Richard Bolton, # 9 Exhibit Exhibit 7 to Declaration of Richard Bolton, # 10 Exhibit Exhibit 8 to Declaration of Richard Bolton, # 11 Exhibit Exhibit 9 to Declaration of Richard Bolton, # 12 Exhibit Exhibit 10 to Declaration of Richard Bolton)(Bolton, Rich) (Entered: 04/27/2017) |
| 04/28/2017 | 46 | DEFICIENCY NOTICE to Rich Bolton: re 45 MOTION for Leave to Exceed Page Limitation. **Proposed Orders are Required when a non-dispositive Motion is filed. DO NOT RE-FILE the entire document. Please, file ONLY the Proposed Order. Use the "ATTACHMENT" event from the menu and LINK the Proposed Order to your Motion. In the Docket Text, type "(Proposed Order)".** (klw) (Entered: 04/28/2017) |
| 04/28/2017 | 47 | ATTACHMENT *Proposed Order* to 45 MOTION for Leave to Exceed Page Limitation by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 04/28/2017) |
| 04/28/2017 | 48 | Opposed MOTION to Extend Scheduling Order Deadlines by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order)(Byrne, Daniel) (Entered: 04/28/2017) |
| 04/28/2017 | 49 | MOTION for Judgment on the Pleadings by Greg Abbott. (Attachments: # 1 Proposed Order)(Colmenero, Angela) (Entered: 04/28/2017) |
| 05/01/2017 | 50 | |

| | | |
|---|---|---|
| | | ORDER GRANTING Freedom From Religion Foundation, Inc' 45 Motion for Leave to File Excess Pages in filing their Plaintiff's Combined Brief in Opposition of Defendants' to Motions for Protective Order. Signed by Judge Sam Sparks. (klw) (Entered: 05/01/2017) |
| 05/01/2017 | 51 | Response in Opposition to Motion, filed by Freedom From Religion Foundation, Inc., to Defendants' 42 MOTION to Quash *and Motion for Protective Order* and 41 Opposed MOTION for Protective Order. (klw) (Entered: 05/01/2017) |
| 05/01/2017 | 52 | REPLY to Freedom from Religion Foundation, Inc's 51 Response in Opposition to Defendants' 42 Motion to Quash, filed by Greg Abbott (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Colmenero, Angela) Modified on 5/2/2017 to correct text (klw). (Entered: 05/01/2017) |
| 05/02/2017 | 53 | REPLY to Response to Motion, filed by John Sneed, re 51 Response in Opposition to Defendants' 42 Motion to Quash (Attachments: # 1 Exhibit A) (Mackin, Anne) Modified on 5/3/2017 to correct text and document relationship (klw). (Entered: 05/02/2017) |
| 05/03/2017 | | Notice of Correction: re 52 Reply to Response to Motion, 53 Reply to Response to Motion. **Clerk notes both entries have been modified to link the Replies to the correct document. Filers incorrectly filed Reply to the "Motion for Leave to File" (dkt 45 ) instead of the "Motion to Quash" (dkt 42 ).** (klw) Modified on 5/3/2017 (klw). (Entered: 05/03/2017) |
| 05/05/2017 | 54 | RESPONSE to Motion, filed by Greg Abbott, re 48 Opposed MOTION to Extend Scheduling Order Deadlines filed by Plaintiff Freedom From Religion Foundation, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Mackin, Anne) (Entered: 05/05/2017) |
| 05/10/2017 | 55 | REPLY in Support, filed by Freedom From Religion Foundation, Inc., re 48 Opposed MOTION to Extend Scheduling Order Deadlines filed by Plaintiff Freedom From Religion Foundation, Inc. (Bolton, Rich) Modified on 5/11/2017 to modify text (klw). (Entered: 05/10/2017) |
| 05/12/2017 | 56 | Unopposed MOTION for Extension of Time to File Response/Reply as to 49 MOTION for Judgment on the Pleadings by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order)(Bolton, Rich) (Entered: 05/12/2017) |
| 05/15/2017 | 57 | ORDER setting All Pending Matters Hearing for 6/6/2017 09:00 AM before Judge Sam Sparks. Signed by Judge Sam Sparks. (klw) (Entered: 05/15/2017) |
| 05/15/2017 | 58 | (RESPONSE) BRIEF to Defendants' 48 Motion for Judgment on the Pleadings by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit Dragco Decision)(Bolton, Rich) Modified on 5/16/2017 to clarify text, create relationship link and link response to motion. (klw) (Entered: 05/15/2017) |
| 05/16/2017 | | Notice of Correction: re 58 Brief: Text has been modified to indicate that the filing is a response to the Defendant's motion. The motion link has been added to the text. A document relationship has been created. The correct event type to |

| | | |
|---|---|---|
| | | use for these pleadings is RESPONSE TO MOTION. (klw) (Entered: 05/16/2017) |
| 05/22/2017 | 59 | REPLY to Response to Motion, filed by Greg Abbott, re 49 MOTION for Judgment on the Pleadings filed by Defendant Greg Abbott (Colmenero, Angela) (Entered: 05/22/2017) |
| 05/26/2017 | 60 | NOTICE *Concerning Reference to U.S. Magistrate Judge* by Greg Abbott (Mackin, Anne) (Entered: 05/26/2017) |
| 06/03/2017 | 61 | NOTICE of Attorney Appearance by Arthur C. D'Andrea on behalf of Greg Abbott, Rod Welsh. Attorney Arthur C. D'Andrea added to party Greg Abbott (pty:dft); Attorney Arthur C. D'Andrea added to party Rod Welsh(pty:dft) (D'Andrea, Arthur) (Entered: 06/03/2017) |
| 06/06/2017 | 62 | Minute Entry for proceedings held before Judge Sam Sparks: Motion Hearing held on 6/6/2017 re: 41 Opposed Motion for Protective Order; 42 Motion to Quash and for Protective Order; 43 Motion for Extension of Time; 44 Corrected Motion for Extension of Time; 48 Opposed Motion to Extend Scheduling Order; 49 Motion for Judgment on the Pleadings; 56 Motion for Extension of Time. Statement and arguments heard. Written Order to follow. (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.)(klw) (Entered: 06/06/2017) |
| 06/06/2017 | 63 | ORDER DENYING IN PART Sneed's 42 Motion to Quash and Motion for Protective Order; GRANTING Plaintiff's 48 Motion to Extend Scheduling Order Deadlines;DISMISSING as MOOT Plaintiff's 43 Motion for Extension of Time to File Response; DISMISSING as MOOT Plaintiff's 44 Corrected Motion for Extension of Time to File Response; DISMISSING as MOOT Plaintiff's 56 Motion for Extension of Time to File Response. Signed by Judge Sam Sparks. (klw) (Entered: 06/07/2017) |
| 07/12/2017 | 64 | NOTICE *Letter Brief* by Greg Abbott, John Sneed, Rod Welsh (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Colmenero, Angela) (Entered: 07/12/2017) |
| 07/27/2017 | 65 | MOTION for Summary Judgment by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Appendix to Motion for Summary Judgment)(Bolton, Rich) (Entered: 07/27/2017) |
| 07/27/2017 | 66 | Second MOTION for Summary Judgment by Greg Abbott, Rod Welsh. (Attachments: # 1 Appendix)(Mackin, Anne) (Entered: 07/27/2017) |
| 07/31/2017 | 67 | Transcript filed of Proceedings held on June 6, 2017, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512-391-8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2 (a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/21/2017, Redacted Transcript |

| | | |
|---|---|---|
| | | Deadline set for 8/31/2017, Release of Transcript Restriction set for 10/30/2017, (Reznik, Lily) (Entered: 07/31/2017) |
| 08/09/2017 | 68 | Unopposed MOTION for Extension of Time to File Response/Reply as to 66 Second MOTION for Summary Judgment , 65 MOTION for Summary Judgment by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order)(Bolton, Rich) (Entered: 08/09/2017) |
| 08/10/2017 | 69 | Response in Opposition to Motion, filed by Greg Abbott, Rod Welsh, re 65 MOTION for Summary Judgment filed by Plaintiff Freedom From Religion Foundation, Inc. (Mackin, Anne) (Entered: 08/10/2017) |
| 08/11/2017 | 70 | ORDER GRANTING 68 Motion for Extension of Time to File Response/Reply. Signed by Judge Sam Sparks. (jf) (Entered: 08/11/2017) |
| 08/11/2017 | 71 | Response in Opposition to Motion, filed by Freedom From Religion Foundation, Inc., re 66 Second MOTION for Summary Judgment filed by Defendant Rod Welsh, Defendant Greg Abbott (Bolton, Rich) (Entered: 08/11/2017) |
| 08/17/2017 | 72 | RESPONSE in Support, filed by Freedom From Religion Foundation, Inc., re 65 MOTION for Summary Judgment filed by Plaintiff Freedom From Religion Foundation, Inc. (Bolton, Rich) (Entered: 08/17/2017) |
| 08/18/2017 | 73 | REPLY to Response to Motion, filed by Greg Abbott, Rod Welsh, re 66 Second MOTION for Summary Judgment filed by Defendant Rod Welsh, Defendant Greg Abbott (Mackin, Anne) (Entered: 08/18/2017) |
| 10/13/2017 | 74 | ORDER GRANTING 41 Motion for Protective Order; GRANTING IN PART AND DENYING IN PART 49 Motion for Judgment on the Pleadings; GRANTING 65 Motion for Summary Judgment; GRANTING IN PART AND DENYING IN PART 66 Motion for Summary Judgment. Signed by Judge Sam Sparks. (ml) (Entered: 10/13/2017) |
| 10/24/2017 | 75 | Appeal of Order entered by District Judge 74 by Greg Abbott. ( Filing fee $ 505 receipt number 0542-10107823) (Mackin, Anne) (Entered: 10/24/2017) |
| 10/24/2017 | | NOTICE OF INTERLOCUTORY APPEAL as to 74 Order on Motion for Protective Order,, Order on Motion for Judgment on the Pleadings, Order on Motion for Summary Judgment by Greg Abbott. Filing fee $ 505, receipt number 0542-10107823. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (klw) (Entered: 10/24/2017) |
| 11/03/2017 | 76 | NOTICE -Transcript Order Form by Greg Abbott (Mackin, Anne) (Entered: 11/03/2017) |
| 11/30/2017 | 77 | Transcript filed of Proceedings held on June 20, 2016, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512-391-8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter |

| | | |
|---|---|---|
| | | or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/21/2017, Redacted Transcript Deadline set for 1/2/2018, Release of Transcript Restriction set for 2/28/2018, Appeal Record due by 12/15/2017, (Reznik, Lily) (Main Document 77 replaced on 11/30/2017) (klw). Modified on 11/30/2017 per court reporter (klw). (Entered: 11/30/2017) |
| 12/12/2017 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (klw) (There are no physical exhibits related to this appeal.) (Entered: 12/12/2017) |
| 03/02/2018 | 78 | MOTION for Entry of Judgment by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 03/02/2018) |
| 03/14/2018 | 79 | RESPONSE to Motion, filed by Greg Abbott, Rod Welsh, re 78 MOTION for Entry of Judgment filed by Plaintiff Freedom From Religion Foundation, Inc. (Mackin, Anne) (Entered: 03/14/2018) |
| 03/14/2018 | 80 | Certified copy of USCA JUDGMENT/MANDATE regarding 75 Notice of Appeal (E-Filed) filed by Greg Abbott. Under FED. R. APP. P. 42(b), the appeal is dismissed as of March 14, 2018, pursuant to the joint motion of the parties (dl) (Entered: 03/15/2018) |
| 03/21/2018 | 81 | REPLY to Response to Motion, filed by Freedom From Religion Foundation, Inc., re 78 MOTION for Entry of Judgment filed by Plaintiff Freedom From Religion Foundation, Inc. (Bolton, Rich) (Entered: 03/21/2018) |
| 03/27/2018 | 82 | ORDER setting Telephone Conference for 4/6/2018 11:00 AM before Judge Sam Sparks. Signed by Judge Sam Sparks. (klw) (Entered: 03/27/2018) |
| 04/06/2018 | 83 | Minute Entry for proceedings held before Judge Sam Sparks: Status Conference held on 4/6/2018. Written Order to follow. (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.) (klw) (Entered: 04/06/2018) |
| 04/09/2018 | 84 | ORDER DENYING FFRF's 78 Motion for Entry of Judgment. Signed by Judge Sam Sparks. (klw) (Entered: 04/10/2018) |
| 05/11/2018 | 85 | STIPULATION of Dismissal by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Bolton, Rich) (Entered: 05/11/2018) |
| 05/14/2018 | 86 | ORDER DISMISSING with prejudice Plaintiff's Establishment Clause claim against Governor Abbott and Executive Director Welsh in their official capacities, and Plaintiff's freedom of speech claim against Governor Abbott in his individualcapacity. Signed by Judge Sam Sparks. (lt) (Entered: 05/15/2018) |
| 06/19/2018 | 87 | FINAL JUDGMENT. Signed by Judge Sam Sparks. (td) (Entered: 06/20/2018) |
| | | |

| 07/03/2018 | 88 | Opposed MOTION for Attorney Fees by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order Proposed Order)(Byrne, Daniel) (Entered: 07/03/2018) |
| --- | --- | --- |
| 07/03/2018 | 89 | BILL OF COSTS by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit Itemization of Fees and Expenses for Bill of Costs)(Bolton, Rich) (Entered: 07/03/2018) |
| 07/03/2018 | 90 | Unopposed MOTION for Extension of Time to File *Response to Fee Motion* by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Mackin, Anne) (Entered: 07/03/2018) |
| 07/06/2018 | 91 | ORDER GRANTING 90 Motion for Extension of Time to File Response, due on or before 7/28/2018. Signed by Judge Sam Sparks. (td) (Entered: 07/06/2018) |
| 07/13/2018 | 92 | Appeal of Final Judgment 87 by Greg Abbott, Rod Welsh. ( Filing fee $ 505 receipt number 0542-11008752) (Mackin, Anne) (Entered: 07/13/2018) |
| 07/13/2018 | | NOTICE OF APPEAL following 92 Notice of Appeal (E-Filed) by Greg Abbott, Rod Welsh. Filing fee $ 505, receipt number 0542-11008752. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (dl) (Entered: 07/25/2018) |
| 07/24/2018 | 93 | Joint MOTION to Stay *Rule 54(D) Deadlines* by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Mackin, Anne) (Entered: 07/24/2018) |
| 07/26/2018 | 94 | Cross Appeal of Final Judgment 84 , 38 by Freedom From Religion Foundation, Inc.. No filing fee submitted (Bolton, Rich) (Entered: 07/26/2018) |
| 07/26/2018 | 95 | ORDER GRANTING 93 Motion to Stay Rule 54(D) Deadlines. Signed by Judge Sam Sparks. (dl) (Entered: 07/26/2018) |
| 07/26/2018 | | NOTICE OF CROSS APPEAL by Freedom From Religion Foundation, Inc. - NO FILING FEE SUBMITTED. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (dl) (Entered: 07/26/2018) |
| 07/31/2018 | 96 | TRANSCRIPT REQUEST by Greg Abbott, Rod Welsh for dates of 6/20/2016, 6/6/2017, 4/6/2018. Proceedings Transcribed: Motion to Dismiss, Motion to Quash, Status Conference. Court Reporter: Lily Reznik.. (Mackin, Anne) (Entered: 07/31/2018) |
| 08/01/2018 | 97 | Transcript filed of Proceedings held on April 6, 2018, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512-391-8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a |

| | | |
|---|---|---|
| | | Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/22/2018, Redacted Transcript Deadline set for 9/3/2018, Release of Transcript Restriction set for 10/30/2018, Appeal Record due by 8/16/2018, (Reznik, Lily) (Entered: 08/01/2018) |
| 08/13/2018 | 98 | ORDER DISMISSING 88 Motion for Attorney Fees WITHOUT PREJUDICE TO REFILING AFTER THE APPEALS PROCESS HAS CONCLUDED. Signed by Judge Sam Sparks. (dl) (Entered: 08/14/2018) |
| 08/14/2018 | 99 | USCA Appeal Fees received $ 505 receipt number 100033785 re Notice of Appeal, filed by Freedom From Religion Foundation, Inc. (dl) (Entered: 08/16/2018) |
| 10/24/2018 | 100 | NOTICE of Attorney Appearance by Benjamin S. Walton on behalf of Greg Abbott, Rod Welsh. Attorney Benjamin S. Walton added to party Greg Abbott (pty:dft), Attorney Benjamin S. Walton added to party Rod Welsh(pty:dft) (Walton, Benjamin) (Entered: 10/24/2018) |
| 10/24/2018 | 101 | Unopposed MOTION to Withdraw as Attorney by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Mackin, Anne) (Entered: 10/24/2018) |
| 10/31/2018 | 102 | ORDER GRANTING 101 Motion to Withdraw as Attorney for Anne Marie Mackin. Signed by Judge Sam Sparks. (dl) (Entered: 10/31/2018) |
| 06/01/2020 | 103 | Certified copy of USCA JUDGMENT issued as the MANDATE vacating and reversing the judgment of the District Court and remanding to the District Court for further proceedings in accordance with the opinion of the Court. (lt) (Entered: 06/01/2020) |
| 06/03/2020 | 104 | NOTICE of Attorney Appearance by Anne Marie Mackin on behalf of Greg Abbott, Rod Welsh (Mackin, Anne) (Entered: 06/03/2020) |
| 06/16/2020 | 105 | ORDER that the parties shall have twenty (20) days in which to submit briefing on the two issues remanded to this Court by the Fifth Circuit. FURTHER ORDER that the parties shall have ten (10) days in which to file a response to their opponents' respective briefing. Signed by Judge Sam Sparks. (lt) (Entered: 06/16/2020) |
| 07/01/2020 | 106 | Joint MOTION to Extend Scheduling Order Deadlines by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 07/01/2020) |
| 07/01/2020 | 107 | DEFICIENCY NOTICE: re 106 Joint MOTION to Extend Scheduling Order Deadlines (lt) (Entered: 07/01/2020) |
| 07/01/2020 | 108 | ATTACHMENT Proposed Order to 106 Joint MOTION to Extend Scheduling Order Deadlines by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 07/01/2020) |
| 07/02/2020 | 109 | ORDER GRANTING the Parties' 106 Joint Unopposed Motion to Extend Time. Signed by Judge Sam Sparks. (lt) (Entered: 07/02/2020) |
| 07/09/2020 | 110 | BRIEF by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit A - Proposed Final Judgment)(Bolton, Rich) (Entered: 07/09/2020) |

| 07/09/2020 | 111 | BRIEF by Greg Abbott, Rod Welsh. (Attachments: # 1 Exhibit Attachment 1, # 2 Exhibit Attachment 2, # 3 Proposed Order Attachment 3)(Mackin, Anne) (Entered: 07/09/2020) |
| 07/15/2020 | 112 | Unopposed MOTION for Extension of Time to File Response/Reply *and Proposed Order* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 07/15/2020) |
| 07/15/2020 | 113 | ATTACHMENT *Proposed Order* to 112 Unopposed MOTION for Extension of Time to File Response/Reply *and Proposed Order* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 07/15/2020) |
| 07/16/2020 | 114 | ORDER GRANTING the Parties' 112 Joint Motion for Extension of Time to File Response briefs. Signed by Judge Sam Sparks. (lt) (Entered: 07/16/2020) |
| 07/22/2020 | 115 | BRIEF regarding 110 Brief by Greg Abbott, Rod Welsh. (Walton, Benjamin) (Entered: 07/22/2020) |
| 07/22/2020 | 116 | BRIEF regarding 111 Brief by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 07/22/2020) |
| 07/22/2020 | 117 | SUPPLEMENT *Declaration of Richard L. Bolton* to 116 Brief by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit A to Declaration of Richard L. Bolton, # 2 Exhibit B to Declaration of Richard L. Bolton, # 3 Exhibit C to Declaration of Richard L. Bolton, # 4 Exhibit D to Declaration of Richard L. Bolton)(Bolton, Rich) Modified on 7/23/2020 (lt). (Entered: 07/22/2020) |
| 08/27/2020 | 118 | ORDER REASSIGNING CASE. Case reassigned to Judge Lee Yeakel for all proceedings. Judge Sam Sparks no longer assigned to case. Signed by Judge Sam Sparks. (klw) (Entered: 08/27/2020) |
| 09/11/2020 | 119 | ORDER SETTING Telephone Conference for 9/18/2020 at 01:00 PM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (jv2) (Entered: 09/11/2020) |
| 09/18/2020 | 120 | Minute Entry for proceedings held before Judge Lee Yeakel: Telephone Conference held on 9/18/2020. Written order forthcoming. (Minute entry documents are not available electronically.) (Court Reporter Arlinda Rodriguez.)(lt) (Entered: 09/18/2020) |
| 11/25/2020 | 121 | Unopposed MOTION to Withdraw as Attorney *Anne Mackin* by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Mackin, Anne) (Entered: 11/25/2020) |
| 11/30/2020 | 122 | ORDER GRANTING 121 Anne Marie Mackin's Motion to Withdraw as Attorney. Signed by Judge Lee Yeakel. (jv2) (Entered: 11/30/2020) |
| 03/09/2021 | 123 | ORDER that the parties file supplemental briefs on or before March 26, 2021. Signed by Judge Lee Yeakel. (jv2) (Entered: 03/09/2021) |
| 03/26/2021 | 124 | BRIEF regarding 123 Order by Greg Abbott, Rod Welsh. (Walton, Benjamin) (Entered: 03/26/2021) |
| 03/26/2021 | 125 | |

|  |  |  |
|---|---|---|
|  |  | BRIEF regarding 123 Order by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Grover, Samuel) (Entered: 03/26/2021) |
| 05/05/2021 | 126 | MEMORANDUM AND ORDER AFTER REMAND. Signed by Judge Lee Yeakel. (jv2) Modified on 5/28/2021 (jv2). (Entered: 05/05/2021) |
| 05/05/2021 | 127 | FINAL JUDGMENT. Signed by Judge Lee Yeakel. (jv2) (Entered: 05/05/2021) |
| 05/17/2021 | 128 | Unopposed MOTION for Extension of Time to File *Fee Petition* by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Bolton, Rich) (Entered: 05/17/2021) |
| 05/18/2021 | 129 | BILL OF COSTS by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 05/18/2021) |
| 05/18/2021 | 130 | ORDER GRANTING Plaintiff's Unopposed 128 Motion for Extension of Time to File Motion for Fees and Expenses, now due 06/18/2021. Signed by Judge Lee Yeakel. (jv2) (Entered: 05/18/2021) |
| 05/27/2021 | 131 | Appeal of Final Judgment 126 , 127 by Greg Abbott, Rod Welsh. No filing fee submitted (Walton, Benjamin) (Entered: 05/27/2021) |
| 05/27/2021 |  | NOTICE OF APPEAL following 131 Notice of Appeal (E-Filed) by Greg Abbott, Rod Welsh. FILING FEE PAID. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (jv2) Modified on 6/14/2021 (jv2). (Entered: 05/28/2021) |
| 05/28/2021 | 132 | Unopposed MOTION for Extension of Time to File *Objections to Bill of Costs* by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Walton, Benjamin) (Entered: 05/28/2021) |
| 06/01/2021 | 133 | ORDER GRANTING Defendants' Unopposed 132 Motion for Extension of Time to File Objections to Bill of Costs. Signed by Judge Lee Yeakel. (jv2) (Entered: 06/01/2021) |
| 06/08/2021 | 134 | TRANSCRIPT REQUEST by Greg Abbott, Rod Welsh for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: n/a.. (Walton, Benjamin) (Entered: 06/08/2021) |
| 06/09/2021 | 135 | Opposed MOTION for Extension of Time to File *OBJECTIONS TO BILL OF COSTS AND MOTION FOR ATTORNEYS FEES* by Greg Abbott, Rod Welsh. (Attachments: # 1 Proposed Order)(Walton, Benjamin) (Entered: 06/09/2021) |
| 06/14/2021 | 136 | USCA Appeal Fees received $ 505 receipt number 100040056 re Notice of Appeal, filed by Rod Welsh, Greg Abbott (jv2) (Entered: 06/14/2021) |
| 06/16/2021 | 137 | BRIEF regarding 135 Opposed MOTION for Extension of Time to File *OBJECTIONS TO BILL OF COSTS AND MOTION FOR ATTORNEYS FEES* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 06/16/2021) |

| 06/17/2021 | 138 | BRIEF regarding 135 Opposed MOTION for Extension of Time to File *OBJECTIONS TO BILL OF COSTS AND MOTION FOR ATTORNEYS FEES* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 06/17/2021) |
| --- | --- | --- |
| 06/18/2021 | 139 | MOTION for Attorney Fees by Freedom From Religion Foundation, Inc.. (Attachments: # 1 Exhibit Prevailing Party Fee Summary, # 2 Affidavit Declaration of Richard L. Bolton, # 3 Affidavit Declaration of Samuel Grover, # 4 Affidavit Declaration of Patrick C. Elliott, # 5 Affidavit Declaration of Daniel H. Byrne, # 6 Exhibit Docket Report)(Bolton, Rich) (Entered: 06/18/2021) |
| 06/21/2021 | 140 | NOTICE of Attorney Appearance by Todd A. Dickerson on behalf of Greg Abbott, Rod Welsh. Attorney Todd A. Dickerson added to party Greg Abbott (pty:dft), Attorney Todd A. Dickerson added to party Rod Welsh(pty:dft) (Dickerson, Todd) (Entered: 06/21/2021) |
| 06/22/2021 | 141 | ORDER GRANTING IN PART AND DISMISSING IN PART Defendants' Opposed 135 Motion for Extension of Time to File Objections to Bill of Costs and Motion for Attorney's Fees; DISMISSING without Prejudice Plaintiff's 139 Motion for Attorney Fees. Signed by Judge Lee Yeakel. (jv2) (Entered: 06/22/2021) |
| 06/29/2021 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit re Notice of Appeal, USCA 21-50469. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (jv2) (Entered: 06/29/2021) |
| 02/22/2023 | 142 | Certified copy of USCA JUDGMENT/MANDATE and OPINION. IT IS ORDERD AND ADJUDGED that the judgment of the District Court is VACATED AND REMANDED to the District Court for further proceedings. (jv2) (Entered: 02/27/2023) |
| 02/28/2023 | 143 | ORDER SETTING Status Conference After Remand. Hearing set for 3/9/2023 at 09:30 AM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (jv2) (Entered: 02/28/2023) |
| 03/03/2023 | 144 | Unopposed MOTION for Extension of Time to File *Supplement Plaintiff's Motion for Attorneys' Fees* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 03/03/2023) |
| 03/03/2023 | 145 | DEFICIENCY NOTICE: re 144 Unopposed MOTION for Extension of Time to File *Supplement Plaintiff's Motion for Attorneys' Fees* (jv2) (Entered: 03/03/2023) |
| 03/06/2023 | 146 | Proposed Order to 144 Unopposed MOTION for Extension of Time to File *Supplement Plaintiff's Motion for Attorneys' Fees* by Freedom From Religion Foundation, Inc.. (Bolton, Rich) (Entered: 03/06/2023) |
| 03/07/2023 | 147 | ORDER GRANTING 144 Unopposed Motion for Extension of Time to Supplement Plaintiff's Motion for Attorneys' Fees. Signed by Judge Lee Yeakel. (jv2) (Entered: 03/07/2023) |