UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC().<br>    Plaintiff,<br><br>-vs-<br><br>GOVERNOR GREG ABBOTT,<br>And ROD WELSH, Executive Director of the Texas State Preservation Board,<br>    Defendants. | § § § § § § § § § § § §   CASE NO. 1-16: CV-00233 |

## ORDER

The court having considered the submissions and arguments of the Parties regarding Freedom From Religion Foundation's Motion for Award of Attorneys' Fees and Costs, it is hereby ORDERED AND ADJUDGED that:

The Motion for Fees and Costs is GRANTED in the amount of $474,829.75 as fees and $10,252.75 as costs and disbursements.

SO ORDERED:

Done this _____ day of June, 2023

_____
THE HONORABLE UNITED STATES
DISTRICT JUDGE LEE YEAKEL