United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Walton, Benjamin S. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, May 9, 2023 |
| Re: | 01:16-CV-00233-LY / Doc # 155 / Filed On: 05/09/2023 10:25 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: A Proposed Order is required when a Response to a Non-Dispositive Motion is filed. DO NOT RE-FILE the entire document.  Please file ONLY the Proposed Order.  Use the "PROPOSED ORDER" event from the Other Documents/Other Filings menu/submenu, upload the Proposed Order as the Main Document, and LINK it to your previously filed Response.