IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., <br>    *Plaintiff*, <br><br> v. <br><br> GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, IN THEIR OFFICIAL CAPACITIES, <br>    *Defendants*. | § § § § § § § § § § § § § | NO. 1:16-CV-00233-LY |

## ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

On this date, the Court considered Plaintiff's Motion for Attorneys' Fees (the "Motion"). After considering the Motion, Defendants' Response, Plaintiff's Reply, further briefing and argument submitted by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is not meritorious and hereby **DENIES** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorneys' Fees is **DENIED** and that Plaintiff shall not recover any attorney's fees, expenses, costs, or further relief against Defendants in this cause.

SIGNED this _____ day of _____, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE