UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § § | | |
| Plaintiff, § | | |
| § | | |
| -vs- § | CASE NO. 1-16: CV-00233 | |
| § | | |
| **GOVERNOR GREG ABBOTT,** § And **ROD WELSH**, Executive Director § of the Texas State Preservation Board, § Defendants. § § | | |

### UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

The Plaintiff, Freedom from Religion Foundation, Inc., moves the court to extend the time for Plaintiff to File Response in Support of its Motion for Attorneys' Fees from May 24 to May 26, 2023. The Plaintiff requests this two-day extension due to counsel having been involved in multiple day-long depositions and preparation, previously unscheduled, during the time since Defendants made their Opposition to Plaintiffs' Motion for Attorneys' fees.

Counsel for the Plaintiff has conferred with the Defendants' counsel, Benjamin Walton, who does not oppose the request made herein.

Dated this 19th day of May, 2023.

Respectfully submitted,

BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin  53703-4256
Telephone:  608-257-9521
Telecopier:  608-283-1709

BY: */s/ Richard L. Bolton*
Richard L. Bolton
Wisconsin State Bar No. 1012552
Email:  rbolton@boardmanclark.com

Daniel H. Byrne
Texas State Bar No. 03565600
Email:  dbyrne@fbhf.com
Lessie G. Fitzpatrick
Texas State Bar No. 24012630
Email:  lfitzpatrick@fbhf.com
FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
221 West 6th Street, Suite 960
Austin, Texas  78701
Telephone: (512) 476-2020
Facsimile:  (512) 477-5267


Sam Grover
Wisconsin State Bar No. 1096047
Email:  sgrover@ffrf.org

Patrick Elliott
Wisconsin State Bar No. 1074300
Email:  pelliott@ffrf.org
FREEDOM FROM RELIGION
FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin  53701
Telephone:  608-256-8900
Telecopier:  608-204-0422

2

## **CERTIFICATE OF CONFERENCE**

Counsel for FFRF has conferred with counsel for Defendants, Benjamin Walton, who has stated that Defendants do not oppose the relief sought herein.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 19th day of May, 2023, which will send notification to the following:

Benjamin S. Walton
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78701
Telephone: (512) 463-2798
Telecopier: (512) 320-0667
Email: Benjamin.walton@oag.texas.gov

                                            */s/ Richard L. Bolton*
                                            Richard L. Bolton

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.** § § § § | |
| Plaintiff, § | |
| § | |
| -vs- § | **CASE NO. 1-16: CV-00233** |
| § | |
| **GOVERNOR GREG ABBOTT,** § | |
| **And ROD WELSH, Executive Director** § | |
| **of the Texas State Preservation Board,** § | |
| Defendants. § | |

## **ORDER**

Pursuant to the Unopposed Motion for Extension of Time to File Response in Support of Plaintiff's Motion for Attorneys' Fees, it is hereby ORDERED that:

The Plaintiff shall file its response in support of fee request by May 26, 2023.

SO ORDERED:

Done this _____ day of May, 2023

_____
HONORABLE UNITED STATES DISTRICT JUDGE
DUSTIN M. HOWELL

4