IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | 1:16-CV-233-DII |
| GOVERNOR GREG ABBOTT and ROD WELSH, *Executive Director of The Texas State Preservation Board, In Their Official Capacities*, | § § § § § | |
| Defendants. | § § | |

## AMENDED FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff Freedom from Religion Foundation, Inc.'s ("FFRF") Motion for Attorney's Fees and Costs, (Dkt. 152). (R. & R., Dkt. 162). The Court granted the motion for attorney's fees.

In light of the Fifth Circuit's opinion, (Dkt. 142), in which the Fifth Circuit vacated this Court's previous entry of permanent injunctive relief and otherwise affirmed this Court's order (including its entry of declaratory relief), the Court enters final judgment in favor of FFRF only as to its request for declaratory relief.

**IT IS ORDERED** that FFRF shall recover from Defendants $342,556.31 in attorneys' fees[1] and $3,957.36 in costs.

---

[1] FFRF's requested $456,741.75, reduced by 25% to account for mixed success.

**IT IS FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** on January 12, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE