# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § § | NO. 1:16-CV-00233-DII-DH |
| **GOVERNOR GREG ABBOTT AND ROD WELSH, EXECUTIVE DIRECTOR OF THE TEXAS STATE PRESERVATION BOARD, IN THEIR OFFICIAL CAPACITIES,** | § § § § § § | |
| *Defendants.* | § | |

_____

## MOTION FOR ORDER TO SATISFY JUDGMENT
_____

The Plaintiff, Freedom From Religion Foundation, Inc., moves the court for an order compelling the Defendants and the State of Texas to satisfy within twenty-one (21) days the Judgment previously entered against the Defendants in the amount of $342,566.31, as attorney fees pursuant to 42 U.S.C. § 1988, together with costs of $3,957.36. The Plaintiff also requests that fees and costs incurred by the Plaintiff related to this Motion be awarded.

Respectfully submitted this 14th day of March, 2024.

    ___/Richard L. Bolton/_____
Richard L. Bolton
BOARDMAN AND CLARK, LLP
1 S. Pinckney St., Suite 410
Madison, Wisconsin 53703-4256
Telephone: 608-257-9521
Telecopier: 608-283-1709
Wisconsin State Bar No. 1012552
Email: rbolton@boardmanclark.com

Samuel T. Grover
Wisconsin State Bar No. 1096047
Email: sgrover@ffrf.org
Patrick Elliott
Wisconsin State Bar No. 1074300
Email: pelliott@ffrf.org
FREEDOM FROM RELIGION
FOUNDATION, INC.
P. O. Box 750
Madison, Wisconsin 53701
Telephone: 608-256-8900
Telecopier: 608-204-0422

Daniel H. Byrne
Texas State Bar No. 03565600
Email: dbyrne@fbhf.com
Lessie G. Fitzpatrick
Texas State Bar No. 24012630
Email: lfitzpatrick@fbhf.com
FRITZ, BYRNE, HEAD & FITZPATRICK, LLC
221 West 6th Street, Suite 960
Austin, Texas 78701
Telephone: (512) 476-2020
Facsimile: (512) 477-5267

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system on this the 14th day of March, 2024, which will send notification to the following:

> Benjamin S. Walton
> Office of the Attorney General
> P.O. Box 12548, Capitol Station
> Austin, TX 78701
> Telephone: (512) 463-2798
> Telecopier: (512) 320-0667
> Email: Benjamin.walton@oag.texas.gov

*/s/Richard L. Bolton*
Richard L. Bolton