IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-CV-233-RP |
| GOVERNOR GREG ABBOTT and ROD WELSH, *Executive Director of The Texas State Preservation Board, In Their Official Capacities*, | § § § § § | |
| Defendants. | § § | |

## ORDER

On June 5, 2024, the Court granted Plaintiff Freedom from Religion Foundation, Inc.'s ("FFRF") Motion for Order to Satisfy Judgment, (Dkt. 171). (Order, Dkt. 174). The Court ordered that FFRF was entitled to attorney's fees and costs if FFRF submitted a declaration of fees and costs on or before June 12, 2024, which FFRF did. (Affidavit, Dkt. 176; *see also* Dkt. 175). FFRF requests an additional $11,560 in attorney's fees and costs. (Affidavit, Dkt. 176, at 2).

Accordingly, **IT IS ORDERED** that Defendants Greg Abbott, in his official capacity as Governor, and Rod Welsh, in his official capacity as Executive Director of the Texas State Preservation Board shall make a full and complete payment of $358,073.67[1] to FFRF **on or before August 5, 2024**.

**SIGNED** on June 27, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The previously-ordered $342,556.31 in attorney's fees and $3,957.36 in costs, (Order, Dkt. 174), plus the additional $11,560 in attorney's fees and costs, (Affidavit, Dkt. 176; *see also* Dkt. 175).

1